IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:16CR265 |
| | ) | |
| v. | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| ERICK JAMAL HENDRICKS | ) | <u>GOVERNMENT'S NOTICE OF INTENT</u> |
| | ) | <u>TO USE FOREIGN INTELLIGENCE</u> |
| | ) | <u>SURVEILLANCE ACT INFORMATION</u> |

Now comes the United States, by and through its attorneys, Carole S. Rendon, United States Attorney, and Matthew W. Shepherd, Assistant United States Attorney, and hereby provides notice to Defendant Erick Jamal Hendricks and to the Court that, pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in this matter, information obtained or derived from electronic surveillance and physical searches conducted pursuant to the Foreign Intelligence Surveillance Act of 1978, as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Respectfully submitted,

CAROLE S. RENDON
United States Attorney

By: <u>/s/ Matthew W. Shepherd</u>
Matthew W. Shepherd
Reg. No. 0074056
Assistant United States Attorney
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113
Tel. No.: (216) 622-3859
Fax No.: (216) 685-2378
Matthew.Shepherd@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2016, a copy of the foregoing Government's Notice of Intent to Use Foreign Intelligence Surveillance Act Information was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

/s/ Matthew W. Shepherd
Matthew W. Shepherd
Assistant United States Attorney