IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:16-CR-265 |
| | : | JUDGE JOHN R. ADAMS |
| v. | : | |
| | : | **FILED IN CAMERA, EX PARTE** |
| ERICK JAMAL HENDRICKS | : | **UNDER SEAL** |
| | : | |
| | : | |

**GOVERNMENT'S CLASSIFIED *IN CAMERA*, *EX PARTE* MEMORANDUM OF LAW AND MOTION FOR AN ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

JUSTIN E. HERDMAN
United States Attorney

By: /s/Matthew W. Shepherd
**MATTHEW W. SHEPHERD** (0074056)
Assistant United States Attorney
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113
Telephone: 216-622-3859
Matthew.Shepherd@usdoj.gov

/s/Rebecca Magnone
**REBECCA MAGNONE** (MA672299)
Trial Attorney
Counterterrorism Section
National Security Division
United States Department of Justice
600 E Street NW, Room 4035D
Washington, DC, 20004
Telephone: 202-353-9472
Rebecca.magnone@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on August 31, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                      /s/ Matthew W. Shepherd
                                      Matthew W. Shepherd
                                      Assistant United States Attorney