IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:16CR00265 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| ERICK JAMAL HENDRICKS, | ) | NOTICE OF APPEARANCE |
| | ) | (CO-COUNSEL) |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, Justin E. Herdman,

United States Attorney, and Matthew W. Shepherd, Assistant U. S. Attorney, and respectfully

advises the Court that the undersigned will appear as co-counsel of record, and requests that all

notices and entries sent by this Court to Matthew W. Shepherd, Assistant U.S. Attorney, also be

sent to Daniel J. Riedl, Assistant U. S. Attorney.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By:  /s/ Daniel J. Riedl
     Daniel J. Riedl (OH: 0076798)
     Assistant United States Attorney
     United States Court House
     801 West Superior Avenue, Suite 400
     Cleveland, OH 44113
     (216) 622-3669
     (216) 522-7358 (facsimile)
     Daniel.Riedl@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October 2017, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

/s/ Daniel J. Riedl
Daniel J. Riedl
Assistant U.S. Attorney