# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **United States of America** | } | |
| **Plaintiff,** | } | |
| vs. | } | NO. 1:16CR265 |
| **Erick Jamal Hendricks** | } | |
| **Defendant,** | } | **N O T I C E** |

TAKE NOTICE that the above captioned defendant has been scheduled for a STATUS CONFERENCE on January 11, 2018 at 10:00 a.m. in the Courtroom 575 of the Honorable John R. Adams, United States District Judge, Federal Building - U.S. Courthouse, 2 South Main Street, Akron, Ohio.

**DATE: December 13, 2017**                     **SANDY OPACICH**
                                                                              **Clerk**


                                                                              **By s/Christin M. Kestner**
                                                                              **Christin M. Kestner**
                                                                              **Courtroom Deputy Clerk**
                                                                              **(330) 252-6070**