IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:16CR265 |
| Plaintiff, | ) ) ) | JUDGE JOHN R. ADAMS |
| v. | ) ) | |
| ERICK JAMAL HENDRICKS, | ) ) ) | MOTION FOR WITHDRAWAL OF COUNSEL |
| Defendant. | ) ) | |

Now comes the United States of America, by and through counsel, Justin E. Herdman,

United States Attorney, and Daniel J. Riedl, Assistant U. S. Attorney, and moves this Court for

permission for the undersigned to withdraw as counsel of record, and requests that the Court no

longer include the undersigned on the ECF system for this case.  The instant case is currently

assigned to Mark S. Bennett, Assistant U. S. Attorney, who will receive all ECF notifications.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By:   /s/ Daniel J. Riedl

Daniel J. Riedl (OH: 0076798)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3669
(216) 685-2378 (facsimile)
Daniel.Riedl@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January 2018, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

/s/ Daniel J. Riedl
Daniel J. Riedl
Assistant U.S. Attorney