UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:16CR265 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | <u>ORDER</u> |
| ERICK JAMAL HENDRICKS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Consistent with the Court's status conference on February 9, 2018, the Court orders as follows.  The Government shall provide any proposed plea agreement to Defendant in writing by no later than February 16, 2018.  The Court will conduct its final plea inquiry during the final pretrial on February 23, 2018.  In addition, by February 23, 2018, the parties shall submit a joint preliminary statement that may be read to the jurors at the inception of voir dire in this matter.

IT IS SO ORDERED.


Dated: <u>February 14, 2018</u>           <u>/s/ John R. Adams                </u>
                                          JOHN R. ADAMS
                                          UNITED STATES DISTRICT JUDGE