<pre>
 1                 UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
 3

 4   UNITED STATES OF AMERICA,

 5             Plaintiff,          Case No. 1:16CR265
                                   Akron, Ohio
 6         vs.                     Tuesday, March 13, 2018

 7   ERICK JAMAL HENDRICKS,

 8             Defendant.

 9

10                    TRANSCRIPT OF TRIAL
            VOLUME 8, PAGES 1279 THROUGH 1492
11         BEFORE THE HONORABLE JOHN R. ADAMS
               UNITED STATES DISTRICT JUDGE
12

13   APPEARANCES:

14   For the Government:  Matthew W. Shepherd
                          Office of the U.S. Attorney - Cleveland
15                        Carl B. Stokes U.S. Courthouse
                          801 Superior Avenue, West, Suite 400
16                        Cleveland, Ohio 44113
                          (216) 622-3600
17
                          Mark S. Bennett
18                        Office of the U.S. Attorney - Akron
                          2 South Main Street, Room 208
19                        Akron, Ohio 44308
                          (330) 375-5716
20
                          Rebecca A. Magnone
21                        U.S. Department of Justice
                          960 Pennsylvania Avenue, NW
22                        Washington, DC 20530
                          (202) 353-9472
23
     For the Defendant:   David L. Doughten
24                        Attorney at Law
                          4403 St. Clair Avenue
25                        Cleveland, Ohio 44103
                          (216) 361-1112
</pre>

```
 1                            Stephen D. Hartman
                              Attorney at Law
 2                            1st Floor
                              320 North Michigan Street
 3                            Toledo, Ohio 43604
                              (419) 690-4604
 4

 5      Court Reporter:       Caroline Mahnke, RMR, CRR, CRC
                              Lori A. Callahan, RMR, CRR
 6                            Federal Building & U.S. Courthouse
                              2 South Main Street, Suite 568
 7                            Akron, Ohio 44308
                              (330) 252-6021
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25      Proceedings recorded by mechanical stenography; transcript
        produced by computer-aided transcription.
```

1       (Tuesday, March 13, 2018.)

2       (Outside the presence of the jury.)

3           THE COURT:  Counsel, would you have your witness

4   step forward, please?

00:56:32  5       Are we ready to proceed this morning?

6           MR. BENNETT:  We are, Your Honor.

7           THE COURT:  Just have a seat, sir.

8       Ms. Kestner, the jurors, please.

9       (Jury in, 9:05 a.m.)

00:58:10 10          THE COURT:  Sir, you're still under oath.

11  Counsel, you may resume your direct examination.

12          MR. BENNETT:  Thank you very much, Your Honor.

13      (CONTIN.) DIRECT EXAMINATION OF HAMZA AL-ANSARI

14  BY MR. BENNENT:

00:58:28 15  Q.   Mr. Al-Ansari, I'm sorry, sir.  Since, we had the

16  break, have you had an opportunity think about the date the

17  meeting occurred with Mr. Hendricks?

18  A.   Yes.

19  Q.   What date was that?

00:58:36 20  A.   The date was May 2, 2015.

21  Q.   So the communications -- were prior to May 2 of 2015

22  that we had seen on your screen shots?

23  A.   Yes.

24  Q.   Speaking of the screen shots, you testified yesterday

00:58:53 25  regarding getting directions of where to go coming into

1    Baltimore from Mr. Hendricks.

2         Do you have those screen shots?  Were you able to

3    create them?

4    A.    No, I do not.

00:59:04   5    Q.    Why not?

6    A.    Due to driving and how do you normally take those

7    screen shots.  Normally I use two mobile phones in order to

8    take the screen shots.  And so --

9    Q.    And throughout this process, did you always have your

00:59:22  10    two phones with you?

11    A.    Yes, but not the morning of the trip.  I just took one

12    phone with me to the trip.

13    Q.    We've also been listening to clips of the audios.

14         Have you had a chance to review the entire audio prior

00:59:43  15    to your testimony here today?

16    A.    Yes.

17    Q.    Can we bring up Government's Exhibit 62?

18         (Recording played.)

19    BY MR. BENNETT:

01:00:07  20    Q.    Stop it there.

21         Can you identify this portion of the recording?

22    A.    Yes.

23    Q.    What is this?

24    A.    This is the same day of the Baltimore trip after I

01:00:20  25    gave him the recording device.

1  Q.  And throughout the remainder of Exhibit 62, have you

2  had a chance to listen to it in its entirety?

3  A.  Yes.

4  Q.  So the recording itself, it's a true and accurate --

01:00:36  5  A.  Yes.

6  Q.  -- representation of the meeting you had with Mr.

7  Hendricks prior to that meeting as well?

8  A.  Yes.

9  Q.  Can we bring up Government's Exhibit 62D?

01:00:49  10  This is where we left off yesterday.

11  And can we go to the very end of it.

12  Again, at the end there, there's some discussion of

13  what?

14  A.  The drawing contest of the Prophet Muhammad that was

01:01:17  15  going to take place in Texas.

16  Q.  Throughout the clips that we've been seeing here and

17  listening to and the transcript itself, there's second that

18  is are marked inaudible?

19  A.  Yes.

01:01:35  20  Q.  Was everything that was said between you and Mr.

21  Hendricks captured on the recording?

22  A.  No, it was not.

23  Q.  Were other things discussed between you and Mr.

24  Hendricks?

01:01:44  25  A.  Yes.

1     Q.     Do you remember what other items were discussed

2     between you and Mr. Hendricks?

3     A.     Yes.

4     Q.     What were those?

01:01:55  5     A.     For example, we discussed a possible target for night

6     raiding, and that target would consist of military

7     recruitment centers.

8     Q.     And did he give you any information about or talk to

9     you about what the use of this land would be that he

01:02:15  10    was -- wanted to acquire or had?

11    A.     Yes.

12    Q.     What was that?

13    A.     So the main use of the land would be as a headquarters

14    for the group.

01:02:26  15    Q.     For what purpose?

16    A.     And that would be used for training purposes.

17    Q.     Okay.  What kind of training?

18    A.     Physical training, military training, weapons

19    training.

01:02:35  20    Q.     And were there discussion of any other targets with

21    Mr. Hendricks?

22    A.     No, but there was a list, a list that was published.

23    And we also discussed that.

24    Q.     Okay.  What kind of list?

01:02:50  25    A.     That list was a list of about ten or 12 military

1    personnel that had leaked.  The list showed their physical

2    addresses as well as their Email addresses.

3    Q.    And military personnel from where?

4    A.    They were from all over the United States.

01:03:12 5    Q.    Was there any discussion about next steps, things that

6    you would do together after this meeting?

7    A.    Yes.

8    Q.    What were those?

9    A.    So the very next step after this meeting, I was told

01:03:29 10    to -- I was told to research what you would call a voice

11    changer.  I was told to research and to find a voice changer

12    which I could encrypt.

13    Q.    And what was the purpose of that?

14    A.    The purpose of the voice changer was to use that in a

01:03:50 15    video, which we would film together, and then broadcast to

16    the entire United States.

17    Q.    So let's go back to the actual clips themselves.

18          Can we bring up Government's Exhibit 62E.

19          Can we just play it, please.

01:04:13 20          (Recording played.)

21              MR. HARTMAN:  Your Honor, may we approach?

22              THE COURT:  Yes.

23          (Discussion at sidebar as follows:)

24              THE COURT:  Take down the video, please.

01:05:09 25              MR. HARTMAN:  Yes.  Judge, my objection is we

1   literally can't hear anything in this audiotape and all they

2   have is the transcript which I don't think is fair because

3   that's not evidence.

4            THE COURT:  I agree.  The audio is not -- if you

01:05:21  5   cannot hear the audios, then you're not going to be able to

6   use the transcript.

7            MR. BENNETT:  I mean yesterday the audio was much

8   louder.  We haven't changed anything.  So can we have a

9   moment to see if we can get it louder?

01:05:34 10           MR. HARTMAN:  If you can get it louder, I'll

11  withdraw the objection.

12           THE COURT:  I'm not going to allow you to just

13  show the transcript without being able to hear the audio.

14           MR. BENNETT:  Okay.

01:05:45 15       (The following proceedings were had in the hearing of

16  the Jury:)

17           THE COURT:  Ladies and gentlemen, we're going to

18  try to address the -- to determine if there was some sort of

19  technical problem with regard to the audio, of course, now

01:05:57 20  we hear the echo.

21       But once, again, I want to reemphasize to you the

22  evidence is not the transcript.  It is the audio.  So listen

23  carefully to the audio.  We're not going to play the

24  transcript if we can't hear the audio.  All right?

01:06:13 25           (Pause.)

             1          THE COURT:  Do you have other areas that you can

             2   cover outside of the audio?

             3          MR. BENNETT:  I do, Your Honor.

             4          THE COURT:  Then I think we will turn to those

  01:07:35   5   and then if we have to at a break, we'll test the audio.

             6          (Recording played.)

             7          THE COURT:  Can you understand it, ladies and

             8   gentlemen of the jury?  No?  The other areas you can cover,

             9   and then at the break, if you want to try to address the

  01:08:05  10   technical issue, you can try to do that.

            11          Thank you.

            12          MR. BENNETT:  Thank you, Your Honor.

            13   BY MR. BENNETT:

            14   Q.   Can we bring up -- well, let me ask you -- and we

  01:08:22  15   talked about this earlier -- the GPS for the Ghuraba in

            16   America?

            17   A.   Yes.

            18   Q.   And can we identify, can we bring up Exhibit 51,

            19   please.

  01:08:41  20          Is this the document we are talking about?

            21   A.   Yes, it is.

            22   Q.   Is this something you and Mr. --

            23          THE COURT:  Just a moment.  We'll turn the

            24   monitor back on.  We shut it off for the transcript.  My

  01:08:59  25   apologies, ladies and gentlemen.

1      There we go.

2              MR. BENNETT:  It's up, everyone?  All right.

3   Thanks.

4   BY MR. BENNETT:

01:09:07 5   Q.    Is this something you discussed with Mr. Hendricks

6   during your meeting with him?

7   A.    Yes.

8   Q.    And what, if anything, did he tell you about this

9   document?

01:09:15 10  A.    Well, he basically just told me that he was the author

11  of the document and how vital the security tactics are.

12  Q.    So he advised you that he wrote this document?

13  A.    Yes.

14  Q.    Can we bring up Government's Exhibit 64, and I believe

01:09:48 15  it's D, the last video.

16          And before we start -- well, let's make sure it works.

17          Okay.  So we'll leave it there.

18          After your conversation with Mr. Hendricks, what

19  happened?

01:10:04 20  A.    We simply departed and went our separate ways.

21  Q.    Was there any -- and we can play it.

22          And, again, for the record, is that your vehicle on

23  the left?

24  A.    Yes.

01:10:21 25  Q.    And the vehicle on the right is whom's?

1    A.    Mr. Hendricks.

2    Q.    And are there two individuals that are still there in

3    the video?

4    A.    Yes.

01:10:31  5    Q.    And is one of them you?

6    A.    Yes.

7    Q.    And which one is that?

8    A.    On the left side.

9    Q.    And which one is Mr. Hendricks?

01:10:40  10    A.    Right side.

11    Q.    And how long do you believe this conversation,

12    face-to-face, took with Mr. Hendricks?

13    A.    I would say around two hours.

14    Q.    And if we look at the video in the upper left-hand

01:10:59  15    corner, is there a date for the video itself?

16    A.    Yes, there's.

17    Q.    What's that?

18    A.    May 2, 2015.

19    Q.    We can stop that.

01:11:18  20          Did you continue to have interaction with Mr.

21    Hendricks via texts and social media?

22    A.    Yes.

23    Q.    Can we bring up Government's Exhibit 43, please.

24          I guess it's pretty good.

01:11:40  25          Can you identify this document?

           1    A.    Yes.

           2    Q.    What is this?

           3    A.    This is a screen shot from an application called

           4    Surespot.

01:11:48   5    Q.    How do you know that it's Surespot?

           6    A.    Looking at the menu.

           7    Q.    And then to the left corner, is there anything there

           8    that is unique?

           9    A.    To the left corner?

01:12:07  10    Q.    That circle with the hash in the middle.  Does that

          11    mean anything to you?

          12    A.    That's simply a logo.

          13    Q.    A logo for?

          14    A.    Surespot.

01:12:20  15    Q.    And what's the date on this?

          16    A.    Yes.  The date is May 4, 2015.

          17    Q.    So this would have been a couple days after your

          18    meeting?

          19    A.    That's correct.

01:12:28  20    Q.    Who is this coming from?

          21    A.    Okay.  So this user name here, it's itsmehere.

          22    Q.    And who did you know itsmehere to be?

          23    A.    Mr. Hendricks.

          24    Q.    And what is being said here?

01:12:42  25    A.    This is simply a direction to clean up the Twitter

1    profile that I was currently using.

2    Q.    And did you, in fact, do that?

3    A.    Yes.

4    Q.    Why?  Why would you clean up -- what was wrong with or

01:12:56  5    what did you need to do with your Twitter?

6    A.    "Clean up the profile" meaning to take off, take down

7    pictures, and potential tweets that would be problematic to

8    law enforcement.

9    Q.    And when you say problematic, what do you mean?

01:13:12  10    A.    Problematic meaning something that would stand out or

11    raise a flag.

12    Q.    Such as?

13    A.    Such as pictures of known extremists, preachers, for

14    example, and likewise tweets of any violent activity.

01:13:30  15    Q.    Can we go to page 3?  So 43-3.

16           And blow up the text a little bit there.

17           There's a reference to another phone.  Can you

18    explain, were you having phone problems?

19    A.    Yes, sometimes there were problems within the actual

01:13:59  20    app itself.

21    Q.    And was that you getting another phone or was that Mr.

22    Hendricks getting another phone?

23           Well let me ask you this, on Surespot, how do you know

24    who the writer is and who the responder is?

01:14:20  25    A.    On Surespot, Surespot -- since Surespot is very

1292

1    different from Wickr, you have to go by the color bar here

2    that we see in the middle.

3    Q.    Because on Wickr we saw one on one side and one on the

4    sorry?

01:14:36  5    A.    That's correct.

6    Q.    So how is it different in Surespot?

7    A.    So the main difference would be that there aren't any

8    names shown with the actual writing itself.

9    Q.    So you mentioned something about the color bar.  What

01:14:47  10   does that tell you?

11   A.    Yes.  So this color bar here basically is the only way

12   to differentiate between who is saying what.

13   Q.    Say are so in looking at that, are you able to tell

14   who -- which one is you and which one is Mr. Hendricks?

01:15:01  15   A.    If I remember correctly, the blue would indicate that

16   was me.

17   Q.    Are you sure?

18   A.    I'm not sure.

19   Q.    Okay.  Then don't -- I don't want you to guess on it.

01:15:17  20        Can we bring up Government's Exhibit 44?

21        And looking at the top, what's the date on this?

22   A.    The date here is May 5, 2015.

23   Q.    And it's a little unclear at the top or it's a little

24   fuzzy, but can you see how the user ID is there?

01:15:39  25   A.    Yes, the same user ID, itsmehere.

1  Q.    And that's the person sending you the message?

2  A.    Yes, that's the person that I'm talking to.

3  Q.    And what is being said in the first sentence there?

4  A.    Okay.  So the top, that would be me, me basically

01:15:55  5  saying that I research the voice changers.

6  Q.    So looking at that, the blue bar would be whom?

7  A.    Yeah, so the blue bar would be the person that I'm

8  talking to.

9  Q.    And in this case, who are you speaking with?

01:16:06  10  A.    Mr. Hendricks.

11  Q.    And, again, what were the voice changers that you were

12  researching?

13  A.    I was researching encrypted voice changers, meaning

14  something that would be basically untraceable.

01:16:20  15  Q.    Okay.  And Mr. Hendricks is stating back something

16  about "ummzidane."  Do you know who ummzidane is?

17  A.    Not exactly, but I did recognize the name from

18  Twitter.

19  Q.    And what is being discussed there?

01:16:40  20  A.    I'm being told to -- I'm being told to check her

21  profile.

22  Q.    For what?

23  A.    Well, I didn't know at the time, so I basically went

24  to check and see what that was about.

01:16:54  25  Q.    So you're looking for something?

| | |
|---|---|
| 1 | A.    Yes. |
| 2 | Q.    Can we go to page 2 of this document of 44-2? |
| 3 |      And then if you find this, whatever it is, what are |
| 4 | you to do with it? |
| 01:17:12   5 | A.    "Please enlighten everyone," meaning -- what I thought |
| 6 | that to mean was to basically share whatever I found. |
| 7 | Q.    So can we go to 44-3. |
| 8 |      And blow that up. |
| 9 |      And can you identify this document? |
| 01:17:32   10 | A.    Yes. |
| 11 | Q.    What is this? |
| 12 | A.    This was a document that was released regarding what |
| 13 | took place in Garland, Texas. |
| 14 | Q.    So is this an a screen shot of something, an |
| 01:17:46   15 | application? |
| 16 | A.    Yes.  This is a screen shot of a tweet from Twitter. |
| 17 | Q.    Okay.  And the individual listed there that this tweet |
| 18 | came from? |
| 19 | A.    Yes.  This is the same female that I was told to check |
| 01:18:00   20 | her profile. |
| 21 | Q.    And the date there on the bottom is what? |
| 22 | A.    May 5, 2015. |
| 23 | Q.    And "justpasteit" is listed in the middle there.  Do |
| 24 | you know what justpasteit is? |
| 01:18:15   25 | A.    Yes. |

```
 1    Q.    What is justpasteit?

 2    A.    That's simply a website that was used to create

 3    articles.

 4    Q.    What do you mean by that, create articles?

 5    A.    It starts off like the notepad app as a blank canvas.

 6    And then you can create whatever you would like to publish

 7    free of charge.

 8    Q.    And after it says justpasteit, what word is there?

 9    A.    Anonymous90.

10    Q.    Is justpasteit somehow encrypted as well or allow you

11    some anonymity?

12    A.    Well, that was simply the name of the link to the

13    article.

14    Q.    Did you, in fact, go and download this document or

15    read it?

16    A.    Yes.

17    Q.    Can we bring up Government's Exhibit 53, please?

18          And can you identify this document?

19    A.    Yes.

20    Q.    What is this document?

21    A.    This document was titled "The New Era."

22    Q.    Okay.  And if we look at the upper right, what's it

23    say at the very top there?

24    A.    Downloaded from "Justpaste.It/Anonymous90."

25    Q.    So is that the same ID and information that you had
```

1   just seen?

2   A.    Yes.

3   Q.    Okay.  In the middle there, what is that symbol?

4   A.    This is a flag that is used by many different

5   extremist groups.

6   Q.    Okay.  In particular do you know it, does ISIS use

7   this flag?

8   A.    Yes.

9   Q.    Can we blow up the text itself down here from "To our

10  brothers."

11       And in the second paragraph that's there, what is

12  being said?

13  A.    It is being said that the Islamic State in America has

14  planned an attack and they have successfully -- they have

15  successfully attacked Pamela Geller.

16  Q.    And again, who is Pamela Geller?

17  A.    She was a female who basically held a competition

18  yearly to Draw the Prophet Muhammad.

19  Q.    And then above that, the last sentence there, there's

20  a reference to the golden era.  Do you know if that has any

21  special meaning?

22  A.    Yes.  So it says here, "This is the golden era,

23  everyone who believes is running for shaheed."  So this is

24  an expression that was being used.

25  Q.    Can we -- had you seen that term before?

1     A.     The term shaheed I have seen before, yes.

2     Q.     How about the golden era?

3     A.     No, I haven't.

4     Q.     Can we bring up page 2 of this document, so 53-2?  And

5     just bring up the text that's there.

6            And in the middle, what is being said there?

7     A.     "We have 71 trained soldiers in 15 different states

8     ready at our word to attack any target we desire.  Out of

9     the 71 trained soldiers, 23 have signed up for missions like

10    Sunday.  We are increasing in number."  This next word

11    simply means with the permission of God.  "Of the 15 states,

12    five we will name, Virginia, Maryland, Illinois, California,

13    and Michigan.  The disbelievers who shot our brothers think

14    that you killed someone untrained, nay, they gave you their

15    bodies in plain view because we were watching."

16    Q.     Do you know what the reference is to the "Shot our

17    brothers"?

18    A.     Yes.

19    Q.     What was that?

20    A.     Yes, so during the attack in Garland, Texas, some of

21    the attackers were indeed shot.

22    Q.     And how did you get to this document again?

23    A.     I was told to view the document.

24    Q.     By whom?

25    A.     Mr. Hendricks.

1   Q.   And did you do anything with this document after you

2   found it and you reviewed it?

3   A.   I simply shared it on my Twitter account.

4   Q.   And were you requested to do that?

01:22:33 5   A.   Yes.

6   Q.   And by whom?

7   A.   Mr. Hendricks.

8   Q.   Can we bring up Government's Exhibit 45.

9        And can we blow up the top there?

01:22:49 10       Can you identify what application this is?

11  A.   Yes, this is also Surespot.

12  Q.   And can you -- I know it's a little grainy there, but

13  can you make out the date?

14  A.   May 11, 2015.

01:23:03 15  Q.   So a few days later?

16  A.   Yes.

17  Q.   And it's even a little more grainy -- no, it doesn't

18  get any better.

19       On the top there, can you make out the user ID?

01:23:16 20  A.   Yes, the user ID was T-E-R-W-A-T-C-H, terwatch.

21  Q.   And who did you know to be using terwatch?

22  A.   Mr. Hendricks.

23  Q.   Can we go to page 2 of this document?  So 45-2, and

24  pull up the top part there.

01:23:45 25       What are you guys talking about there this text?

1    A.    We're talking about a 12-part lecture series.

2    Q.    Okay.  Do you know what the AA stands for?

3    A.    Yes.  The AA stands for shorthand of the name of the

4    author who was Anwar Al-Awlaki.

01:24:07  5    Q.    And we have talked about that previously?

6    A.    Yes.

7    Q.    Had you spoken to Mr. Hendricks about that?

8    A.    Yes.

9    Q.    Had he recommended this to you?

01:24:13  10    A.    Yes.

11    Q.    And were you, in fact, reading through them?

12    A.    Yes.

13    Q.    Can we bring up page 4?  So 45-4.

14          And just the bottom of this one.  Sorry.

01:24:31  15          And so this is the same user ID, later on in the same

16    text.

17          What are you discussing with Mr. Hendricks?

18    A.    Discussing some way to make a social media account

19    that we could always use for communication.

01:24:52  20    Q.    And what does he say about the two of you?

21    A.    "We are a team."

22    Q.    Did you, in fact, create something?

23    A.    No.

24    Q.    Okay.  Can we bring up Government's Exhibit 45, page

01:25:04  25    5?

1           And just pull up the top there.

2           What is being discussed here in this same series of

3     texts?

4     A.    Here marriage is being discussed.

01:25:17  5     Q.    All right.  And what is being said about somebody for

6     you?

7     A.    Right.  So he is saying that he may know someone that

8     I could potentially marry.

9     Q.    And then what is he asking you to do?

01:25:31 10     A.    He's asking me to send him a photograph.

11     Q.    So at some point did you, in fact, send him a

12     photograph of yourself?

13     A.    Yes.

14     Q.    So if we go down to the lower portion, the next tweet,

01:25:43 15     what else is being said about this individual?

16     A.    He is giving me a description of the female.

17     Q.    And what's he saying?

18     A.    "She is 21 years old and she doesn't have any kids."

19     Q.    So can we go to Exhibit 45, page 6?

01:26:00 20           Top part.

21           And what are you saying here at the bottom?

22     A.    I'm saying that "I will send a picture in the

23     morning."

24     Q.    So at this point, you had not sent him a photograph?

01:26:15 25     A.    That's correct.

1    Q.    And what is the response?

2    A.    Okay.  A-K-H means brother.

3    Q.    And is there some sense of urgency?

4    A.    Yes.

01:26:26  5    Q.    Can we go to the lower part of this exhibit?

6          And what is it saying at the top there, portion?

7    A.    At the top he is saying to me "Not sure you want to

8    miss out on timing.  I'll give you an Email to send it to."

9    Q.    And then, in fact, are you given an Email?

01:26:45  10    A.    Yes.

11    Q.    And for the record, can you read that Email?

12    A.    Yes.  The Email reads "Charlesmaydot@gmail com."

13    Q.    So that's the word Charles and then M-A-Y and then

14    D-O-T at Gmail.com?

01:27:03  15    A.    That's correct.

16    Q.    And what's the date above it?

17    A.    The date above it is May 11, 2015.

18    Q.    Do you know a charlesmaydot?

19    A.    No, I don't.

01:27:14  20    Q.    Can we go to Exhibit 45, page 7.

21          And the top there.

22          So we see the Email address again.  And what are you

23    saying on the bottom there?

24    A.    I'm saying that there's something wrong with the

01:27:38  25    Email.  It's not sending.

1  Q.    So at some point were you actually able to send him a

2  photograph?

3  A.    Yes.

4  Q.    So can we go to Government's Exhibit 46, please?

01:27:52  5        And can you identify this document?

6  A.    Yes.  This is a conversation from May 12.

7  Q.    And if we look at the bottom portion of it.  Do you

8  see who is this conversation with?

9  A.    Yes.

01:28:19 10  Q.    And at the bottom, you say "I had a chance for da wah

11  earlier.  What is da wah?

12  A.    That simply means missionary work.

13  Q.    And then can we go to 46, page 3.

14        And at the top there.

01:28:48 15        What's the ID that you're communicating with, the

16  individual?

17  A.    T-E-R-W-A-T-C-H, terwatch.

18  Q.    And what are you being told here?

19  A.    I'm being told that "This life is a test and a vehicle

01:29:06 20  to A," meaning Allah or God.

21  Q.    And what are you responding?

22  A.    I'm responding with a very popular phrase used by

23  Muslims which basically means God bless you.

24  Q.    And can we go to the lower part of this?

01:29:28 25        At the top there, what are you being told by Mr.

1    Hendricks?

2    A.    I'm being told to now remove the post that I had

3    shared earlier.  And likewise, to lay low.

4    Q.    And when you say the earlier post, was that The New

01:29:42  5    Era document?

6    A.    Yes, that's correct.

7    Q.    And then there's another reference below that about

8    not getting the picture?

9    A.    Yes.

01:29:53 10    Q.    That's on the 12th.  Correct?

11    A.    Yes.

12    Q.    So let's go to Government's Exhibit 46, page 4.

13    And at the top there, what is this?

14    A.    This is when I sent a photograph.

01:30:19 15    Q.    And that's a photograph of yourself?

16    A.    Yes.

17    Q.    And on the bottom of this, page 46, page 4, what is

18    being depicted here?

19    A.    This is a photograph that I was sent.

01:30:37 20    Q.    And you were sent this photograph by whom?

21    A.    Mr. Hendricks.

22    Q.    And then if we go to page 5, Exhibit 46.

23    At the top there.

24    What is he asking you?

01:30:55 25    A.    My opinion.  Did I like the photograph.

1    Q.    And what else is he saying about her?

2    A.    She is 21.

3    Q.    And what are you saying in response?

4    A.    I'm saying I would like to meet her sometime.

01:31:05  5    Q.    And can we go down to the bottom?

6          And what is this?  There is your "I'd like to meet her

7    again."  What's below that?

8    A.    Yes, this is a second photograph.

9    Q.    Of the same individual?

01:31:18  10    A.    Yes.

11    Q.    And that came from whom?

12    A.    Mr. Hendricks.

13    Q.    Okay.  So can we go to Government Exhibit 46, page 6.

14          And what is Mr. Hendricks saying here?

01:31:32  15    A.    Okay.  He is saying that he has certain rules that he

16    would like to tell me before I start the communication.

17    Q.    Okay.  And then what else regarding questions?

18    A.    In regards to questions, that she has questions and

19    he's sure that I have questions as well.

01:31:51  20    Q.    So to facilitate, what's he going to do?

21    A.    He was going to give me a specific Email to use for

22    the communication.

23    Q.    And at the bottom, what else does he say?

24    A.    "No text message and no messenger."  Messenger

01:32:08  25    means -- it's very similar to text messages.

1    Q.    So it's all to go through this Email?

2    A.    Yes, correct.

3    Q.    Can we go to the bottom part of page 6?

4          And in the middle there, what does Mr. Hendricks say

01:32:23  5    about this individual?

6    A.    He mentions here that this is his daughter.

7    Q.    And then underneath this, that fact that it's his

8    daughter is what?

9    A.    And he also mentions that he needs me to promise him

01:32:38  10   three things before, before he gives me the Email.

11   Q.    Okay.  So let's go to page 7 of Exhibit 46.

12         And can we blow up the top?

13         Are these those three things?

14   A.    Yes.

01:32:54  15   Q.    What are they?  What's the first thing?

16   A.    The first thing is to "Never leave the path of jihad

17   even if you have 20 kids."

18   Q.    What is the path of jihad?

19   A.    The path of jihad would mean the -- it would mean the

01:33:22  20   path of fighting for the religion, whether that would be

21   physically or online, whichever way possible.

22   Q.    And in your mind, what would having 20 kids have to do

23   with the path of jihad?

24   A.    Sometimes people may use things like -- sometimes

01:33:44  25   people may use their own personal attachments as an excuse

1   to leave the path of taking up arms.

2   Q.    So even if you have 20 kids, you got to stay on the

3   path?

4   A.    Correct.

01:33:57  5   Q.    What's number two?

6   A.    Number 2, "If I tell you she know longer wants to

7   pursue, you must stop communication."

8   Q.    And the third?

9   A.    The third, "Never allow your relationship with her to

01:34:09  10   interfere with our brotherhood."

11   Q.    And then what's he asking at the bottom?

12   A.    "Do you agree?"

13   Q.    And can we go to the lower part of this?

14        Blow that up.

01:34:20  15        So there's the question, "Do you agree again," and

16   what is your response?

17   A.    My response, two reasons.  My first response was,

18   "Yes."  And the second response was, "It's late now so

19   tomorrow is fine."

01:34:31  20   Q.    But, in fact, you get an Email address?

21   A.    Yes, I did.

22   Q.    And what, for the record, is the Email address given?

23   A.    The Email address given is M-U-S-L-I-M-A-H803

24   jazz@gmail.com.

01:34:47  25   Q.    And at some point do you reach out and communicate

1    with this Email?

2    A.    Yes.

3    Q.    So can we go to Government's Exhibit 48?

4          Can you blow that up.

01:35:11 5    And can you identify what this is?

6    A.    Yes.

7    Q.    What is this?

8    A.    This is a screen shot of the very first Email that I

9    sent.

01:35:21 10   Q.    So you sent the initial Email?

11   A.    Yes.

12   Q.    And what are you referencing in the Email?

13   A.    I am referencing the fact that we both may have

14   questions.

01:35:34 15   Q.    And can we go to Exhibit 48, page 3.

16         And pull up the text.

17         And in this version of it, what is this document?

18   A.    This is a screen shot of the reply to that Email.

19   Q.    And is there a name at the top now in this reply?

01:35:59 20   A.    Yes.

21   Q.    What's that name?

22   A.    The name reads "Jazzy May."

23   Q.    And what does Jazzy May say about herself?

24   A.    She tells me where she was born in New York.  And she

01:36:12 25   tells me that she's from South Carolina.

1    Q.    And what does she tell you her name is?

2    A.    Jasmine.

3    Q.    And does she also mention her age?

4    A.    Yes.

01:36:25 5    Q.    And then what is going on in the bottom portion?

6    A.    The bottom portion, those were questions directed

7    towards me.

8    Q.    And I won't go through each one of these, Exhibit 48

9    is a 12-page document, but did you go back and forth?

01:36:44 10   A.    Yes.

11   Q.    Through several communications with Jasmine?

12   A.    Correct.

13   Q.    Can we bring up Government's Exhibit 48, page 7?

14         And blow up that top part.

01:36:58 15         And I'm looking in the middle.  There's some

16   discussion about housewives.  What was the discussion of

17   housewives?

18   A.    Right, so that was a response to a question that I had

19   asked previously.

01:37:15 20   Q.    And were you using this topic for any particular

21   reason in communicating with Jasmine?

22   A.    I simply used the topic as a -- somewhat of a topic to

23   be discussed regarding marriage in general.

24   Q.    Can we go to page 12, the last page of Exhibit 48?

01:37:41 25        And blow up the top portion there?

 1           What is being discussed here?

 2      A.    This is something that I sent regarding family.

 3      Q.    Okay.  And what was your comments with regard to like

 4      a housewife and where your relationship would go?

 5      A.    Okay.  So my comment here was that my ideal situation

 6      is that my significant other would be a housewife.

 7      Q.    And was that taken well?

 8      A.    No.

 9      Q.    How did the communications end?

10      A.    So the communications ended mutually after this

11      discussion.

12      Q.    So did you have any additional communications with

13      Jasmine after this?

14      A.    No.

15      Q.    Can we go to Government's Exhibit 47?

16           Can we blow up the top portion that's there?

17           And can you identify this document?

18      A.    Yes.

19      Q.    What is this?

20      A.    This is a screen shot from Surespot.

21      Q.    And if we go down -- is this something you would have

22      taken?

23      A.    Yes.

24      Q.    Who are you communicating -- what's the ID in this

25      particular document?

1          A.     The ID here is dontcatch17.

2          Q.     And what is this application at this point?

3          A.     At this point, this application is Wickr.

4          Q.     So can we go back to the top part of 47?

01:39:27 5                47, page 1.

6                 And at the bottom there, what is being said?

7          A.     I am being told that he will change I.D.'s.

8          Q.     And then do you get the other bottom part that we just

9     saw?

01:39:51 10        A.     Yes.

11         Q.     Okay.  And can we bring that back up?

12                And what is the application being used here?

13         A.     This application is Wickr.

14         Q.     And you know that why?

01:40:05 15        A.     I know that because I have been using Wickr

16    previously.

17         Q.     And we're back to having the back and forth on either

18    sides?

19         A.     Yes.

01:40:15 20        Q.     Did you have any additional communications with Mr.

21    Hendricks beyond this last text?

22         A.     The communications cut shortly after.

23         Q.     Did you attempt to reach out to Mr. Hendricks again?

24         A.     Yes.

01:40:37 25        Q.     Were you successful?

1      A.    No.

2      Q.    Were you ever given any explanation by him?

3      A.    No.

4      Q.    So if we go back to the top portion of this Exhibit

01:41:10  5    47, what's the last date that you receive a communication

6      from Mr. Hendricks?

7      A.    The last date would be May 13, 2015.

8      Q.    So after this date, did you have any conversations

9      with or communications with Mr. Hendricks?

01:41:28 10    A.    No.

11     Q.    And, again, did you attempt to reach out to him?

12     A.    Yes.

13     Q.    And were you ever given any explanation as to why you

14     couldn't get ahold of him?

01:41:39 15    A.    No.

16     Q.    No further questions.

17            THE COURT:  Counsel, do you want to take a few

18     moments and see if the technology has been -- issue has been

19     remedied?

01:41:51 20           MR. BENNETT:  Oh, yes.

21            THE COURT:  All right.  Ladies and gentlemen,

22     we'll take a few moments and see if we can remedy the

23     problem.  If we cannot, we'll turn to cross-examination in

24     short order.

01:42:04 25           All right.  Thank you very much.

1       Take about ten minutes.  Please leave your notepads on

2  your chairs.  Remember all the admonitions I've given you.

3  Please do not discuss the case among yourselves, with anyone

4  else.

01:42:17  5       Thank you very much, ladies and gentlemen.

6       (Jury out, 9:50 a.m.)

7          THE COURT:  All right, sir, you can step down.

8          Counsel, let the clerk no as quickly as possible if

9  you can remedy the problem.  If you cannot, then we're going

01:42:56 10  to go to cross-examination.

11       It may be beneficial for future use to come to the

12  courtroom the beginning of the day, test the technology so

13  we don't keep the jurors waiting.  I know from past

14  experience jurors frown on being kept waiting while we're

01:43:12 15  playing with the technology.  But it is what it is.  But it

16  would be beneficial to try to clear these things up before

17  we get started.

18       Thank you very much.

19       (Recess taken 9:50 a.m.)

01:55:19 20       (Jury in 10:02 a.m.)

21          THE COURT:  Counsel, you may complete your

22  direction examination, please.

23          MR. BENNETT:  Thank you, Your Honor.  We

24  discovered it was just one bad file.

01:57:40 25       Can we bring up Government's Exhibit 62F, which I

1        think we have up, and can we play it, please?

2              (Recording played.)

3        BY MR. BENNETT:

4        Q.    So, it sounds in the recording if there was a piece of

01:58:53 5       paper that was being rattled or shuffled that's there?

6        A.    Yes.

7        Q.    Can we bring back up Government's Exhibit 65?

8              And we can leave it like this.

9              Was this the piece of paper that we saw earlier?

01:59:08 10      A.    Yes, it is.

11       Q.    And there's handwriting that's on there?

12       A.    Yes.

13       Q.    And remind us, whose handwriting is that?

14       A.    This is my handwriting.

01:59:16 15      Q.    And in the recording you reference 2015?

16       A.    Yes, correct.

17       Q.    Does that relate to something on the paper there that

18       you wrote down?

19       A.    Yes, that relates to this article here, How to Survive

01:59:30 20      in the West.

21       Q.    And can we bring up Government's Exhibit 66?

22             And was this that guide?

23       A.    Yes.

24       Q.    Can we bring up Government's Exhibit 62G and play

01:59:46 25      that?

1       (Recording played.)

2   BY MR. BENNETT:

3   Q.    When you were being asked to scroll down, what is

4   occurring at this point?

02:01:01  5   A.    Basically that was me writing down the directions of

6   what to do once I get to the website.

7   Q.    And that was the website that was above there?

8   A.    Yes.

9   Q.    And just for the record, it was spelled

02:01:18  10  K-A-L-A-M-U-L-L-A-H.com.

11      And did we see that on your handwritten note as well?

12  A.    Yes.

13  Q.    And who was this all referencing, the individual in

14  the lectures?

02:01:32  15  A.    This was referencing a lecture series by Anwar

16  Al-Awlaki.

17      (Recording played.)

18  BY MR. BENNETT:

19  Q.    So, Mr. Hendricks is saying it's all about -- what's

02:03:03  20  that, the word, and what does it mean?

21  A.    Okay.  So there's to words.  The hadeeth word, this is

22  basically -- this is basically regarding sayings of the

23  Prophet Muhammad and different things that he did.  He would

24  have certain people who would document basically everything

02:03:25  25  that he would say at certain times.  They would document

 1    that and save it for historical purposes.

 2    Q.    Okay.  And then you said there's a second portion to

 3    this?

 4    A.    Yes.  And the second portion would be jihad which is

02:03:39  5    fighting for the cause of God.

 6          (Recording played.)

 7    BY MR. BENNETT:

 8    Q.    And what is a she-mams, if you know?

 9    A.    Right.  So the correct word would be imam, which is

02:04:02 10    the preacher of the mosque and so she-mams was used just to

 11    make it a feminine term.

 12    Q.    Is that bad in some way?

 13    A.    Yes.

 14          (Recording played.)

02:05:03 15    BY MR. BENNETT:

 16    Q.    And again, there seems to be a female voice.  Do you

 17    know who that is?

 18    A.    Yes.

 19    Q.    Who is that?

02:05:08 20    A.    That's the wife of Mr. Hendricks.

 21    Q.    Do you know what the Sunna is that's being referenced

 22    there?

 23    A.    Possibly part of the title of a certain book.

 24    Q.    How about the Constants of Jihad?

02:05:23 25    A.    Yes, that is a title of a book.

1    Q.    And is that something you wrote down as well?

2    A.    Yes.

3    Q.    Something Mr. Hendricks directed you to?

4    A.    Yes.

02:05:42  5          (Recording played.)

6    BY MR. BENNETT:

7    Q.    That term "Academy of the Mujahideen, do you know what

8    that is a reference to?

9    A.    Yes, that's a reference to the book being a training

02:06:26 10  manual.

11   Q.    For?

12   A.    For jihad.

13          (Recording played.)

14   BY MR. BENNETT:

02:07:15 15  Q.    Mr. Hendricks is referencing something he wrote with

16   his wife.  What was that?

17   A.    That was the document titled GPS of the Ghuraba.

18   Q.    And we've seen that previously up on the screen?

19   A.    Yes.

02:07:26 20  Q.    That 19-page document?

21   A.    Yes.

22   Q.    Okay.  Go ahead.

23          (Recording played.)

24   BY MR. BENNETT:

02:07:39 25  Q.    And at the end there, what is Mr. Hendricks asking you

1   to do?

2   A.   "Hopefully you will spread that as well."

3   Q.   And did you do anything with that?  Spread?  What did

4   you take that to mean?

02:07:51  5   A.   I took that to mean to share it online in my social

6   media profiles.

7   Q.   Can we bring up Government's Exhibit 62H?

8        (Recording played.)

9   BY MR. BENNETT:

02:09:19  10   Q.   What Mr. Hendricks referenced there about the

11   counter-surveillance and the circling, did you guys do that

12   on this day before you end up there this actual parking lot?

13   A.   Yes, that's correct.

14       (Recording played.)

02:10:15  15   BY MR. BENNETT:

16   Q.   And is this in line, what he's saying about the cell

17   phones, with what you were told in the Burger King restroom?

18   A.   Yes.

19   Q.   And you guys were using a handheld walkie-talkie going

02:10:29  20   forward?

21   A.   Yes.

22   Q.   Okay.

23       (Recording played.)

24   BY MR. BENNETT:

02:11:21  25   Q.   So the word halal, what does that mean and what's he

1318

1    saying here?

2    A.    Halal means something that's lawful a religious sense.

3    Q.    And what is being said about war?

4    A.    Right, so he's quoting a -- he's referencing a quote

02:11:40  5    from the Prophet Muhammad which is war is deception.

6          (Recording played.)

7    BY MR. BENNETT:

8    Q.    What is a baby?

9    A.    A baby means that we are still in the beginning stages

02:12:55 10    of this.

11    Q.    And at this point, based on all your interactions with

12    Mr. Hendricks and communication, do you have an idea of the

13    number of brothers there are?

14    A.    Not exactly, just a few.

02:13:12 15          (Recording played.)

16    BY MR. BENNETT:

17    Q.    And the "Ability to shoot" what?

18    A.    I'm not sure exactly what was the intent.

19    Q.    Okay.  Go ahead.

02:13:32 20          (Recording played.)

21    BY MR. BENNETT:

22    Q.    And, again, when there are translations of these words

23    that are here, who is providing those translations?

24    A.    I'm providing those translations.

02:14:58 25    Q.    You've listened to this, and these are the translation

             1    of the words that were said?

             2    A.    Yes.

             3    Q.    And what all is this referencing?

             4    A.    This is referencing sacrifice.

02:15:11     5    Q.    Sacrifice of what?

             6    A.    Having to sacrifice worldly possessions and worldly

             7    aims for that of the hereafter.

             8    Q.    And then there's a reference to misinformation?

             9    A.    Yes.

02:15:23    10    Q.    What does that mean?

            11    A.    Misinformation such as the counter-surveillance.

            12          (Recording played.)

            13    BY MR. BENNETT:

            14    Q.    And who's the "They" that's being referenced?

02:16:45    15    A.    They would be law enforcement.

            16    Q.    And can we bring up Government's Exhibit 62I?

            17          And can we play this, please?

            18          (Recording played.)

            19    BY MR. BENNETT:

02:17:32    20    Q.    When you're saying here that "I'm not useless but I

            21    don't know I'm that useful," what are you referring to?

            22    A.    I was referring to as far as physical, physical

            23    activities.

            24    Q.    Such as?

02:17:43    25    A.    Such as the raiding, which was mentioned earlier.

1   Q.   Did you have or do you have any military background?

2   A.   No, I don't.

3   Q.   Was that discussed at some point with Mr. Hendricks?

4   A.   Not specifically, no.

02:17:57 5   Q.   Okay.  Go ahead.

6        (Recording played.)

7   BY MR. BENNETT:

8   Q.   Sounds like there's a plane going overhead?

9   A.   Yes.

02:18:56 10   Q.   What are you discussing here regarding training?

11  A.   Yes, so basically saying that right now the main thing

12  is to get me trained.

13  Q.   And training meant what?

14  A.   Training meant --

02:19:09 15       MR. HARTMAN:  Objection, Your Honor.

16       THE COURT:  Sustained.

17  BY MR. BENNETT:

18  Q.   You respond how?

19  A.   I responded by saying, "I need some preparation."

02:19:20 20   Q.   And did you agree to some training?

21  A.   I agree that I would be willing to partake in

22  training.

23  Q.   And what training would that be?

24  A.   That would be physical training.

02:19:31 25   Q.   Go ahead.

1    (Recording played.)

2  BY MR. BENNETT:

3  Q.    And what is he saying about when the training would

4  be?

02:20:05 5  A.    During the night.

6        (Recording played.)

7  BY MR. BENNETT:

8  Q.    There's some reference here to violence.  Do you know

9  what that meant?

02:20:59 10 A.    The violence would be during the night raids.

11       (Recording played.)

12 BY MR. BENNETT:

13 Q.    And what would a safe house be?

14 A.    A safe house would be somewhere to lay low.

02:21:53 15      (Recording played.)

16 BY.  MR. BENNETT:

17 Q.    Did you end up actually going to Baltimore, the actual

18 city?

19 A.    The actual city, no.

02:24:10 20 Q.    Why not?

21 A.    There were National Guard in the actual city that

22 morning.

23 Q.    Okay.

24       (Recording played.)

02:25:25 25 BY MR. BENNETT:

1  Q.    This last part, there's several references to "Off the

2  grid"?

3  A.    Yes.

4  Q.    What does off the grid mean?

02:25:32  5  A.    That simply means sort of like a place to lay low.

6  Q.    So what happened directly after this meeting?

7  A.    Directly after this meeting, we went our separate

8  ways.

9  Q.    And where did you go?

02:25:50  10  A.    I returned to Pennsylvania.

11  Q.    And at some point did you go back and meet with the

12  officers, with the FBI, the agents?

13  A.    Yes.

14  Q.    And did you return the recording device?

02:26:02  15  A.    Yes.

16  Q.    Did you speak with the agents at that time?

17  A.    Yes.

18        MR. BENNETT:  No further questions, Your Honor.

19  Thank you.

02:26:12  20        THE COURT:  All right.  Thank you.

21        Counsel, you may cross-examine.

22        MR. HARTMAN:  Thank you, Your Honor.

23         CROSS-EXAMINATION OF HAMZA AL-ANSARI

24  BY MR. HARTMAN:

02:26:28  25  Q.    Sir, you get paid for doing this kind of work for the

1    FBI, do you not?

2    A.    That's correct.

3    Q.    And you've been doing that for five or six years?

4    A.    That's correct.

02:26:36  5    Q.    Made about $45,000 for doing this?

6    A.    Yes.

7    Q.    You were -- you mentioned yesterday that you were in

8    Islam for about nine years.  Am I right about that?

9    A.    About eight years.

02:26:54  10    Q.    Eight years?

11    A.    Yes.

12    Q.    Why did you leave?

13    A.    It simply didn't resonate with me any longer.

14    Q.    So you just decided to leave it aside?

02:27:03  15    A.    That's correct.

16    Q.    Now, you want to be an FBI agent?

17    A.    Yes.

18    Q.    And you're hoping that doing this kind of work will

19    help you achieve that goal?

02:27:18  20    A.    Yes.

21    Q.    Have you been told that it will?

22    A.    No, I haven't.

23    Q.    You also study information technology?

24    A.    That's correct.

02:27:27  25    Q.    Are you familiar with how to hack into a website?

1    A.    Yes.

2    Q.    You've done it before?

3    A.    I have for practical purposes, but not illegally.

4    Q.    For practical purposes.  What does that mean?

02:27:42 5    A.    Yes, for example, when you take a class on hacking,

6    you have to practice the hacking itself.  But it's done in a

7    controlled environment.  So it's not done illegally.

8    Q.    So this was done through your school work?

9    A.    Yes, correct.

02:27:56 10    Q.    Have you ever hacked a phone?

11    A.    No, I haven't.

12    Q.    You know that's possible, though, correct?

13    A.    Yes, that's possible.

14    Q.    In fact, if one hacks a phone, the phone can actually

02:28:09 15    be taken over?

16    A.    That's correct.

17    Q.    Through something call malware?

18    A.    Yes.

19    Q.    And I don't want to get too technical, but a trojan?

02:28:19 20    A.    Yes.

21    Q.    Okay.  And that can be embedded in a link that's sent

22    through an Email or any social media platform; isn't that

23    right?

24    A.    That's correct.

02:28:32 25    Q.    Now, you put your Wickr screen name on Twitter,

1    correct?

2    A.    Wickr, yes.

3    Q.    So literally anyone on Twitter that -- anyone on

4    Twitter could have seen that and could have contacted you on

02:28:56 5   Wickr?

6    A.    That's correct.

7    Q.    Now, when you were first identified on Wickr, you

8    didn't know -- when you were first contacted on Wickr, you

9    didn't know who was contacting you, did you?

02:29:20 10  A.    No.

11   Q.    So when you were communicating with Nowhaq, you didn't

12   know who that was?

13   A.    That's correct.

14   Q.    Nowhaq1, you didn't know who that was?

02:29:34 15  A.    That's correct.

16   Q.    And hidingmyrights, you didn't know who that was

17   either?

18   A.    I did because I was told.  After a certain point, I

19   was told who I was speaking to.  And so then I was able to

02:29:43 20  go back and find the Twitter account that was linked to the

21   Wickr account.

22   Q.    Told by whom?

23   A.    I was told by Mr. Hendricks.

24   Q.    I'm curious, what messaging app did you use on the

02:30:00 25  morning of May 2 when you were on your way to this meeting?

1   A.   On the morning of May 2 on the way, I used Surespot.

2   Q.   And does Surespot allow you to take screen shots

3   internally?

4   A.   Internally, no.

02:30:16  5   Q.   It doesn't?

6   A.   No.

7   Q.   Now, you were, for lack of a better term, trying to

8   play bad guy, right?

9   A.   Um, I wouldn't say that.  I was basically -- I would

02:30:37 10   basically be put into a scenario where I could attract

11   anyone that would be interested in certain violent

12   activities.

13   Q.   So you were trying --

14   A.   Extremist activities.

02:30:49 15   Q.   Sorry.  I didn't reason to interrupt you.

16        So you were trying to take on a certain persona?

17   A.   Yep.

18   Q.   And Mr. Hendricks told you that he put a lot of

19   misinformation out there, didn't he?

02:31:01 20   A.   Yes, he mentioned that during the

21   counter-surveillance.

22   Q.   Okay.  So he was in a sense also taking on a persona,

23   correct?

24   A.   Possibly.

02:31:10 25   Q.   Now, when you say you discussed possible targets being

1    military recruitment centers, that's not audible on any of

2    this recording, correct?

3    A.    That's correct.

4    Q.    And when you talked about land being used for

02:31:33  5    training, that's also not audible on any of this recording?

6    A.    That was audible.

7    Q.    What about when you were told to research a voice

8    changer?  That wasn't audible on this recording?

9    A.    I don't believe so.

02:31:51  10    Q.    Okay.  So all we have is your word on that?

11    A.    Yes.  There are fragments of that conversation, but

12    not the entire conversation is audible.

13              MR. HARTMAN:  Judge, can I have a moment?

14              THE COURT:  Yes, sir.

02:33:52  15              MR. HARTMAN:  Your Honor, I have no further

16    questions at this time.

17              THE COURT:  Thank you.

18        Any redirect of the witness?

19              MR. BENNETT:  Yes, Your Honor.  Briefly.

02:33:59  20              REDIRECT EXAMINATION OF HAMZA AL-ANSARI

21    BY MR. BENNETT:

22    Q.    You were asked about the fact that Mr. Hendricks put

23    misinformation?

24    A.    Yes.

02:34:09  25    Q.    Misinformation online?

1    A.    Yes.

2    Q.    What did he tell you with regard to face-to-face

3    meetings?

4    A.    He told me that face-to-face we would not lie to each

02:34:17  5    other.

6    Q.    And you were also asked about accepted and Nowhaq.

7          What app user ID were you dealing with in setting up

8    the meeting in Baltimore?

9    A.    Do you mean my user ID --

02:34:32 10    Q.    No, the user ID you were communicating with?

11    Accepted?

12    A.    I would have to look back at the documents.

13    Q.    At the end of the day, when you met at the Burger King

14    in Baltimore, who was the individual who showed up?

02:34:50 15    A.    The --

16    Q.    Who showed up in the bathroom at Burger King?

17    A.    That was Mr. Hendricks.

18    Q.    And who did you have a two-hour conversation with

19    outside of Baltimore?

02:35:00 20    A.    Mr. Hendricks.

21              MR. BENNETT:  No further questions.

22              MR. HARTMAN:  Just one follow-up, Your Honor.

23              THE COURT:  Yes, sir, you may.

24              RECROSS-EXAMINATION OF HAMZA AL-ANSARI

02:35:07 25    BY MR. HARTMAN:

1  Q.    sir, when you said that when you talk -- you said Mr.

2  Hendricks said when we talk face-to-face, we don't lie to

3  each other, correct?

4  A.    That's correct.

02:35:17 5  Q.    Now, when you were letting him believe that you were

6  interested in all these things, you were lying, right?

7  A.    That's correct.

8          MR. HARTMAN:  Thank you.

9          THE COURT:  All right.  Thank you, sir.  You're

02:35:27 10  excused.

11      You may step down.

12      Counsel -- ladies and gentlemen of the jury, is

13  everyone okay?

14      All right.  Can you call your next witness, please?

02:35:43 15          MS. MAGNONE:  Yes, Your Honor, the government

16  calls Ms. Jasmine Bevany.

17          THE COURT:  Ma'am, if you would approach the

18  witness stand, please, over here to my right.

19      Just right here, if you would.

02:36:32 20      Would you please remain standing for a moment while I

21  administer the oath.

22                  JASMINE BEVANY,

23    of lawful age, a witness called by the United States,

24        being first duly placed under oath, was examined

02:36:56 25              and testified as follows:

1     THE COURT:  Yes?

2     THE WITNESS:  I don't know -- I guess I do, I

3  will.

4     THE COURT:  You will accept the oath?  You

02:37:02  5  affirm?

6     THE WITNESS:  I confirm, accept.

7     THE COURT:  All right.  We'll note that for the

8  record.  Have a seat.

9     Just relax.

02:37:10  10     Counsel, you may inquire.

11     MS. MAGNONE:  Thank you, Your Honor.

12     THE COURT:  Ma'am, let me give you some

13  brief -- just listen to me for a moment.  Okay?

14     Listen carefully to the questions.  Wait until the

02:37:25  15  attorneys complete their questions before you begin to

16  respond to the question.  The court reporters, the ladies

17  seated here in front of me, they have to transcribe or type

18  down your answers.

19     If anyone says objection, do not -- wait until I rule

02:37:42  20  on the objecting, please.  If I say sustained, you won't

21  answer the question, all right?

22     Can we do that?

23     Thank you.  And one other thing.  You can't nod your

24  head yes or no, you have to say yes or no because, again,

02:37:55  25  the ladies have to take down what you say, all right.

```
 1              THE WITNESS:  Yes.

 2              THE COURT:  Thank you.

 3         Counsel, you may inquire.

 4              MS. MAGNONE:  Thank you.

 5              DIRECT EXAMINATION OF JASMINE BEVANY

 6    BY MS. MAGNONE:

 7    Q.    Good morning.  Can you tell us what your full name is

 8    and then can you spell your last name for the court

 9    reporter?

10    A.    Jasmine Bevany.  Last name B-E-V-A-N-Y.

11    Q.    And how old are you, if you don't mind me asking?

12    A.    Twenty-four.

13    Q.    So in May of 2015, how old were you?

14    A.    Twenty-one.

15    Q.    Sorry to make you do math.

16         Do you know the defendant in this case, Erick Jamal

17    Hendricks?

18    A.    Yes.

19    Q.    And what is your relationship to him?

20    A.    Step-daughter.

21    Q.    And what is your mother's name?

22    A.    Andrea Hansen.

23    Q.    I would like you -- we're going to pull a couple

24    pictures now for you to look at.

25         If we could bring up Government Exhibit 46, page 4,
```

1332

1    please.

2         And can we -- 46, page 4.

3         And if we could zoom in on that bottom one.

4         Jasmine, do you recognize the person in this picture?

02:39:11  5  A.    Yes.

6    Q.    And who is it?

7    A.    Me.

8    Q.    And was this picture on your face book in 2015, May

9    2015?

02:39:18 10  A.    Yes.

11   Q.    Let's pull up another Government Exhibit, page 5,

12   please.  And zoom in.

13        Yes.  Thank you.

14        And this someone a little blurry, but do you recognize

02:39:34 15  this picture?

16   A.    Yes.

17   Q.    And who's the person in this picture?

18   A.    Me.

19   Q.    And was this also on your face book page in 2015?

02:39:42 20  A.    Yes.

21   Q.    Okay.  So now we're going to talk about a specific

22   Email address.

23        If we could bring up Government Exhibit 48, page 2.

24        And if you could enlarge the Email address next to the

02:39:59 25  2 there.  It is a little tough to see.

1           No, just the Email address, please.

2           Maybe zoom back out a little bit.

3           Sorry.

4           Thank you.

02:40:08 5   BY MS. MAGNON:

6      Q.   Okay.  Jasmine, on the screen in front of you there's

7      an Email address that says Muslimah803jazz@gmail.com.

8           Do you recognize that Email address?

9      A.   Yes.

02:40:24 10  Q.   And did you use that Email address in May of 2015?

11     A.   Yes.

12     Q.   Okay.  Can we please bring up page 3 of that same

13     exhibit.

14          Jasmine, if you could take a minute and just review

02:40:39 15  this Email.

16          Do you recognize this Email?

17     A.   Yes.

18     Q.   And did you write this Email?

19     A.   Yes.

02:40:49 20  Q.   Now, this may seem like an obvious question, but how

21     do you know that you're the one that wrote this Email?

22     A.   Because I remember writing it.

23     Q.   Okay.

24          And who were these Emails between?  Who were you

02:41:03 25  writing to as far as you knew?

1   A.   I don't remember his name, but a guy that I was

2   interested in.

3   Q.   And when you say interested in, do you mean like

4   dating relationship?

02:41:14 5   A.   Courting.

6   Q.   Courting, okay.

7        Can we go back to page 2 of Government Exhibit 48,

8   please?

9        This person that you were talking to, did he tell you

02:41:29 10   where he was from?

11   A.   Yes.

12   Q.   And where was he from?

13   A.   Pennsylvania.

14   Q.   Okay.

02:41:35 15        And can we go to page 4, please.

16        And what did he tell you he did for a living?

17   A.   Computer programming.

18   Q.   Okay.

19        You can close that down.

02:41:54 20        Prior to your testimony today, did you have the

21   opportunity to review all 12 pages of this Email exchange?

22   A.   Yes.

23   Q.   And were those Emails the full extent of your

24   interaction with this person?

02:42:06 25   A.   Yes.

```
 1   Q.   Can we pull up page 12.

 2        48, page 12, please.

 3        Now, do you see a date -- no zooming.

 4        Do you see a date at the bottom of this page?

 5   A.   Yes.

 6   Q.   What's the date?

 7   A.   May 16, 2015.

 8   Q.   And was that the last -- was this the last time you

 9   ever spoke to this person?

10   A.   Yes.

11   Q.   And can you just tell us briefly why you stopped

12   talking to the man from Pennsylvania?

13   A.   Because he wanted me to be a housewife, and I didn't

14   want to.

15   Q.   Okay.  Fair enough.

16        So who put the two of you in contact?

17   A.   Erick.

18   Q.   Erick being your stepdad?

19   A.   Yes.

20   Q.   And can you just tell us how that came about?

21   A.   I was 21, and I wanted to start courting with people

22   so that I could prepare for marriage.  And he was one of

23   them, one of the people that he knew.

24   Q.   Okay.  So you told your stepdad that you were

25   interested in potentially meeting people; is that correct?
```

1    A.    Yes.

2    Q.    Okay.  Had you used this Email address,

3    Muslimah803jazz before this interaction?

4    A.    No.

02:43:28  5    Q.    So how did you come up with this Email address?

6    A.    We sat down and made it so that he wouldn't have any

7    of my personal information if it didn't work out.

8    Q.    Okay.  So when you say we, who are you referring to?

9    A.    Me and Erick.

02:43:42  10    Q.    Okay.

11         MS. MAGNONE:  Your Honor, may I have a moment?

12         THE COURT:  Yes.

13    BY MS. MAGNONE:

14    Q.    Thank you, Jasmine.

02:43:54  15         MS. MAGNONE:  No further questions, Your Honor.

16         THE COURT:  All right.  Thank you.

17    Just a moment.  The other attorneys might have

18    questions.

19              CROSS-EXAMINATION OF JASMINE BEVANY

02:44:05  20    BY MR. DOUGHTEN:

21    Q.    Good morning, Jasmine?

22    A.    Good morning.

23    Q.    We've spoken before, correct?

24    A.    Yes.

02:44:08  25    Q.    I just have a few extra questions, I guess.

1    Now, how long prior to this time in 2015, how long had

2  you known Erick?

3  A.    Since 2011 -- I knew him before that, but never talked

4  to him before.

02:44:27 5  Q.    When did he become your stepdad?  Do you remember

6  about which time?

7  A.    The end of 2011.

8  Q.    And when you talked about the courting process, that

9  isn't unusual for your beliefs, is it?

02:44:43 10  A.    No.

11  Q.    And, in fact, as a younger woman, you knew there would

12  come a time that you would begin this process, correct?

13  A.    Yes.

14  Q.    And you spoke to Mr. Hendricks about this process,

02:44:54 15  correct?

16  A.    Yes.

17  Q.    And you told him that you would be interested in

18  meeting some people when you became of age which is around

19  21, correct?

02:45:01 20  A.    Yes.

21  Q.    In fact, didn't he provide you with other names also

22  of people you might be interested in?

23  A.    Yes.

24  Q.    And it was left up to you to who you would like or not

02:45:12 25  like, correct?

```
            1    A.    Yes.

            2    Q.    And if you said, "You know what, I'm kind of an

            3    independent woman.  I'm really not interested in being a

            4    housewife," he didn't give you a hard time about that, did

02:45:23    5    he?

            6    A.    No.

            7    Q.    And, in fact, isn't it true that you wanted to finish

            8    your education and develop individually before would you

            9    settle down and have children; isn't that correct?

02:45:32   10    A.    Yes.

           11    Q.    Just like many of us, correct?

           12    A.    Yes.

           13    Q.    And this is kind of a modern Muslim woman, correct?

           14    A.    Yes.

02:45:40   15    Q.    So just to be clear, at all times, he was going to

           16    respect your choices as to who you would court or date and

           17    not date, correct?

           18    A.    Yes.

           19    Q.    And he never tried to influence you who to end up with

02:45:53   20    ultimately?

           21    A.    No.

           22    Q.    Okay?

           23              MR. DOUGHTEN:  One second, Your Honor.

           24              THE COURT:  Yes.

02:46:18   25    BY MR. DOUGHTEN:
```

1    Q.    Just one more area.

2          In the time that you knew Erick, you would discuss the

3    religion of Islam, correct?

4    A.    Yes.

02:46:29 5    Q.    And in your discussions with him, did he ever espouse

6    or talk about any violent beliefs of Islam?

7    A.    No.

8    Q.    Okay.  Thank you.

9              MR. DOUGHTEN:  No further questions, Your Honor.

02:46:42 10              THE COURT:  All right.  Thank you.

11          Anything else?  Any redirect of this witness?

12              MS. MAGNONE:  No, Your Honor.  Thank you.

13              THE COURT:  All right.  Thank you, ma'am.  You

14    may step down.

02:46:49 15          Counsel, you may call your next witness.

16              MR. SHEPHERD:  The government calls Stanley Kent,

17    Your Honor.

18              THE COURT:  Thank you.  Sir, if you would

19    approach the witness stand over here to my right.

02:47:32 20          Please remain standing, sir, while I administer the

21    oath or affirmation.

22                          STANLEY KENT,

23        of lawful age, a witness called by the United States,

24          being first duly placed under oath, was examined

02:47:45 25                  and testified as follows:

1     THE COURT:  All right.  Be seated in the witness

2  stand, if you would, sir.

3     Just a few brief instructions.

4     Please wait until the attorneys complete their

02:47:55  5  questions before you begin to respond.  It's difficult for

6  the listeners and the court reporters who must transcribe

7  your answers.

8     If there is an objection to any question, do not

9  answer the question until I rule on the objection.  Of

02:48:07 10  course if I say sustained, you will not answer the question.

11     Thank you for your cooperation.

12     Counsel, you may inquire.

13     MR. SHEPHERD:  Thank you, Your Honor.

14          DIRECT EXAMINATION OF STANLEY KENT

02:48:17 15  BY MR. SHEPHERD:

16  Q.   Would you please state your full name for the record?

17  A.   Stanley Jason Kent.

18  Q.   And could you tell your last name, please?

19  A.   K-E-N-T.

02:48:25 20  Q.   Sir, where are you from?

21  A.   Atlanta, Georgia.

22  Q.   And what did you do for a living town do?

23  A.   I work as a security consultant for Delta Global

24  Services.

02:48:35 25  Q.   What does that mean?

1   A.    Delta Global Services is a subsidiary of Delta

2   Airlines and I basically advice Delta Airlines on security

3   matters -- in reference to the airline industry.

4   Q.    What did you do before that?

02:48:49  5   A.    I was a state trooper for the Georgia State patrol.

6   Q.    When did you stop being a state trooper?

7   A.    October of last year.

8   Q.    How long were you a state trooper?

9   A.    Fourteen years.

02:49:00 10   Q.    And what did you do before that?

11   A.    I was a police officer for a county police agency just

12   northeast of Atlanta in Gwinnett County Police Department.

13   Q.    And as a state trooper before you retired -- first,

14   did you retire from being a state trooper?

02:49:18 15   A.    Yes, sir, I did.

16   Q.    What were your duties as a state trooper?

17   A.    The last ten years of my career, I worked as a

18   criminal interdiction officer, a canine handler.

19   Q.    I want to draw your attention to May 26 of 2015, okay.

02:49:32 20   A.    Okay.

21   Q.    Were you working that day?

22   A.    Yes, sir.

23   Q.    And on that date did you conduct a traffic stop that

24   involved an Erick Hendricks?

02:49:40 25   A.    Yes, sir.

1   Q.    If you could, describe the circumstances of that stop,

2   please.

3   A.    Received a call, I was working normal patrol that day

4   and received a call requesting assistance to assist the FBI

02:49:55  5   in an investigation that they were conducting.

6   Q.    Did you receive any details about that investigation?

7   A.    No.

8   Q.    Did you know the subject matter?

9   A.    No.

02:50:02  10   Q.    Is that the type of call you've received before in

11   your career?

12   A.    Yes.

13   Q.    So typically what do you do if you get a call like

14   that?

02:50:10  15   A.    Typically the agent will call and say, "Hey, look,

16   we're conducting an investigation.  We have a vehicle of

17   interest, and it may be important to our case."  They

18   typically give a vehicle description and a location.

19   Q.    Do you wait to pull that over until you develop your

02:50:33  20   own independent basis?

21   A.    Yes.  They don't -- they don't never give us enough

22   information for that to alone be probable cause, and we

23   develop our own probable cause.  You know, we observe a

24   traffic violation or something that's unsafe in their

02:50:52  25   driving habits or something like that.

 1      And then based on that probable cause or that reason,

 2    that unsafe action, we conduct a traffic stop.

 3    Q.    Trooper Kent, on May 26, 2015, what did you observe

 4    involving Erick Hendricks's vehicle?

02:51:08  5    A.    After I made contact with the vehicle, I was watching

 6    that vehicle enter into traffic from two major interstates,

 7    285, which is a loop that runs around the perimeter of

 8    Atlanta join with I-20, which is a major east/west route

 9    through the center of the city.  It's a rather busy

02:51:32 10    interaction.

11      And I observed the vehicle that Mr. Hendricks was

12    driving leave his lane and cut off another vehicle as it was

13    merging on to the interstate, on to I-20.

14    Q.    Is that a traffic violation?

02:51:47 15    A.    It is, failure to maintain lane in Georgia.

16    Q.    What did you do?

17    A.    I conducted a traffic stop on that be vehicle for that

18    traffic violation.

19    Q.    Did you identify the occupants of the car?

02:51:56 20    A.    I did.

21    Q.    Who was in the car?

22    A.    It was a black male driving and a black female

23    passenger.

24    Q.    Did you identify their names?

02:52:05 25    A.    Yes.

1    Q.    What were the names?

2    A.    Hendricks was their last name.

3    Q.    Do you remember their first names?

4    A.    Erick and -- I'm going to mess her name up -- Tyrinda.

02:52:21   5    Q.    Did you write a report of this incident?

6    A.    Yes, I did.

7    Q.    Would reviewing that report help with the exact name

8    of the other person in the car?

9    A.    Absolutely.

02:52:31   10         MR. SHEPHERD:  Your Honor, may I approach?

11         THE COURT:  You may.

12         THE WITNESS:  Tyrinda.  I was close.  Maybe not.

13    Sorry.

14         THE COURT:  It began with a T, right.

02:52:53   15         THE WITNESS:  Yeah, yeah.

16    BY MR. SHEPHERD:

17    Q.    Trooper Kent, during your time as a state trooper, did

18    you conduct a lot of traffic stops?

19    A.    Yes, sir.

02:53:01   20    Q.    Is it reports like this that you write things down so

21    you can remember them?

22    A.    Absolutely.  I would be in trouble if I didn't.

23    Q.    So the two individuals were in the car.  Did you also

24    run or obtain the license plate for the car.

02:53:22   25    A.    Yes.

1   Q.   Do you remember what that was?

2   A.   IPA, maybe 665, South Carolina plate.

3   Q.   Did you check to see who that plate came back to?

4   A.   Yes.

02:53:35 5   Q.   Who did it come back to?

6   A.   The female passenger.

7   Q.   Did you talk to the male passenger?

8   A.   I did.

9   Q.   Did you ask him where he was coming from?

02:53:45 10  A.   I did.

11  Q.   What did he tell you?

12  A.   He stated he was coming from Arkansas, small town near

13  Little Rock.

14  Q.   Did he say who lived there?

02:53:56 15  A.   His mother.

16  Q.   Do you remember the exact city that he said his mother

17  lived in?

18  A.   It's in my report.  I don't remember right offhand.

19  Q.   Did you also have the address as well in your report?

02:54:07 20  A.   That's correct.

21  Q.   Would reviewing that help you remember?

22  A.   Absolutely.

23       MR. SHEPHERD:  Your Honor, may I approach again?

24       THE COURT:  Yes.  Why don't you just leave it up

02:54:14 25  there in case he needs to refer to it again.

1    THE WITNESS:  The exact address was 2317 Linden

2  Street in Woodson, Arkansas.

3  BY MR. SHEPHERD:

4  Q.    If I could pull up Government's Exhibit 69?

02:54:34 5    Do you recognize Government's Exhibit 69?

6  A.    Yes, I do.

7  Q.    What does this show?

8  A.    It's a still frame from my in car video of the traffic

9  stop on that day with the two occupants of the vehicle in

02:54:49 10  the location of the traffic stop, as well as the vehicle

11  with the license plate.

12  Q.    And does -- could you just identify the individuals,

13  please, in the vehicle -- or in the photo?

14  A.    Mr. Hendricks is standing on the left side of the

02:55:05 15  photo and Mrs. Hendricks is standing on the right side.

16  Q.    And is this a fair and accurate portrayal of what you

17  saw on May 26, 2015?

18  A.    Yes, sir, it is.

19  Q.    During the course of this stop, did you develop a

02:55:16 20  basis for conducting a search of the vehicle?

21  A.    I did.

22  Q.    Did you indeed conduct a search of the vehicle?

23  A.    Yes, sir, I did.

24  Q.    During the course of the search, did you see a

02:55:29 25  notebook in the vehicle?

1        A.    I did.

2        Q.    Did anything draw your attention to the notebook?

3        A.    It was open, laying between the two seats, front seats

4        of the vehicle, and on the first page there that I could see

02:55:43 5     in plain view was license plates and vehicle descriptions,

6        which I found kind of odd.

7              And like I said, on that page were license plates,

8        multiple license plates as well as vehicle descriptions of

9        vehicles matching those license plates.

02:56:02 10    Q.    Did you conduct a further examination of the notebook?

11       A.    I did.

12       Q.    Did you take photographs of the contents of the

13       notebook?

14       A.    Yes, sir, I did.

02:56:09 15    Q.    During your examination of the notebook, did you see

16       any Email addresses listed?

17       A.    Yes, sir.

18       Q.    If I could please pull up Government's Exhibit 70.

19             Do you recognize Government's Exhibit 70?

02:56:23 20    A.    Yes.

21       Q.    What is this?

22       A.    It's one of the pages that was inside of the notebook.

23       Q.    And is there an Email address listed?

24       A.    Yes, charlesmaydot@gmail.com.

02:56:35 25    Q.    And is this a fair and accurate portrayal of the

1    notebook?

2    A.    Yes, it is.

3    Q.    Or of one of the pages from the notebook?

4    A.    One of the pages, yes, sir.

02:56:45  5    Q.    Is that as it looked on May 26, 2015?

6    A.    Yes.

7             MR. SHEPHERD:  Your Honor, I have no further

8    questions for this witness.

9             THE COURT:  Thank you.

02:56:54 10             Counsel, you may cross-examine.

11                  CROSS-EXAMINATION OF STANLEY KENT

12    BY MR. HARTMAN:

13    Q.    Good morning, Mr. Kent.

14    A.    Good morning.

02:57:12 15    Q.    What was your basis for searching the vehicle?

16    A.    I obtained probable cause from a positive alert from

17    my narcotic canine, Canine Balco.

18    Q.    And did you find any narcotics?

19    A.    No, sir.

02:57:27 20    Q.    So is it normal for you to search other parts of a car

21    when you're searching for narcotics?

22    A.    Yes.

23        It's our practice to search the entire vehicle when

24    searching for narcotics.

02:57:40 25        Our unit specialized in hidden compartments and

```
 1    aftermarket false compartments installed in vehicles for

 2    trafficking narcotics.

 3    Q.    And you didn't find any of those on this vehicle,

 4    correct?

 5    A.    No, sir.

 6    Q.    Did you take pictures of this notebook because of the

 7    FBI alert that you were given?

 8    A.    No.  I initially started taking pictures because of

 9    the vehicle descriptions and tag numbers inside that

10    notebook.

11    Q.    Okay.

12          MR. HARTMAN:  I don't have anything further, Your

13    Honor -- one second.

14    BY MR. HARTMAN:

15    Q.    One other question.  You also didn't find any weapons

16    in the car, correct?

17    A.    No weapons, no, sir.

18    Q.    Thank you.

19          THE COURT:  Thank you.  Any redirect of this

20    witness?

21          MR. SHEPHERD:  No, Your Honor.

22          THE COURT:  All right.  Thank you, sir.  You may

23    step down.

24          Government's next witness, please.

25          MS. MAGNONE:  Yes, Your Honor.  I just want to
```

1  let the Court know that the next witness will be lengthy.

2  So I know it's a little early for lunch.  It's up to the

3  Court.  We're happy to call her.

4         THE COURT:  I think it's too early for lunch.  So

5  we'll get started.

6         MS. MAGNONE:  Yes, Your Honor, the government

7  would call Amanda Amaro.

8         THE COURT:  All right.  Thank you.

9     Ma'am, if you would just approach the witness stand

10  over here to my right.  You can go either side of the table.

11  Doesn't matter.

12     Just please remain standing once you're in the witness

13  stand.  Thank you.

14                   AMANDA AMARO,

15     of lawful age, a witness called by the United States,

16        being first duly placed under oath, was examined

17               and testified as follows:

18         THE COURT:  All right.  Please be seated in the

19  witness stand.  Let me make a few requests, if I may.

20     Would you just listen for a moment.

21     Please wait until the attorneys complete their

22  questions before you begin to respond.  I know sometimes we

23  can anticipate questions and answers.  The court reporters

24  need to transcribe what you're saying.  So it's difficult

25  when two individuals are speaking at the same time.  And

1   it's difficult for the listeners as well.

2          If there is any objection to a question, if I sustain

3   the objection, you will not answer the question.  Just wait

4   until I rule on the objecting before you begin to respond.

03:00:14  5          All right?

6                  THE WITNESS:  All right.

7                  THE COURT:  Thank you.

8          Counsel, you may inquire.

9                  MS. MAGNONE:  Thank you, Your Honor.

03:00:18 10              DIRECT EXAMINATION OF AMANDA AMARO

11  BY MS. MAGNONE:

12  Q.    Can you please tell us what your full name is and

13  please spell your last name for the court reporter?

14  A.    Yes.  My name is Amanda Amaro.  And that's A-M-A-R-O.

03:00:27 15  Q.    And where do you live, Ms. Amaro?

16  A.    Shreveport, Louisiana.

17  Q.    Who do you live with?

18  A.    With my mom and two children.

19  Q.    And how old are your children?

03:00:38 20  A.    Six and eight now.

21  Q.    And are you married, Ms. Amaro?

22  A.    Yes, but separated.

23  Q.    Where does your husband live?

24  A.    Oklahoma.

03:00:46 25  Q.    And how long have you been separate?

           1    A.    A couple of years now, two years now to be fully --

           2    Q.    So since 2016?

           3    A.    Right.

           4    Q.    And has he been back to Louisiana since 2016.

03:01:01   5    A.    No, ma'am.

           6    Q.    I would like to start out today by talking to you

           7    about various social media accounts that you've used in the

           8    past.

           9          Have you ever used Twitter?

03:01:08  10    A.    Yes, ma'am.

          11    Q.    And when did you start using Twitter?

          12    A.    In 2014.

          13    Q.    Why did you start using Twitter in 2014?

          14    A.    At that time, it was after I had reverted and I was

03:01:21  15    just looking through different news -- I had followed a news

          16    article and was using it for more news information.

          17    Q.    So you just used a term "reverted."  What does

          18    reverted mean?

          19    A.    Reverted means -- as a Muslim, we believe that you're

03:01:34  20    born a Muslim, and we believe that instead of converting

          21    that you're going back to the way.

          22    Q.    So, in essence, in 2014 you became a Muslim?

          23    A.    Well, in 2013 to be exact.

          24    Q.    Sorry.  2013 you became a Muslim.  And then you said

03:01:50  25    you started doing some research online that eventually led

1    to Twitter; is that correct?

2    A.    Yeah.

3    Q.    So let's talk about the research that you officially

4    did online.  What were you looking for in 2013?

03:02:01 5    A.    Initially I was learning about Islam and how to pray

6    and the basics about it, just a little bit of everything

7    about it.

8    Q.    And was there any particular reason why you wanted to

9    revert to Islam?

03:02:17 10    A.    I was looking for something to give me faith.  I was

11    just looking for meaning in my life, a purpose.

12    Q.    Okay.  Do you still consider yourself to be a revert?

13    A.    Yes, ma'am.

14    Q.    And do you still consider yourself to be a Muslim?

03:02:33 15    A.    Yes, ma'am.

16    Q.    So you said you started doing research online and then

17    you moved to Twitter.

18          When in 2014 did you move to Twitter?

19    A.    It was in April.

03:02:44 20    Q.    And what was your first handle or name on Twitter?

21    A.    It was my last name, amaro877.

22    Q.    And did you hold yourself out on Twitter as a revert?

23    A.    Yes, ma'am.

24    Q.    And how did you do that?  What does -- how did people

03:03:02 25    know that you were a revert?

1   A.   I actually posted it or wrote it on the profile.

2   Q.   Okay.

3   A.   I was very open and put that information on there.

4   Q.   And why did you do that?

03:03:10  5   A.   For me at the time I was just open and new.  It was

6   just new to me, the whole -- everything was new to me.  I

7   was really open.

8   Q.   When you say it was all new to you, what are you

9   referring to exactly?

03:03:24  10   A.   The Twitter itself, I was not really one to use

11   Twitter.  It was a new platform for me.

12   Q.   Okay.  Because you put that you were a revert on your

13   profile, did people start to reach out to you on Twitter?

14   A.   Yes, people from everywhere.

03:03:41  15   Q.   And what sorts of people were reaching out to you?

16   A.   Muslims with different views, and lot of them later on

17   with more extremist views.

18   Q.   So you had what we would call maybe moderate Muslims

19   reaching out to you as well as people with extremist views?

03:04:04  20   A.   Yes, ma'am.

21   Q.   At some point, did you change your Twitter handle from

22   that amaro877 to something else?

23   A.   Yes, ma'am.  I was instructed by someone that since I

24   was a revert now, I should change to an Arabic name.  And

03:04:15  25   they suggested ummzidane because that was the name of my

```
         1    son, and umm means mother.

         2    Q.    Okay.  So we're going to slow down.

         3          So can you spell ummzidane for the court reporter?

         4    A.    Yes, it's U-M-M, and then my son's name, Z-I-D-A-N-E.

03:04:32 5    Q.    And up just said umm means mother?

         6    A.    Yes.

         7    Q.    And Zidane is the name of your son?

         8    A.    Yes, ma'am.

         9    Q.    And you said someone instructed you to do that?

03:04:43 10   A.    Yes, ma'am.

        11    Q.    Who instructed you to do that?

        12    A.    The person, I don't know.  They were from Indonesia.

        13    Q.    And why did they instruct you to do that?

        14    A.    They just said that since I was a revert, that I just

03:04:54 15   would put a new name out there.  I didn't have to identify

        16    with my old self anymore.

        17    Q.    So this person told you to change your name, and you

        18    changed your name?

        19    A.    Right.

03:05:03 20   Q.    Okay.  Now, you mentioned that some of the people that

        21    reached out to you had extremist views, correct?

        22    A.    Yes.

        23    Q.    Would those accounts with extremist views ever be

        24    deleted on Twitter?

03:05:14 25   A.    Yes.
```

1   Q.   And why would they be deleted?

2   A.   Some times it would be just because they weren't

3   Muslims, but a lot of times it would be because of what they

4   support.

03:05:24  5   Q.   Can you elaborate on that a little bit?

6   A.   Like in support of groups like ISIS or the different

7   various groups.

8   Q.   And so if they put support for those groups on

9   Twitter, Twitter would delete the account?

03:05:38 10   A.   Yes, ma'am.

11   Q.   And what would users do if their accounts got deleted?

12   A.   If the accounts were deleted, they would usually write

13   their user name out and put something like a hash tag where

14   everyone could find the hash tag to refined their account,

03:05:51 15   their new account.

16   Q.   And was there ever referred to as a shout-out?

17   A.   Yes.

18   Q.   Can you kind of explain that to us a little bit more?

19   A.   A shout-out was a way that everyone could find one

03:06:03 20   another.  Usually they would use certain hash tags, and you

21   could be able to search that through Twitter and be able to

22   find all of the accounts.

23   Q.   So the accounts that got deleted.  Their followers

24   could find them at a later time?

03:06:21 25   A.   Right.

1   Q.   Did you participate in these shout=outs?

2   A.   Yes.  I started following along with everyone.  At

3   first I didn't understand why the accounts were being

4   deleted.  But then I just started following along with

03:06:30 5   everyone, doing what everyone would do and retweeting.

6   Q.   Okay.  So other people were doing these shout-outs and

7   you were following and doing what they were doing?

8   A.   Yes, ma'am.

9   Q.   Okay.  Did you understand that you were potentially

03:06:43 10   helping those people with extremist views?

11   A.   At first I didn't, but later on, then I did.  Yes,

12   ma'am.

13   Q.   Okay.  Are you familiar with a group known as ISIS or

14   the Islamic State?

03:06:53 15   A.   Yes, ma'am.

16   Q.   And when did you first learn about ISIS?

17   A.   In 2014.

18   Q.   And how did you learn about ISIS?

19   A.   I seen a news article talking about the World Cup, and

03:07:04 20   someone was joking about kicking a head like a soccer ball.

21        I had never heard of this group before, so I, through

22   the news article, it was saying like links to Twitter.  So I

23   followed it to the Twitter to search about them.

24   Q.   Okay.  So you saw an article online that talked about

03:07:21 25   kicking a head.  And that made you want to learn more about

1  it?  Can you --

2  A.    That, no.  But I just had never -- I was just

3  familiar -- like just searching -- I never heard of the

4  group before.

03:07:32 5  Q.    Okay.

6  A.    So I just was trying to see what everyone was talking

7  about online.

8  Q.    I understand.

9      So you first learned about it through that article.

03:07:40 10  And then did you start following people that supported ISIS?

11  A.    At first I didn't know who was who.  I just was

12  following to some random accounts.  And then later on I did

13  understand that they were followers of that group and other

14  groups.

03:07:55 15  Q.    And you still chose to follow them, correct?

16  A.    Yes, ma'am.

17  Q.    And at times did you hold yourself out to be an ISIS

18  sympathizer or supporter?

19  A.    Later on in time I did, yes, ma'am.

03:08:06 20  Q.    And would you use the same words or phrases that ISIS

21  supporters or sympathizers often would use?

22  A.    I copied just about everything everyone would use.  I

23  learned about everything from the Twitter platform mostly.

24  Q.    So some of those people that you were following, you

03:08:23 25  would copy what they were doing and would you do it

1    yourself?

2    A.    Yes, ma'am.

3    Q.    Okay.  I would like to talk to you now about one

4    particular user that reached out to you in the spring of

5    2015, okay.

6         Do you recall a Twitter account by the name of

7    Ummahonelove?

8    A.    Yes, ma'am.

9    Q.    And when did ummahonelove initially contact you?

10   A.    Through Twitter of April of 2015.

11   Q.    And can you tell the jurors about that initial

12   contact?

13   A.    Initially he was just asking me a little bit about my

14   background, like how I came to Islam, what made me look into

15   Islam and a little bit about my life, my background.

16   Q.    Okay.  And was this over direct messaging or was this

17   on the public Twitter?

18   A.    That was actually through the direct messaging, like

19   initially he had just followed me and like commented

20   something.  And then I followed back.  I usually follow

21   everyone that followed me.  So then I can receive messages.

22   Q.    Okay.  And you said that he was questioning you about

23   Islam.  What kind of things was he questioning you about?

24   A.    Like which sect do I follow, like Sunni or Shia, and

25   he was different views, like, where my -- was I in support

1    of ISIS or like that.

2    Q.    And did you feel that he was testing you in a way?

3    A.    Yes, I felt that he was trying to see if I was a real

4    Muslim or just someone pretending to be.

03:09:48 5    Q.    Okay.  In these questions over direct messaging, did

6    ummahonelove say anything about following you on Twitter?

7    A.    Yes, he said he had been watching me from afar for a

8    while.

9    Q.    And had you noticed him online before?

03:10:03 10    A.    Not the name, no, ma'am.

11    Q.    Okay.  Did he ask you whether you were married?

12    A.    Yes.

13    Q.    And what did you tell him?

14    A.    I told him I was divorced.

03:10:11 15    Q.    And at that time were you actually divorced?

16    A.    No.  Just separated.

17    Q.    Was your husband living with you at that time?

18    A.    No.

19    Q.    Did he ever express an interest in marrying you?

03:10:21 20    A.    Yes.  He had asked me to be a second wife.

21    Q.    So he told you that he was currently married?

22    A.    Yes.

23    Q.    Did he say how long?

24    A.    For about ten years.

03:10:31 25    Q.    And did he say how old he was?

1    A.    He said he was about ten years older than me.

2    Q.    And did he tell you what he looked like?

3    A.    The only way that he described himself was saying that

4    he looked like Lebron James.

03:10:43    5    Q.    Did there come a time when he obtained a photograph of

6    you?

7    A.    Yes, later on he brought up a picture from my family

8    Facebook account.  It was a picture of me.  It was an older

9    picture where I was -- do you want me to describe that?

03:11:00    10    Q.    We can get to it in a second.

11          Did you send him this photograph?

12    A.    No, ma'am.

13    Q.    And you said this picture was posted on Facebook,

14    correct?

03:11:11    15    A.    Correct.

16    Q.    Were you Facebook friends with this person?

17    A.    No, ma'am.  I mostly just had family on there.

18    Q.    And had you ever been Facebook friends with the person

19    that was ummahonelove?

03:11:20    20    A.    No, ma'am, not that I'm aware of.

21    Q.    Did he also figure out where you lived from Facebook?

22    A.    Yes, from my Facebook, he brought up about my

23    location, saying that he lived -- had a place not far from

24    me and that he traveled through there.

03:11:35    25          And the way that I assumed he was able to obtain that

1   was because I had a check-in on my Facebook where I went to

2   a gym a couple years before.  And at the gym, it pulls up

3   your location, like where you check in, from the GPS.

4   Q.   Okay.  Slow down a little bit.

03:11:51  5        So you said that you had checked in on Facebook, what

6   does that mean?

7   A.   When you check in, you sign in and it's like a GPS

8   pulls up where you are.

9   Q.   And where was this gym located?

03:12:06  10  A.   Like five minutes from my home.

11  Q.   So it was in -- were you living in Shreveport,

12  Louisiana at that time?

13  A.   Yes, ma'am.

14  Q.   So the gym was in Shreveport and he you told you

03:12:19  15  that -- can you tell us again what he said in response this

16  that?

17  A.   He said that he had land near me and that he traveled

18  there often.

19  Q.   Okay.  Did you ever tell him where you lived?

03:12:28  20  A.   Not that I remember, no, ma'am.

21  Q.   Did that concern you at all that he knew where you

22  lived?

23  A.   Yes.  It was very unsettling.  It was scary because

24  you don't know who this person is and they're just pulling

03:12:41  25  up your information and they've got your, like your family

           1    account, pulling up your pictures and saying that they were

           2    close to you and you don't know that -- I mean, I don't

           3    remember ever giving him that information.

           4    Q.    And what exactly did he say about this land?

03:12:55   5    A.    He said that he was planning to move there and to

           6    build on that land.

           7    Q.    And did he say how far that land was from you?

           8    A.    He said about 45 minutes away.

           9    Q.    Not everyone knows exactly where Shreveport is, is

03:13:12  10    Texas about 45 minutes act?

          11    A.    Yes, ma'am, Texas, Texarkana and Arkansas.

          12    Q.    So Texas and Arkansas are both within 45 minutes of

          13    Shreveport?

          14    A.    Yes, ma'am.

03:13:23  15    Q.    Did he say anything about traveling to that area?

          16    A.    He said that he traveled there and he had come through

          17    there not too long ago, that he went through there a lot.

          18    Q.    So let's go back to that picture.  You were going to

          19    tell us about it.

03:13:34  20          Can you describe what was in the picture?

          21    A.    Yes.  In the picture, it was a picture I was wearing a

          22    sweatshirt and holding a gun.  It was one of my husband's

          23    uncle's.  He worked at a security, so he had them for

          24    protection.

03:13:49  25          And we had just posed with them.  That was the first

1    time I ever actually really held a gun in my life.

2    Q.    Okay so were you or are you a gun owner?

3    A.    No, ma'am.

4    Q.    Do you shoot guns for fun or for hunting?

03:14:01  5    A.    No, ma'am.

6    Q.    And so why were you just holding the gun, if you could

7    tell us again?

8    A.    We were just posing just to look cool or whatever.  It

9    was years ago.

03:14:10  10    Q.    Okay.  When was the picture taken?

11    A.    2008.

12    Q.    Okay.  Have you held a gun since that day in 2008?

13    A.    No, ma'am.

14    Q.    Did the user of ummahloveone ask you if you owned any

03:14:22  15    guns?

16    A.    Yes.

17    Q.    And what did you tell him?

18    A.    With him I told him I did.  And I searched guns on

19    Google and gave him a couple names.

03:14:30  20    Q.    And why did you do that?

21    A.    Just to appear like I was maybe just cooler.  I don't

22    know.

23    Q.    Okay.  Did he say whether or not he had guns?

24    A.    Yes, he listed off about four or five of them.  I

03:14:45  25    don't remember them because I'm not very good with them.

1    Q.    Okay.  So let's switch gears for a second.

2          Did there come a time when this user, ummahonelove,

3    asked to you move from Twitter to a more secure social media

4    platform?

03:15:00  5    A.    Yes.  He told me it would be better to go to something

6    more secure.  And he suggested Wickr platform.

7    Q.    And did he say why Wickr was a good platform?

8    A.    That it was more private and no one could really know

9    who your and see what you're saying.

03:15:15  10    Q.    Had you used Wickr prior to that?

11    A.    No, ma'am.

12    Q.    When you spoke on Wickr, did he ever talk to you about

13    riots?

14    A.    Yes, there was a time that he suggested that him and a

03:15:28  15    few people were traveling up to where the big riots were

16    going on.

17    Q.    Did he invite you to join them?

18    A.    Yes, he asked me if I would like to go with them.  And

19    I said no.

03:15:39  20    Q.    And where were they going, do you know?

21    A.    Baltimore, Maryland.

22    Q.    Did he say anything about recruiting or anything in

23    Baltimore?

24    A.    Yes, he said that he wanted to give da wah to people

03:15:52  25    up there because he felt that there would be a lot of people

1366

1    from Black Lives movement from gangs, and they wanted to

2    give da wah to them and he felt it would be beneficial

3    because they had weapons already.

4    Q.    Now, you used the word da wah.  Can you spell that for

5    the court reporter?

6    A.    Yes, ma'am, it's D-A-W-A-H.

7    Q.    And what does that mean?

8    A.    Gift of da wah means to convey the message of Islam.

9    Q.    Did he ever talk to you about building a group of

10   people?

11   A.    Yes.  There was a time he suggested that he wanted to

12   build within America a group.  And he said -- and I seemed,

13   from my assumption, I meant -- I got that he meant

14   mujahideen fighters.

15   Q.    And what does mujahideen mean?

16   A.    They are fighters.  It's the Arabic term for fighters.

17   Q.    Did he ever mention any particular groups to you?

18   A.    No, I mean, he had talked a lot about ISIS, of course,

19   because he had mentioned the leader.  But from what I got,

20   that he just wanted to build like an extension of it in

21   America.

22   Q.    An extension of ISIS in America?

23   A.    Yes, ma'am.

24   Q.    And you said he brought up the leader.  Who's that?

25   A.    That would be Abu Bakr Albaghadi.

1  Q.    And I'm sorry to make you do this, but can you please

2  spell that for the court reporter?

3  A.    Yes, A-B-U, B-A-K-R, A-L-B-A-G-H-A-D-I.

4        I think that's it.

03:17:15  5  Q.    Okay.  Did he ever use the term "Caliph" of caliphate

6  with you?

7  A.    There was a time he used caliph and Alumni Mim, which

8  is the Arabic term for the leader of the -- I don't know how

9  to explain that, the leaders of the Islamic State.

03:17:32  10  Q.    Okay.  Can you spell -- can you spell that word for

11  us?

12  A.    A-L-M-U-M-I, M-I-M -- sorry.  I don't remember

13  exactly.

14  Q.    Okay.  That's okay.

03:17:48  15        So he talked about the caliph.  He talked about the

16  leader.  Do you remember any specifics about those things?

17  A.    I don't really remember much about it.

18  Q.    Okay.  Did he ever ask you if you knew anybody that

19  wanted to join him?

03:18:03  20  A.    Yes.  He had said that he had spoken to two people

21  before, but they didn't seem interested.  And he asked me if

22  I knew anybody that might want to join.

23  Q.    Okay.  Did he ask if you knew anybody overseas?

24  A.    Yes.

03:18:16  25  Q.    And how did you respond to that?

1    A.    I said that I knew someone in Syria.

2    Q.    Did you actually no somebody in Syria?

3    A.    Not personally, no.

4    Q.    Okay.  So you mentioned that you followed a lot of

03:18:31 5  people and they followed you.

6          Had you ever had any conversations online with other

7    people talking about getting a group, getting land,

8    training, things like that?

9    A.    No, ma'am.

03:18:42 10  Q.    Or was this -- sorry.  Go ahead.

11   A.    Oh.  No, ma'am.

12   Q.    So was this unusual?

13   A.    It was very.  It was shocking and different.

14   Q.    And how did that make you feel?

03:18:51 15  A.    Very uncomfortable because for me I was just following

16   online, and then that just seemed like all to real.

17   Q.    Okay.  So in your communications over Wickr, did he

18   use some sort of functionality that would automatically

19   delete his communications with you?

03:19:10 20  A.    Yes, ma'am.  He set a timer.  And then a timer is

21   when -- where when one person reads the message, then it

22   automatically deletes it after.

23   Q.    And what would he set his timer to?

24   A.    Usually 15 seconds to a minute.

03:19:25 25  Q.    Okay.  Did you ask you to put yours on a timer as

1  well?

2  A.    Yes.

3  Q.    And did you?

4  A.    I believe that I did a couple times.

03:19:31  5  Q.    So do you have any records of these communications,

6  any screen shots?

7  A.    No, ma'am, because all was deleted and he also deleted

8  his accounts and created new ones.

9  Q.    Okay.  What happens if you screen shot on Wickr even

03:19:48 10  if you get into that 15 seconds?

11  A.    If you took a screen shot, that person would know that

12  you took it and they would be suspicious of you.

13  Q.    Okay.  So I want to ask you now, was there a time that

14  this individual, this ummahonelove person asked you to speak

03:20:04 15  to his wife, or at least somebody who he said was his wife?

16  A.    Yes, ma'am.

17  Q.    Okay.  And what did that person direct you to do?

18  A.    Later on the person that was supposed to be his wife

19  directed me to go to a website and to listen to some

03:20:18 20  speakers, Islamic speakers.

21  Q.    And what was the name of that website?

22  A.    Kalamullah.

23  Q.    And can you spell that, please --

24  A.    K A -- I don't remember the exact spelling.

03:20:29 25  K-A-L-L-A-M-U-L-L-A-H, I believe.

1    Q.    Okay.  And what was your understanding at the time of

2    the purpose of that website or what that website was?

3    A.    That website was, it just had different speakers on it

4    for you to listen to them and get their view.

03:20:46  5          And do you want me to go into more?

6    Q.    I'll ask you a couple questions.

7    A.    Okay.

8    Q.    Did you go to the website?

9    A.    Yes, ma'am.

03:20:52 10   Q.    And did you listen to any lectures on the website?

11   A.    Yes.  I listened to Khalid Yassin.

12   Q.    Can you spell that, please?

13   A.    Yes.  K-H-A-L-I-D, and then Y-A-S-S-I-N.

14   Q.    And did you tell this person that you were speaking to

03:21:07 15   that you listened to Khalid Yassin?

16   A.    Yes, I told her that I had listened to him and that I

17   really liked his way of speaking, like the way he presented

18   himself.

19   Q.    And how did this person respond that?

03:21:20 20   A.    She said that he wasn't really someone to listen to.

21   He was more -- he was a coconut and that coconut means they

22   are more moderate view.  Then she suggested to listen to

23   Anwar Al-Awlaki.

24   Q.    And did you listen to Anwar Al-Awlaki?

03:21:36 25   A.    I listened to about 40 minutes, I believe, of one.

1  Q.    And how did those lectures with Anwar Al-Awlaki

2  compare to the first ones that you listened to, Khalid

3  Yassin?

4  A.    They were definitely more out there and more extreme.

03:21:50  5  Q.    And can you say for certain it was a woman that you

6  were speaking to?

7  A.    I cannot.  For me I had the feeling that I thought it

8  was him just trying to test me on how I would respond.

9  Q.    Okay.  So now I want to turn your attention to May of

03:22:03  10  2015.

11      Did there come a time that you learned about a

12  terrorist attack in Garland, Texas?

13  A.    Yes, ma'am.  I came to the Twitter platform on an

14  evening.  I don't remember the date.  But it was around

03:22:15  15  6:30, 6:00 p.m., I believe, and they brought up -- there was

16  different news and they were saying an attack had happened

17  and that two men were responsible.

18  Q.    Okay.  Do you recall receiving a message from this

19  person that had been ummahonelove regarding that attack?

03:22:34  20  A.    Yes, hours later on the next day.  It was later on to

21  the night.  He came and messaged me.  "Did you see what our

22  brothers did?"

23  Q.    Okay.  Did he say anything else in that initial

24  contact?

03:22:44  25  A.    I don't remember if it was that day or the next.  He

1   started saying that the brothers that he -- they were a

2   friend of his.  And later on he said he had a message from

3   them.

4   Q.    Okay.  You say they were a friend.  Did he describe

03:23:00 5   what kind of friends they were?

6   A.    No.  He just said they were really close.

7   Q.    Okay.  And we'll get back to the message in a second.

8         But in those initial communications, what if anything

9   did ummahonelove say about America changing after the

03:23:16 10   attack?

11   A.    That it was going to be a new America, and new changes

12   were coming to America.

13   Q.    In what sense?

14   A.    I felt that he meant that there would be building and

03:23:27 15   things might be under a more Islamic view.

16   Q.    In America?

17   A.    Right.

18   Q.    Okay.  And what was his general demeanor like in

19   that -- those -- the day or days after the attack?

03:23:41 20   A.    He was pretty happy, and seemed like he was just

21   really excited to start something, wanted to make a name for

22   himself, is what I got.

23   Q.    Okay.  So you said he said there was a message.  Did

24   there come a time when ummahonelove asked to you post

03:23:57 25   something online for him?

1    A.    Yes.  He said that he wanted to get the brother's

2    letter out.  And he said that he would give it to me in

3    three paragraphs over different days.

4    Q.    Okay.  Let's slow down.

03:24:09 5    A.    Okay.

6    Q.    So he sent you a message about the brother's letter.

7          How did you interpret that?  Who was the author of

8    that letter?

9    A.    At the time I thought that part of it was him, I

03:24:23 10   wasn't really sure that it was the other person.  I just

11   fell like it was him wanting to put it out there.

12         But the way he explained it was like that part of it

13   was from one of the boys.

14   Q.    That was one of the deceased attackers?

03:24:36 15   A.    Right.

16   Q.    Okay.  So how long, if you remember, after the Garland

17   attack, was he sending you this information?

18   A.    It seemed like it was just a day or to right after.

19   It was not long.

03:24:46 20   Q.    Okay.  And how did he send you this information?

21   A.    He would write it out in paragraphs and told me to

22   copy everything exactly.  And he instructed me to paste it

23   on to the justpasteit and he told me to put it all like in

24   one letter together.  It was about three paragraphs.

03:25:03 25   Q.    Okay.  So backing up a little bit.  The three

1  paragraphs that he sent to you individually, what platform

2  did he send those to you on?

3  A.    He sent those on Wickr.

4  Q.    Okay.  And then he told you to post them in one letter

03:25:18  5  form on justpasteit; is that correct?

6  A.    Yes, ma'am.

7  Q.    And what was justpasteit?

8  A.    Justpasteit is a website, where it's kind of like

9  having a notepad where you can just post pictures or notes

03:25:29 10  and share them.

11  Q.    So did you post this letter or these paragraphs for

12  him?

13  A.    Yes, exactly as he wrote them.

14  Q.    Why would you do that for him?

03:25:37 15  A.    I felt that I had to, like very pressured.  And I

16  don't know who this person is.  They know my location, who I

17  am.  I don't know who they knew.  So it was just very

18  uneasy.  I just felt like I had to.

19  Q.    Okay.  At some point did you tell someone else that

03:25:53 20  you had posted this for another person?

21  A.    Yes.

22  Q.    Okay.  Can we please bring up Government Exhibit 49,

23  page 6?

24      And starting with "Sisters."  Right here.  Can you

03:26:07 25  just enlarge this section here?

                        Just starting with "Sisters."

                        Do you recognize this communication, Ms. Amaro?

 3    A.    Yes, ma'am.

 4    Q.    Okay.  And what platform are we looking at here?

03:26:34  5    A.    That looks like the Surespot platform.

 6    Q.    And which one of these -- so there's some lines that

 7    have a blue line next to that.  Is that you?

 8                        And you can take your time to read it.

 9    A.    Yes.  Yes, ma'am.

03:26:49 10    Q.    Okay.  So did you have the opportunity to look at

11    these prior to your testimony today?

12    A.    No, ma'am.

13    Q.    Okay.  Can you explain what's happening in the

14    conversation here in the middle of the page?

03:27:01 15    A.    Yes.  In it this, I am speaking to the man who -- he

16    believed -- I believed to be in Syria.  And I was speaking

17    to him explaining to him about what happened.  I was scared

18    and explaining to him this.  And he was always someone who

19    seemed like very protective of me.

03:27:20 20    Q.    Okay.  Did you come to learn that this person wasn't

21    timely in Syria?

22    A.    Yes.

23    Q.    At a later date?

24    A.    Yes.

03:27:26 25    Q.    Okay.  Can we go to page 9 of Exhibit 9?

1       And starting with "He is gone from Twitter."  If you

2  could just highlight her messages, please.

3       Can you take a minute to review this, Ms. Amaro?

4  A.    Yes, ma'am.

03:28:01  5  Q.    And what are you talking about here?

6  A.    Here I'm explaining to him -- I'm explaining to him

7  about the letter, about this guy.  Oh, yes.  I'm explaining

8  to him about who wrote the contents of the letter and how he

9  gave it to me.

03:28:20 10  Q.    And what was this Surespot's user at this point?

11  A.    His Surespot, itsmehere.

12  Q.    And where did he claim to live?

13  A.    He claim to live up north, but he claimed to also

14  travel a lot to Texas.

03:28:32 15  Q.    Okay.

16  A.    Or that area around there.

17  Q.    And can we go to page 10?

18       And can we do from a message from him down.

19       Can you take a minute to review this, please, Ms.

03:28:49 20  Amaro?

21  A.    Yes, ma'am.

22  Q.    So your messages start with the word "Yes," correct?

23  A.    Yes, ma'am.

24  Q.    The second line that says, "His message he said was

03:29:01 25  your local Amir has your back, hold tight, keep your trust

1       in Allah and tie your camels."

2            What does tie your camels mean?

3       A.    It means to, from what I get, it means to use your

4       brain also.

03:29:14  5   Q.    Okay.  Can you explain, like what -- how you would use

6       that advice in the real world?

7       A.    I would tell someone -- I'm trying to think

8       how -- to -- like for me, an example I would give someone is

9       to trust in God but to -- it's not a term I use a lot.  But

03:29:38 10   to also use your brain in what you're doing, to be aware.

11      Q.    I understand.

12           So here too, you're also referring to a Twitter

13      account.  That's the Twitter account?

14      A.    Oneummahlove.

03:29:51 15   Q.    And is that a variation of ummahonelove?

16      A.    Yes, ma'am.

17      Q.    Okay.  You can take that down.

18           Thank you.

19           Can we bring up Exhibit 52, please.

03:30:02 20        All right.  Ms. Amaro, do you recognize this document?

21      A.    Yes, ma'am.

22      Q.    And what is it?

23      A.    That's the letter that he gave to me over three

24      paragraphs.

03:30:12 25   Q.    And this is -- is this the document you posted on

1    justpasteit?

2    A.    Yes, ma'am.

3    Q.    I see the title of the document is "The New Era."

4    Where did that come from?

03:30:23 5    A.    He told me that he wanted it to be known -- to put out

6    there for it to be known that it was going to be a new

7    America and new things were coming.  So he said put

8    something to make it known to everyone.  So I came up with

9    the title.

03:30:37 10    Q.    So you were the person who actually came up with the

11    title?

12    A.    Yes, ma'am.

13    Q.    But he asked you to create a title; is that correct?

14    A.    Right.

03:30:44 15    Q.    Did there come a time when the author of this document

16    wanted to make some changes?

17    A.    Yes, there was a time after I had wrote it, he wanted

18    to remove some information.

19    Q.    And do you remember what those changes were?

03:30:58 20    A.    Yes.  He wanted to remove the information about how

21    many years the boys who participated had been Muslims and

22    also he wanted me to insert the flag, that the Islamic State

23    use.

24    Q.    Okay.  Can we go to Government Exhibit 53, please?

03:31:16 25          Do you recognize this document?

```
 1   A.    Yes, ma'am.

 2   Q.    And what is it?

 3   A.    That's the updated message after removing and placing

 4   the flag.

 5   Q.    Okay.  So this is the document -- and did you post

 6   this document on behalf of ummahonelove?

 7   A.    Yes, ma'am.

 8   Q.    And is this the flag that you were referring to?

 9   A.    Yes, ma'am.

10   Q.    Where did you get that?

11   A.    He said to use the flag that they always use, that

12   ISIS always uses in their platform and for justpasteit.  So

13   I down loaded it from Google and pasted it.

14   Q.    Can we go to back to Exhibit 52 and zoom in on the

15   third paragraph.

16         So the last sentence there starting with the

17   "Disbelievers," can you read us that sentence, please?

18   A.    Yes.  "The disbelievers who shot our brothers in

19   Arizona, a new Muslim of two years and another of 11 years."

20         Do you want me to go on?

21   Q.    No, that's okay.  Is that the information he requested

22   you change?

23   A.    Yes, ma'am.

24   Q.    Can we go back to Exhibit 53, please?

25         And can we please zoom in on the third paragraph there
```

1     as well?

2            So page 2.

3            So can you read us the last sentence there?

4     A.    "The disbelievers who shot our brothers think that you

03:32:35  5     killed someone untrained, nay, they gave you their bodies in

6     plain view because we were watching."

7     Q.    So that information regarding the brothers and how

8     long they had been Muslims was removed; is that correct?

9     A.    Yes, ma'am.

03:32:49 10     Q.    Okay.

11            You can take that down.

12            So as you're communicating with this person and making

13     these changes, did it appear to you -- was there anything

14     about that that made you think that maybe he was the author?

03:33:03 15     Or did you still believe that it was one of the deceased

16     gunmen?

17     A.    For me later on, when I started thinking about it, I

18     started thinking maybe it was just him really wanting to put

19     himself out there and get recognition.

03:33:15 20     Q.    Okay.  And I'm going to go back to Exhibit 49, please,

21     page 9.

22            So these were the initial texts that we were looking

23     at.  Can you tell us what date these texts took place?

24     A.    You mean the ones that are written on here?

03:33:38 25     Q.    Right.  So he is gone from Twitter and then you talk

1381

1     about his Surespot name?

2     A.     Oh, okay.

3     Q.     What date is that?

4     A.     May 5.

03:33:47  5     Q.     Is that what that says?

6     A.     Okay.  May 6.  Yes, I told him about it the day after

7     that my picture had been put out there.

8     Q.     Okay.  And we'll get to that in a minute.  But this

9     was after you had posted the initial documents for the

03:34:08 10     ummahone?

11     A.     Yes, ma'am.

12     Q.     Is that correct?

13     A.     Yes, ma'am.

14     Q.     So you posted the link to justpasteit.  Did you ever

03:34:20 15     delete the post?

16     A.     Yes, I deleted it two times.  And the two times

17     were -- the first two times were right together.  I just

18     felt very uneasy and uncomfortable with the contents.  And I

19     deleted it.

03:34:33 20          And then after the second time of deleting it, he

21     messaged me and asked why did I take it down, that it needed

22     to be put up there.

23     Q.     Okay.  We're going to slow down a little bit.

24          So, if I understand you correctly, you posted it.  You

03:34:48 25     took it down.  And then you posted it again?

1     A.    Yes, ma'am.

2     Q.    So that first time, why did you take it down?

3     A.    Both of the first and the second time I felt like very

4     uncomfortable.  I didn't like what was in it and I just

03:35:00   5     didn't feel it was right to put up there.

6     Q.    What didn't you like that was in it?

7     A.    I didn't like the contents of it, especially when it

8     was talking about that there was soldiers all over and that

9     any attack could happen at any time.  I was just very uneasy

03:35:17  10     and very uncomfortable.

11     Q.    So you put it up, took it up, put it up, took it down?

12     A.    Yes, ma'am.

13     Q.    And the person who was ummahonelove reached out to

14     you; is that correct?

03:35:25  15     A.    Yes, ma'am.

16     Q.    And what did he say to you?

17     A.    He said why did I take it down.  It needed to be put

18     up there, that it needed to be put back up there

19     immediately.

03:35:33  20     Q.    And did he explain why?

21     A.    He said that their message needs to get out and we

22     don't want to be forgotten.

23           And then there was a time where he gave me user names

24     to tag into the post.

03:35:46  25     Q.    Okay.  And I'll ask you about that in a minute.

 1      So when you -- after he told you that it had to go
 2  back up, did you put it back um?
 3  A.    Yes.  I felt scared, like I had to, just very
 4  pressured.  The whole situation was just very uneasy.
03:36:01  5  Q.    And he told you, you just mentioned, that he asked you
 6  to tag some people; is that correct?
 7  A.    Yes, he gave me about 13 user names.  He said to tag
 8  them into the posts.  He wanted because there were people
 9  who had a big following.  And some of them, I guess, claimed
03:36:15 10  to be over in Syria.  And he wanted them to know, to get the
11  message.
12  Q.    Can you explain to us this concept of tagging, just
13  for those of us that are not as familiar?
14  A.    Yes, on tagging, if you're writing a post or posting a
03:36:29 15  link, you can just type in user names, like you type "at."
16  And then user names, and it will bring up the like in a
17  mentioning.
18  Q.    Okay.  So they'll get some kind of message that
19  indicates that they were tagged in a post; is that correct?
03:36:45 20  A.    Right, yes, ma'am.
21  Q.    At any point, did he ask you to send the link to any
22  prominent known ISIS supporters?
23  A.    Yes, he wanted it to go to Abu Hussain so he asked me
24  to message Abu Hussain.
03:37:02 25  Q.    And Abu Hussain is A-B-U, H-U-S-S-A-I-N.  Is that

```
 1    correct?

 2    A.    Yes, ma'am.

 3    Q.    Did Abu Hussain have another name?

 4    A.    Yes, Junaid Hussain.

 5    Q.    And who was Junaid Hussain?

 6    A.    From what I read and searched online, he was a fighter

 7    in Syria and the one who started the cyber caliphate.

 8    Q.    And was there anybody else?

 9    A.    Yes, his wife, Umm Hussain.

10    Q.    And Umm is U-M-M?

11    A.    Yes, ma'am.

12    Q.    Hussain, H-U-S-S-A-I-N?

13    A.    Yes, ma'am.

14    Q.    And did she go by any other names?

15    A.    Yes, Sally Jones.

16    Q.    And as far as you knew, who was she, other than his

17    wife?

18    A.    I believe that she was a fighter with him, but she,

19    from where she came from, she was a former singer of a

20    group.

21    Q.    Okay.  And did you tag these people that he requested

22    you to tag?

23    A.    Yes, ma'am.

24    Q.    And did either of them respond to you?

25    A.    Later on, I messaged -- he instructed that I should
```

1385

1     message her because nobody was really responding.  So I

2     messaged the Umm Hussain on Twitter.

3     Q.     So her being Umm Hussain or Sally Jones?

4     A.     Correct.

03:38:16 5     Q.     And you said you messaged her, so you sent her a

6     direct message?

7     A.     Yes, ma'am.

8     Q.     Had you messaged her before?

9     A.     No, ma'am.

03:38:22 10     Q.     Did she respond to your message?

11     A.     Yes, ma'am.

12     Q.     What was her response?

13     A.     She seemed pleased with the message itself.  But she

14     also seemed like scared for me to post it.  And instructed

03:38:32 15     me later on that if I was going to post information to use a

16     VPN.

17     Q.     What is a VPN.

18     A.     A VPN is a way to disguise your location.

19     Q.     Was that the end of your communication with this

03:38:47 20     woman?

21     A.     Yes, just basically speaking about that and she was

22     saying that she didn't think it was the boy who participated

23     who wrote it.  That she also, as well, thought it was he to

24     wrote the letter.

03:38:59 25     Q.     He being who?

1    A.    The oneummah, the one that gave the information.

2    Q.    Okay.  When was your last communication with

3    ummahonelove?

4    A.    My last communication was on May 5, the day that I

03:39:12 5    last posted that, like an hour after posting that, someone

6    saw that it came from my account and had followed somehow

7    and posted a picture of me.  And he messaged me, and I said,

8    "Do you think anyone is going to come for me over this?"

9    And he said, "Yes, I do."

03:39:29 10   Q.    Okay.  So I want to back you up a little bit.

11        So somebody figured out that you posted the link; is

12   that correct?

13   A.    Yes, ma'am.

14   Q.    And that person posted a picture of you as the person

03:39:41 15   that posted the link?

16   A.    Yes, ma'am.

17   Q.    So at that point you reached out to the oneummahlove;

18   is that correct?

19   A.    Yes, ma'am.

03:39:50 20   Q.    And what did you tell him?

21   A.    I told him that they had put my picture up, that I was

22   scared.  And he said that -- I said -- I asked him, "Do you

23   think they're going to come for me?"  And he said, "Yes, I

24   do."

03:40:03 25        Do you want me to go further into that?

1   Q.    Well, did he say anything else?

2   A.    Yes.  He said that if I had a way, he had land up

3   north that I could go there, that I should try to go there.

4         Do you want me to go through like all of it?

03:40:17 5   Q.    If there is anything else that he said in response to

6   that, question, please tell us.

7   A.    I said I didn't have any money, and I wasn't looking

8   to travel.

9         He said he didn't -- he said he didn't have any money.

03:40:30 10  And I said I wasn't asking for any money and I wasn't

11  looking to travel.

12        And then he said just get your guns and be prepared to

13  fight them at home.

14        And he said, when they come be prepared to fight them

03:40:41 15  to the death and join your brothers in jannah.

16  Q.    And what is jannah?

17  A.    Arabic for heaven.

18  Q.    And how do you spell that?

19  A.    J-A-N-N-A-H.

03:40:50 20  Q.    Can we turn to Government Exhibit 44, please.

21        Can you just make this box a little bigger.

22        Ms. Amaro, do you see where it says "go to a sis page

23  on Twitter ummzidane"?

24  A.    Oh, yes.  Yes, ma'am.

03:41:12 25  Q.    And is this your Twitter name, ummzidane?

```
 1    A.    Yes, ma'am.

 2    Q.    Can we turn to page 3 of Exhibit 44, please.

 3          Is this your Twitter page from May 5, 2015?

 4    A.    Yes, ma'am.

 5    Q.    And is that justpasteit link the link to the New Era

 6    document?

 7    A.    Yes, ma'am.

 8    Q.    And can you explain why it says anonymous90?

 9    A.    Yes.  There was different times, like when I had the

10    first original form of the justpasteit, and then I made the

11    corrections, I redid it again.

12          Like one time, I think it was anonymous13 the first

13    and anonymous90 the second time.

14          When he --

15    Q.    Go ahead.

16    A.    When he instructed me to add the flag and all.

17    Q.    Okay.  So this is the version that had the ISIS flag

18    on it?

19    A.    Yes, ma'am.

20    Q.    And anonymous is just so you don't have to post your

21    name?

22    A.    Yes, ma'am.

23    Q.    Could you have posted your name if you wanted to or

24    does everybody post --

25    A.    Usually everyone just uses anything.  Not their names.
```

1    Q.    Okay.  And these @'s and then names underneath it, is

2    this what you were talking about in terms of tagging?

3    A.    Yes, ma'am.

4    Q.    So are these names that you came up with, or are these

03:42:28  5    names that ummahonelove gave you?

6    A.    No, these are ones that he gave me through his

7    itsmehere Surespot.

8    Q.    Okay.

9            MS. MAGNONE:  Your Honor, may I have a moment?

03:42:40  10           THE COURT:  Yes, you may.

11           MS. MAGNONE:  Thank you, Your Honor.  No further

12    questions.

13           THE COURT:  All right.  Thank you.

14        Ladies and gentlemen of the jury, we're going to take

03:42:51  15    our lunch break before we begin with cross-examination.

16        If you would, leave your notepads on your chairs.

17    Remember all the admonitions I've given you.

18        I do have a proceeding over the lunch hour, so my

19    apologies.  We'll begin at 1:00.  So I'll give you about an

03:43:07  20    hour and ten minutes.  Take your time for lunch.

21        And remember, again, do not discuss the case among

22    yourselves, form or express any opinions on the matter, do

23    any Internet research, all the other things that we

24    discussed before.  Please remember those admonitions.

03:43:19  25        All right.  At this time, Ms. Kestner.

1    (Jury out, 11:50 a.m.)

2        THE COURT:  All right, Counsel.  We'll see you at

3    1:00.  You might want to retrieve the trooper's report which

4    was left.

03:44:07  5    We'll see you at 1:00.

6        Thank you very much.

7        (Lunch recess taken, 11:50 a.m.)

1        (Afternoon session March, 13, 2018.)

2                (Jury in, 1:05 p.m.)

3                    THE COURT:  Counsel, you may cross-examine.

4                    MR. DOUGHTEN:  Thank you, Your Honor.

04:57:13  5                    CROSS-EXAMINATION OF AMANDA AMARO

6        BY MR. DOUGHTEN:

7        Q.    Good afternoon, Ms. Amaro.

8        A.    Good afternoon.

9        Q.    What I want to talk to you about to start, is I want

04:57:21 10      to talk to you about how you first became interested in

11       Islam and then your association, however little it might be,

12       with ISIS, all right?

13       A.    Okay.

14       Q.    Now, if I understood your testimony this morning, that

04:57:38 15      you were at a time in your life where your marriage wasn't

16       going well and you were looking for something with more

17       meaning; is that right?

18       A.    Yes, sir.

19       Q.    And how did you first come across even the religion of

04:57:53 20      Islam?  Did you have a friend, anybody you knew about or

21       just something you saw on the Internet?

22       A.    Just started seeing on the Internet within the

23       Facebook group.

24       Q.    Now, is it fair to say did you spend a fair amount of

04:58:07 25      time on Internet at this time?

1  A.    Yes, yes, sir.

2  Q.    So you were looking through friends' Facebook cites or

3  just Facebook cites in general?

4  A.    No, Facebook cites in general, I had search on Islam

04:58:18  5  in general in Google, with you then I came across a group,

6  when I had seen several people following and they started

7  peeking about it.

8  Q.    What was it about Islam that made you curious?

9  A.    The fact that people had such a high faith no matter

04:58:33 10  what they faced, they just had such a calm from it.

11  Q.    And so and when you read a little bit about it, what

12  kind of formal training did you have or did you just

13  educating yourself?

14  A.    I was just educating myself online.  I didn't have

04:58:50 15  anyone around me or I wasn't familiar in my area, so I just

16  was trying to look anywhere and everywhere to learn.

17  Q.    So if I have it right, and absolutely correct me, if I

18  have it right, at some point in time, you felt competent

19  0enough in your new belief that you posted a Twitter account

04:59:11 20  announcing reversion; is that correct?

21  A.    Yes, sir.  I just posted that I was a revert on every

22  one of my accounts.

23  Q.    And to somebody maybe like myself, I may not have

24  known what a revert was, but to people who were deep in the

04:59:27 25  Islamic faith, they would know, correct?

```
 1    A.    Yes, sir.

 2    Q.    And you got a lot of responses to that, correct?

 3    A.    Yes, sir.

 4    Q.    And you said some moderate responses?

 5    A.    Yes, sir.

 6    Q.    And some fairly radical responses?

 7    A.    Yes, sir.

 8    Q.    And could you tell us what you mean by radical

 9    responses?

10    A.    Radical meaning that you believe that -- you support

11    those who believe that -- I'm trying it -- sorry, I'm sorry

12    trying to think of how to describe it.

13    Q.    We're not in a hurry at all.  Just take your time.

14    A.    You want it to be more strongly enforced, I say.

15    Q.    Okay.  And this morning, you know, you were able to

16    say a lot about what you thought things meant, correct?

17    A.    Yes, sir.

18    Q.    So when you say more strongly enforced, to me it

19    sounds like enforced is militant?

20    A.    I'm sorry, can you --

21    Q.    Militant?

22    A.    Oh.  In a way, yes, sir.

23    Q.    Well, if you could explain the way.  You said in a way

24    you're reading things that you interpret to mean more

25    strongly enforced.  And in a way more violent.  I need you
```

1394

1      to be specific, if you can?

2      A.    Okay.  Also, it's like a way that it's more emotion

3      into it, that people are more emotional, more deep and more

4      out spoken about it.

05:00:44 5      Q.    Okay.  But you talked about extremist views this

6      morning?

7      A.    Yes, sir.

8      Q.    And what do you mean by extremist?

9      A.    Meaning that they support -- well, an extremist view,

05:00:56 10      generally that would go with supporting groups that fight,

11      fight in the name of Islam.

12      Q.    Okay.  And, of course, in the United States when we

13      talk about fighting in the name of Islam, we're talking

14      terrorism, aren't we?

05:01:09 15      A.    Yes, sir.

16      Q.    Okay.  Now, you were attracted to those sites?

17      A.    Yes, sir.

18      Q.    And what was it that attracted you to the violence and

19      frankly the terrorist sites?

05:01:20 20      A.    For me, I wasn't attracted to violence.  But for those

21      who stated that they were fighting for the innocent, they

22      said that they were fighting for those who didn't have means

23      to protect themselves.  And they felt that everyone was out

24      to get them and just out to kill the innocent.

05:01:37 25            So for me, they were just people trying to protect

1    those -- that was what initially drew me to it.

2    Q.    Okay.  But we are talking within the United States,

3    correct?

4    A.    Yes, sir.

05:01:48  5    Q.    And was it your belief that people were out to get

6    innocent Muslims in the United States?

7    A.    Yes, sir.

8    Q.    And what did you base that on?

9    A.    That many schools and many civilians are targeted

05:02:04  10   people that didn't believe that were within those groups

11   like a lot of hospitals getting bombed and schools getting

12   bombed and a lot of children dying.

13   Q.    Now I'm confused.  I want to make sure I'm not putting

14   words in your mouth.

05:02:16  15   A.    Okay.

16   Q.    Did you believe this was going on within the United

17   States mainly in the United States?

18   A.    No.  I'm talking about like overseas.  I believed that

19   people here supported just to kill anyone, and that the

05:02:29  20   reason that I was following those people is because I

21   believed that they were fighting to protect those people.

22   Q.    Did you then believe that it was okay to use violence

23   against the United States?

24   A.    No.

05:02:40  25   Q.    Well, weren't those views that you were reading

1    implying that, that it was okay to use violence against the

2    West?

3    A.    They were for within their own lands, but I did not

4    support it, anything within America itself.

05:02:55  5    Q.    Let me make sure I understand.

6          So it would be okay to support violence against troops

7    in Syria or Lebanon or Iraq, for instance, correct?

8    A.    I didn't believe in just killing people.  I believed

9    that it would be important to protect the people.  I

05:03:14 10    believed that a lot of times they were going after innocent

11    people, not necessarily from their own being, but that was

12    their directive.

13    Q.    Let's be clear here.

14    A.    Yes, sir.

05:03:22 15    Q.    Protect the people means violence, correct?

16    A.    In some ways, yes, sir.

17    Q.    I mean, protect the people, we are talking guns, I

18    mean, weren't these views talking about guns?

19    A.    Yes, sir.

05:03:34 20    Q.    Okay.  So when you're supporting these particular

21    people you were drawn to, in essence, you were supporting

22    the use of violence in the Middle East?

23    A.    Yes, sir.

24    Q.    In your mind that was justifiable?

05:03:48 25    A.    Yes, sir.

1   Q.   Did you ever send money to any of these groups?

2   A.   No, sir.

3   Q.   And when you use the term extremist, that would mean

4   it's outside the norm, correct?

05:04:02 5   A.   Yes, sir.

6   Q.   And so you're not telling us today that mainstream

7   Islam supports these acts?

8   A.   No, sir.

9   Q.   In fact, mainstream Islam does not support these acts?

05:04:12 10   A.   That's correct.

11   Q.   But you were drawn to the extreme aspect?

12   A.   Yes, sir, later on.  Not in the beginning.

13   Q.   Okay.  Well, when is later on?  I thought you said in

14   April of 2014 --

05:04:25 15   A.   I'm talking about in 2013 is when I researched it and

16   I was following just a more moderate view.  It was in 2014

17   when I was eager to learn more that I had many people reach

18   out to me, and they passed their opinions on to me, and I

19   just started following and listening to what they were

05:04:42 20   saying.  It was not my initial going out after.

21   Q.   Okay.  So you were, for lack of a better term,

22   extremism grew over time?

23   A.   Yes, sir.

24   Q.   So, in fact, at the time you posted ummdavine, you

05:04:59 25   were pretty radical, right?

1    A.    At the beginning, no, sir.  I was just following

2    people, and then I just started following people's

3    instructions.  So no, I wasn't even really familiar with all

4    that was going on and what they were saying at that time.

05:05:12  5    It was later on through time.

6    Q.    And you became a supporter of ISIS, correct?

7    A.    Later on through time, yes, sir.

8    Q.    Explain when later on was?

9    A.    Within months.  Maybe weeks.

05:05:23  10    Q.    All right.  So we're still talking within April, May

11    of 2015?

12    A.    Yes, sir.

13    Q.    And at that time, you were a supporter of ISIS?

14    A.    At that time, I was just learning about.  Later on I

05:05:37  15    had left that and I went back in June or July.

16    Q.    Well, isn't it a fact that a number of people with

17    extremist views contacted you during that period of time?

18    A.    I'm sorry.  Can you please repeat?

19    Q.    You know what.  Let me say it better.

05:05:52  20          Isn't it a fact that a number of user names contacted

21    you over this period of time expressing extremist views?  It

22    wasn't just one?

23    A.    There was different people that came to me, yes, sir.

24    Q.    But there were a number.  It wasn't just one that was

05:06:06  25    coming to you?

1     A.     Yes, sir.

2     Q.     And you didn't reject any of these people, did you?

3     A.     There was some people that I held conversations with.

4     I was very open with just anyone.  I didn't know who anyone

05:06:19  5     was.  So I was one of those -- I'm sorry, I should have

6     stopped.

7     Q.     No, no.  Go ahead.

8     A.     I just spoke to just about anyone.  I was very open

9     about everything.

05:06:26  10     Q.     And so when you talked about viewing a head as a

11     soccer ball?

12     A.     Yes, sir, I wasn't interested in that.  I thought that

13     was very risky, but I just wanted to see why everyone kept

14     talking about some group called ISIS.

05:06:43  15         So I just followed through the news link and it said

16     something about Twitter, and I was just trying to see who

17     were these people that everyone was talking about.

18     Q.     Let's be clear.

19             THE COURT:  Ma'am, excuse me, could you slow down

05:06:57  20     just a little bit?  Please, the court reporters have to take

21     down what you say.  I know you have a lot to say but just

22     take your time.  Thank you.

23         That will help the Court reporters.

24             THE WITNESS:  Yes, sir.

05:07:07  25             THE COURT:  Could you be, just, slow.  Go ahead.

1    BY MR. WARNER:

2    Q.    So to be clear, what we are talking about a human head

3    being kicked around as a soccer ball?

4    A.    Yes, sir.

05:07:16  5    Q.    And you were attracted to that?

6    A.    No, I was not.  I cannot say I was attracted to

7    that --

8    Q.    Hold on -- just slow down.  Speak whatever you want to

9    say, but just slow down.

05:07:26  10    A.    No, I was not attracted to that.  I just kept hearing

11    in the news in the media to people talking about a group

12    called ISIS.  It was during the World Cup and I had never

13    heard of ISIS.  Where I come from, you don't hear from that.

14    Q.    But you did, in fact, look at that video, didn't you?

05:07:40  15    A.    I didn't see a video.  I just seen a picture.  And it

16    wasn't showing anything of that.  It was just talking about

17    this group.

18    Q.    Now, let me ask you this:

19         At any point in time, have you been charged for any

05:07:52  20    support of ISIS?

21    A.    No, sir.

22    Q.    Have you had any discussions with anyone from the

23    government about whether you would be charged or not?

24    A.    No, sir.

05:07:59  25    Q.    And so, in fact, you were posting and doing these

1    things to support ISIS, but you don't expect to be charged

2    as you're sitting here today, do you?

3    A.    I hope not, sir.  I've tried everything in my power to

4    change my life.

05:08:14    5        Is it okay to keep --

6    Q.    No.  We'll get to that.

7    A.    Okay.

8    Q.    If you can, if you can just answer directly what I ask

9    you.  And then I'll ask you another question.

05:08:24   10    A.    Okay.

11    Q.    And if there is something that's incomplete, the

12    government will have a chance to get back and let you

13    continue.

14    A.    Okay.

05:08:32   15    Q.    Okay.  Now, at some point, you were contacted by

16    ummahonelove, correct?

17    A.    Yes, sir.

18    Q.    You had no idea who this person was, correct?

19    A.    Yes.

05:08:45   20    Q.    And you didn't know this it was a male or female?

21    A.    No, sir.

22    Q.    But that person seemed to be attracted to you because

23    you had expressed support of radical views, correct?

24    A.    It appeared to be, sir, yes, sir.

05:09:00   25    Q.    Okay.  So it wasn't a surprise to you that somebody of

1      this ilk would contact you because you, in fact, had put it

2      right on your Twitter page?

3      A.    Yes.  I mean, I didn't put ISIS on my Twitter page,

4      but because I was following certain people.  So for me it

05:09:20 5      wasn't unusual for just anyone from anywhere to message me.

6      Q.    Well, not about messaging you, but messaging you about

7      extremist views of Islam?

8      A.    Okay.  It wasn't unusual.  I mean, people from all

9      over -- I mean, he generally was just first asking me about

05:09:39 10      how I came to Islam.

11      Q.    I understand.  But that would be pretty common.

12      Didn't a number of these people that were contacting you ask

13      you the same questions?

14      A.    Yes, sir.

05:09:48 15      Q.    And, in fact, as you said, some of the people were

16      more moderate in their views of Islam?

17      A.    Yes, sir, some were.

18      Q.    And so it was a range from very moderate to very

19      extreme, correct?

05:09:59 20      A.    Right.  Yes, sir.

21      Q.    But you were attracted to the extreme?

22      A.    I, over time, I did become, yes, blindfully.

23      Q.    And you said this ummahonelove started, I guess for

24      lack of a better term, vetting you about your views,

05:10:25 25      correct?

1    A.    Yes, sir.

2    Q.    And is it safe to say that whoever that person was

3    behind -- when you would provide a favorable answer, then

4    they would ask a little more extreme type view of you?

05:10:35  5    A.    Yes, sir.

6    Q.    Just to see how far you would go?

7    A.    Right.

8    Q.    And you kept answering?

9    A.    Yes, sir.

05:10:41 10    Q.    And at some point in time, this person figured out

11    that you had a Facebook page, correct?

12    A.    Yes, sir.  Later on they brought up a picture of it.

13    Q.    Okay.  And in your conversations with this person, you

14    indicated that ummahonelove said that he had land 45 minutes

05:11:06 15    from you; is that correct?

16    A.    Yes, sir.

17    Q.    And so let's be clear about that.  Shreveport is in

18    what, northwest Louisiana; is that correct?

19    A.    Yes, sir.

05:11:18 20    Q.    And Arkansas, the border of Arkansas is how far away,

21    would you say?

22    A.    I would say maybe about 45 minutes to an hour.  It's

23    all right close to Texarkana, Texas, and all right there.

24    Q.    Now, in fact, Little Rock is in the northeast portion

05:11:36 25    of Arkansas, correct?

```
            1   A.    Yes.  That's further, I believe.

            2   Q.    Two or three hours north of Texarkana, correct?

            3   A.    I'm not exact, but I think so.

            4   Q.    Well, let me put it this way, Little Rock is a lot
05:11:53    5   further than 45 minutes, correct?

            6   A.    I would assume so, yes, sir.

            7   Q.    Okay.  Now, you said you personally were not into

            8   weapons?

            9   A.    No, sir, no.
05:12:07   10   Q.    Now, at one time, long before this, 2008, you posed

           11   with a picture of a weapon.  What kind of weapon was it?

           12   A.    I don't know exactly.  I think -- I honestly don't

           13   know, sir.  Maybe an MS -- I really not familiar with

           14   weapons.
05:12:24   15   Q.    Was it a rifle?

           16   A.    It was a type of a rifle.  I just don't know what

           17   kind.

           18   Q.    Was it automatic?  Did it shoot multiple shots?

           19   A.    I never shot it, sir.  I don't know.
05:12:34   20   Q.    Was it heavy when you were holding it?

           21   A.    It was heavy.  I held it for jugs a few seconds for a

           22   picture.

           23   Q.    And be it was your husband that talked you into doing

           24   this?
05:12:41   25   A.    Yes.  It was his uncle.  We were visiting his uncle
```

1       who actually guarded ed security -- the security places.

2       Q.    And other than that, you never held a gun?

3       A.    No, sir.

4       Q.    Now, you said this ummahonelove asked you if you own

05:13:02 5       guns?

6       A.    Yes, sir.

7       Q.    And did he at any time, or she, become aware

8       that -- of this picture from 2008?

9       A.    That's when they brought up the picture and asked me

05:13:13 10      was it me in it.

11      Q.    And where was this picture from 2008 posted?

12      A.    It was in my Facebook profile.

13      Q.    So you had -- you're not into guns?

14      A.    No.

05:13:24 15      Q.    You just did it one time, you know, six, seven years

16      before that?

17      A.    Yes.

18      Q.    But yet you posted it on your Facebook page?

19      A.    Yes, it wasn't unusual.  A lot of people from where

05:13:36 20      I'm from do that.

21      Q.    But you done believe in guns?

22      A.    I don't have them.  I'm not saying I'm against them.

23      I don't believe in them in a bad way, but trying to use that

24      against me is not appropriate because I've never been

05:13:47 25      someone who just posted violent things.  It was just a

1  thing.  We're in America.  Everyone kind of fantasizes about

2  it.  And where I'm from in the south, they post them.

3  Q.    Let me ask you about that.

4         Basically you posted an old picture of yourself

05:14:02 5  because you were a southern girl and you wanted to appear

6  like a good old girl from the south?

7  A.    That's just how I was, yes, sir.

8  Q.    And then part of it is also wouldn't that make you

9  attractive to other people thinking the same way?

05:14:14 10  A.    No, because it mostly just had my family on there.  I

11  didn't have anyone from -- I didn't have a bunch of

12  strangers on my Facebook.

13  Q.    But this wasn't a private, your Facebook is open to

14  anyone in the United States, correct?

05:14:27 15  A.    It wasn't open to anyone, but certain people could see

16  like pictures, like most of it you couldn't see.

17  Q.    All right.  Well, I want to ask you about that.

18         In general, your understanding is Facebook is that

19  portions of it anyone can see, anybody can look in and see,

05:14:44 20  correct?

21  A.    Yes.

22  Q.    And -- but you are able to, under Facebook to render a

23  section of is private, just open it to certain friends?

24  A.    Why he is.

05:14:54 25  Q.    Now, what you're telling us the gun photos were only

1407

```
         1   for your friends?  It wasn't open to anybody?
         2   A.    I had several photos open.  Mostly I just had family
         3   on there.  I wasn't put putting myself out to the world
         4   there.  I just kept a close connection there.
05:15:08 5   Q.    Okay.  So when ummahonelove asked you -- if I
         6   understand this right, this person, you understood that was
         7   coming from an extremist point of view, correct?
         8   A.    Yes, sir.
         9   Q.    And at some point in time, this person says, "Let's go
05:15:28 10  on to Wickr"?
        11   A.    Yes, sir.
        12   Q.    And that's because you didn't want what your
        13   discussions were about, correct?
        14   A.    That's what I assumed was he wanted to be more private
05:15:40 15  and to not be known.
        16   Q.    Well, you knew about Wickr, correct?
        17   A.    I had not used Wickr before, sir, no, sir.
        18   Q.    My question was you knew about Wickr?
        19   A.    No, sir, I never heard of it.  The only one I heard of
05:15:51 20  was the Surespot and Telegram.
        21   Q.    But you were aware only Surespot and Telegram were
        22   encrypted cites that nobody could know what your
        23   conversations were?
        24   A.    That's what they said, but I wasn't for sure.
05:16:02 25  Q.    You didn't know that?
```

1    A.    I didn't know if they were like really or if someone

2    was just saying that.

3    Q.    In all your reading and all your discussions with

4    people with an extremist point of view, no one before had

05:16:13 5    ever talked about private chat rooms to keep prying an eyes

6    away?

7    A.    Not very often.  People had --

8    Q.    Not very often.  But, in fact, people had?

9    A.    About some things, yes, sir.

05:16:25 10    Q.    So you were aware there were such type of spots,

11    correct?

12    A.    I was aware that there was, but I wasn't for sure how

13    legitimate they were.  There's the better answer.

14    Q.    Okay.  So when this person, ummahonelove, indicates to

05:16:40 15    you, "I want to go in to Wickr," you understood that the

16    reason for that is so that your conversations would be

17    private, correct?

18    A.    Yes, sir.

19    Q.    And wouldn't it be safe to assume that you understood

05:16:53 20    he was probably going to talk about extremist views?

21    A.    I just assumed that.  But --

22    Q.    Okay.  That's a fair assumption.

23          And the fact that this person wanted to go and have

24    private talks, that was an indication to you that they were

05:17:08 25    going to be elevated a little bit more than your discussions

1    on Twitter, correct?

2    A.    Yes, sir.

3    Q.    And, in fact, did you go in and talk to this person?

4    A.    Yes.

05:17:17  5    Q.    And so this person, you're saying then, again, we have

6    no record because it's self-destructed.  But this person

7    then, in fact, did talk about more radical extremist views,

8    correct?

9    A.    Yes, sir.

05:17:32 10    Q.    And you continue to engage with this person, correct?

11    A.    Yes.

12    Q.    Now, at any point in time did you call the government

13    and say, "Hey, look, there's this person espousing ISIS

14    views I'm talking to"?

05:17:41 15    A.    No, just because about everybody was online talking

16    about that.  I didn't really think it was much of a threat

17    to speak about it.  But it does become threatening when they

18    start, you know, suggesting more dangerous things to

19    actually do.

05:17:53 20    Q.    And did you call the government when they were

21    suggested that there were more dangerous things?  Did you

22    call them on the phone and say hey, "Look, I have these

23    views, but this is beyond what's acceptable Islam"?

24    A.    No, I did not.

05:18:04 25    Q.    Okay.  And did, in fact, this person, ummahonelove,

```
 1    talk to you about wanting to be involved in riots in

 2    Baltimore because there were gangs there and it might be

 3    ripe to recruit people, correct?

 4    A.    Yes, sir.

05:18:17 5    Q.    And that's against the law, you knew that, correct?

 6    A.    Yes.

 7    Q.    Did you call anybody at that time and let them know?

 8    A.    No, because there wasn't for sure of it and I wasn't

 9    joining with them.

05:18:26 10    Q.    Wait.  You weren't for sure.  So you didn't think this

11    person was serious?

12    A.    I mean, I thought maybe, but I mean, no, I did not

13    contact anyone.  I mean -- I don't know who they are.

14    Q.    You thought maybe because you said you weren't for

05:18:39 15    sure?

16    A.    Yes.

17    Q.    Okay.  And the reason you didn't call is because you

18    didn't know if they were serious or not?

19    A.    Yes, sir.

05:18:44 20    Q.    But today you know they're serious?

21    A.    Yes.

22    Q.    And the person talked to you about wanting to build

23    the mujahideen, in other words a branch of ISIS, within the

24    United States, correct?

05:19:01 25    A.    Yes, sir.
```

1    Q.    And when was this told to you?

2    A.    That was -- he talked about that a little bit -- it

3    wasn't long after our conversations when we went into Wickr.

4    I don't remember exactly.

05:19:13  5    Q.    So we're talking still April of 2015, that area?

6    A.    Yes.

7    Q.    And still you knew that they were talking about

8    threats against this country?

9    A.    I knew that he was suggesting it.  But I told him that

05:19:28 10    I wasn't interested in being involved in it.

11    Q.    But did you report that to law enforcement, that

12    there's somebody trying to build --

13    A.    No, sir.

14    Q.    And you heard him talk about the caliph, correct?

05:19:44 15    A.    Yes.

16    Q.    And you knew what that was, correct?

17    A.    Yes.

18    Q.    But that's instrumental to the belief of ISIS is that

19    caliph, and you understanding is it's not a democracy,

05:19:54 20    correct?

21    A.    Yes.

22    Q.    It's all run by the religious people, correct?

23    A.    Yes.

24    Q.    And so when he talked about, you know, extending it

05:20:04 25    into the United States, didn't that concern you?

1     A.     Yes, of course.

2     Q.     Okay.  And who did you express this concern to?

3     A.     There was people I spoke to.  I don't remember.  But

4     yes, of course, it concerned me.  Everything about the whole

05:20:17  5     situation concerned me.

6     Q.     Who did you talk to about this?

7     A.     I think just random people that I spoke with.  I don't

8     know -- I don't really remember, sir.

9     Q.     Okay.  And nobody advised you, "Look, this is serious

05:20:30  10     stuff.  You better go to law enforcement"?

11     A.     No.

12            THE COURT:  I'm sorry, please wait, both of you,

13     the court reporters are struggling.  Ma'am, please wait

14     until he finishes his question.  You let her finish her

05:20:44  15     answers, please.

16            MR. DOUGHTEN:  Yes.

17            THE COURT:  Thank you.

18     BY MR. DOUGHTEN:

19     Q.     Now, you indicated that ummahonelove had his, I guess,

05:20:54  20     self-destruct timer, 15 seconds to a minute, you thought

21     somewhere in that range?

22     A.     Yes, sir.

23     Q.     Did you have a self-destruct button also?

24     A.     After he instructed me to.

05:21:04  25     Q.     And, again, when he's asking you to self-destruct the

1       conversations, didn't that set something off to you about,

2       this is just not right?

3       A.      Yes, of course.  The whole thing was unsettling to me.

4       Q.      And how was it, in fact, that you came in contact with

05:21:20  5     the FBI?

6       A.      It was later on in June -- yeah, June of 2016.

7       Q.      And, in fact, they came to you, didn't they?

8       A.      Yes.

9       Q.      And you had no intention of going to the FBI with any

05:21:33 10     of this information?

11      A.      I had spoke out to a bunch of people, even my family.

12      But I assume that they knew because my picture was put out

13      there.  And I was also speaking with someone.

14      Q.      Let's back up.  You can explain that further.

05:21:47 15             At some point in time somebody, for lack of a better

16      term, outed you, correct?

17      A.      Um-hum.

18      Q.      And that person was upset that you were expressing

19      very extremist views, correct?

05:21:59 20     A.      Yes.

21      Q.      And so to out you, they put your information where?

22      A.      On the Twitter.

23      Q.      Okay.  So that everybody could see it?

24      A.      Right.

05:22:10 25     Q.      And so at that time you were aware that your views,

1    extreme views, were out on Twitter?

2    A.    Right.

3    Q.    But yet it didn't occur to you at that time, "Boy, I

4    better get out in front of this.  I better call law

05:22:25  5    enforcement."

6    A.    I spoke to someone that I believed to be an informant.

7    And I told them I messaged them the day that it happened and

8    I messaged -- but they weren't online and they came on the

9    day after and I spoke to them about it.

05:22:37 10    Q.    Let me make sure I understand.

11         There was a person online with a user name that you

12    thought was an informant?

13    A.    Yes, sir.

14    Q.    And why did you believe that person was an informant?

05:22:46 15    A.    They had been following me for years, saying several

16    things that seemed to be like someone just trying to send

17    me.

18         That would be a long story, sir.  They had been

19    following me since 2014.

05:22:57 20    Q.    So fair to say, though, that rather than call law

21    enforcement, you just told somebody else who may or may not

22    have been an informant?

23    A.    Yes, sir.

24    Q.    Now, when you were asked -- I'm going to like May 2,

05:23:22 25    that time frame.

1       And on your Twitter platform, you received a message

2  about see what the brothers had done, correct?

3  A.    Yes, sir.

4  Q.    And were you aware from the news about the incident?

05:23:35  5  Garland, Texas?

6  A.    I learned of it on the Twitter itself.

7  Q.    Did you go to the news to see what had happened, the

8  regular news?

9  A.    I searched some a little after awhile, yes, sir.  And

05:23:44 10  it came on the news like in the home.

11  Q.    And at some point in time, this person asked you to

12  post a letter?

13  A.    Yes, sir.

14  Q.    And you read the content of the letter, correct?

05:23:59 15  A.    Yes.

16  Q.    And it was pretty pro-ISIS, correct?

17  A.    Yes, sir.

18  Q.    And yet the first time you posted it, you had no

19  hesitation?

05:24:08 20  A.    No.  I removed each -- the first to times, I did have

21  hesitation.  I removed it immediately and I felt very

22  uncomfortable and very disturbed about the contents.

23  Q.    Well, didn't after the first time somebody ask you to

24  remove it because it was inaccurate?

05:24:22 25  A.    No.  He told me that he wanted to change some

1    information at one point.

2    Q.    So, in fact, you took it down because the information

3    wasn't correct?

4    A.    No.  I felt uncomfortable with the contents.

05:24:32 5    Q.    But when the contents were changed, you put it back up

6    again?

7    A.    He -- I felt threatened, sir.  I didn't know who he

8    was.  He knew my location.  So I felt very scared at that

9    time and I did express to people how concerned I felt.

05:24:46 10    Q.    You were threatened, but you were talking to lots of

11    people at this point in time?

12    A.    Yes, but no one had ever come this close, I was just

13    following a line -- online, no one had ever come to me like,

14    "Hey, I want to do this here in America."  Most of the

05:25:00 15    people expressed they just wanted to travel overseas.  No

16    one to this extent.

17    Q.    Let's be clear.  There were no direct threats to you?

18    A.    Sir, he had my picture and my location.  I didn't know

19    who he was.  He seem to know a lot about me.  So yes, I did

05:25:15 20    feel very threatened.

21    Q.    Let me ask again.  There were no direct threats to

22    you?

23    A.    No, but I didn't know who he --

24    Q.    That's all I asked.

05:25:24 25    A.    Okay.

1    Q.    And it's your indication that you posted this because

2    you felt you had to?

3    A.    Yes, sir.

4    Q.    Didn't you feel you had to because that was in line

05:25:33  5    with your own personal beliefs?

6    A.    No, sir.

7    Q.    You were a supporter of ISIS?

8    A.    I wasn't a supporter of an attack in America, no.

9    Q.    But you were a supporter of ISIS?

05:25:41 10    A.    I was a supporter of the people defending those

11    overseas.  I was not a supporter of anything within America,

12    no, sir.

13    Q.    Do you remember having a discussion with, might have

14    been itsmehere, but on the hacking going on in ISIS, having

05:26:12 15    lots of hackers and lots of ability and hackers.  Do you

16    remember that discussion?

17    A.    I'm sorry, sir, no, I do not remember.

18    Q.    Okay.  If you go to the top of the page, second down,

19    "We have many brothers."

05:26:33 20        Do you see that line, 5/6, 1:34 p.m.

21    A.    Oh, yes, that would be what the person that I had been

22    speaking with for years.

23    Q.    And so you were aware that there was lots of hacking

24    going on in this field?

05:26:54 25    A.    I'm sorry.  I don't really understand what you mean.

1    Q.    That's fair.  It's not a good question.

2          There were problems because Twitter was being

3    suspended often, correct?

4    A.    Yes, sir.

05:27:04 5    Q.    Did you have any issues with Twitter being suspended?

6    A.    Yes.  I had had my accounts suspended as well

7    following.

8    Q.    In the context of that, there was a discussion with

9    this person about people with IT background and hacking

05:27:20 10   experience that can attack the account and get it off line,

11   correct?

12   A.    Yes, sir.

13   Q.    Are these like vigilantes, is that what they're

14   referring to?

05:27:30 15   A.    I assume.  He didn't really go further in details.  He

16   just said there was a way they could go into Twitter and

17   remove my -- I guess I assumed he went to hack into them to

18   remove the information.

19   Q.    But it says, "Many brothers"?

05:27:42 20   A.    Yes, because he --

21   Q.    The term -- go ahead.

22   A.    He claimed that he was in Syria.  So he talked like he

23   was there.

24   Q.    Okay.  So when he referred to brothers, how did you

05:27:53 25   take his, who brothers were?

```
 1    A.    I assumed that he meant like people there that were
 2    specialized.
 3              MS. MAGNONE:  Objection.
 4              THE COURT:  The question again, please.
 5    BY MR. DOUGHTEN:
 6    Q.    The question is, the line is, "We have many brothers."
 7    I asked who her she interpreted brothers to be?
 8              THE COURT:  Sustained.
 9    BY MR. DOUGHTEN:
10    Q.    And later down -- I'm talking 1:36, the next line from
11    "Not you.  Not the blue line."
12          This person said, "Deathiscertain13," 1:36 at the top?
13    A.    Yes, sir.
14    Q.    Isn't that the person you were talking to?
15    A.    That was my user name.
16    Q.    Okay.  So why did you use the term deathiscertain13?
17    A.    That was something that I had seen.  It had nothing to
18    do with like death itself.  It just meant that it was
19    something that, way ay before I found out about Islam, I had
20    seen a picture and it was a term that was used that meant
21    this life can end at any time, so be prepared and live your
22    life to the fullest.
23    Q.    So that had nothing to do with you that you might
24    have --
25    A.    No, sir, I actually used this long before I ever
```

 1    searched any of that.

 2    Q.    You got to let me finish the question.

 3    A.    Oh, okay.

 4    Q.    By the way, you anticipated correctly, but still let

05:29:17  5    me finish the question.

 6          And later on at 1:36, the person says, "I will check

 7    with the brothers here to see if they talked to this

 8    brother."  In other words, you're asking them if they knew

 9    who this ummahonelove is, correct?

05:29:30  10    A.    Yes, sir.

11    Q.    Okay.

12          All right.  Now at some point in time, you testified

13    you got in contact with a Sally Jones; is that right?

14    A.    Yes, when he instructed me to give the message to her.

05:29:49  15    Q.    How do you know it was Sally Jones?

16    A.    I had heard about her in the media.  And when I had

17    seen her name up and I had heard a lot about her husband in

18    the media.

19    Q.    I'm sorry.  The question, how did you know the person

05:30:03  20    you were talking to was Sally Jones?

21    A.    They claimed to be.

22    Q.    Go ahead.

23    A.    Like in previous time I searched about them because I

24    had seen a lot of people talking about them on the Twitter

05:30:14  25    platform.  They claimed to be on the previous times before I

1    had actually myself come to Twitter.  And I researched about

2    them.

3    Q.    Listen carefully to my question.

4          You were given a user name, and you were told that

05:30:28  5    that person was Sally Jones, correct?

6    A.    The person who gave me the user name did not say that,

7    no, no, sir.  He said to give to umm Hussain, Abu Hussain.

8    Q.    You knew umm is, correct?

9    A.    I learned about it from searching it, yes, sir.

05:30:44  10    Q.    How do you know that's who it really was?

11    A.    I want for sure, but that's what everyone had said, so

12    I just assumed.

13    Q.    It could have been anybody, anyplace in the world

14    pretending to be her, couldn't it?

05:30:55  15    A.    It could have been, but they were pretty out there.

16    They always claim they were pretty out there.

17    Q.    Pretty out there.  All she said was, according to you,

18    "I support what you said, but be careful"?

19    A.    No.  What I'm saying, sir, is that on the Twitter

05:31:09  20    platform norm itself, they put themselves out there like

21    that they were -- that's who they were.  They put themselves

22    out there quite frequently.  So everyone assumed that there

23    was them.

24    Q.    You said a lot.  I want to break it down one sentence

05:31:24  25    at a time.  And I assure you I'll let you say whatever you

1    want to say.

2         There was a Twitter platform that had user names that

3    everybody, with air quotes, believed to be Sally Jones and

4    her husband, correct?

05:31:41 5    A.    Right.

6    Q.    You had no idea if it was or not?

7    A.    Not for certain, no, sir.  I just assumed.

8    Q.    Okay.  And this was Twitter.  This wasn't a encrypted

9    platform?

05:31:51 10   A.    Right.

11   Q.    And so when somebody gave you a name, it was a Twitter

12   name?

13   A.    You mean -- oh, you mean when they gave me the user

14   names, yes, sir, the user names.

05:32:03 15   Q.    That's a public platform, correct?

16   A.    Right.

17   Q.    So anybody could have seen what you were putting on,

18   correct?

19   A.    You mean the link?

05:32:11 20   Q.    Yes.

21   A.    Yes, sir.

22   Q.    Okay.  And so that when you said it was Sally Jones,

23   it's just because everybody assumed that's who it was?

24   A.    Yes, sir.

05:32:20 25   Q.    It could have been your next door neighbor?

1    A.    It could have been, but I went along with what

2    everyone was saying.

3    Q.    That's the point I wanted to make.  Thank you.

4    A.    Okay.

05:32:30  5    Q.    You were also asked to tag people, correct?

6    A.    Yes, sir.

7    Q.    And what were you asked to tag people with?

8    A.    With the link.

9    Q.    Okay.  And you were asked to tag Twitter accounts; is

05:32:46 10    that correct?

11    A.    Yes, sir.

12    Q.    And that's, again, a public account, correct?

13    A.    Right.

14    Q.    And you said you did that because they asked you to,

05:32:54 15    correct?

16    A.    Yes, because the person asked me to, yes, sir.

17    Q.    Okay.  And how long -- when did your picture go up, if

18    you can remember, approximately?

19    A.    About an hour, I believe -- I believe it was just an

05:33:12 20    hour after posting.

21    Q.    And do you remember a date?  Can you recall the date?

22    A.    It was on May 5, the day that I posted.

23    Q.    And how long after that were you contacted by the FBI?

24    A.    June 26, 2016.

05:33:26 25    Q.    Okay.  So between May 5 and in June, you had no more

1    contact with ummahonelove; is that correct?

2    A.    No, sir, he disappeared.

3    Q.    Okay.  But you had contact with lots of other people

4    during that period of time, correct?

05:33:42 5    A.    Yes.

6    Q.    And you still were discussing your views on Islam,

7    correct?

8    A.    Yes, I was still expressing the views and also as well

9    at that time I was contemplating whether it was the right

05:33:54 10    way and I was trying to understand different -- and I was

11    still in a learning phase.

12    Q.    Okay.

13          MR. DOUGHTEN:  Can I have 49, 1, please?

14    BY MR. DOUGHTEN:

05:34:22 15    Q.    "Now, death is certain."  This is your handle,

16    correct?

17    A.    Yes, sir.

18    Q.    And I'm going to ask you to go down, I think it's four

19    lines from the bottom.  May 6 at 4:17 a.m., correct?

05:34:38 20    A.    Yes, sir.

21    Q.    And it says, you wrote, "They may have come for me,"

22    correct?

23    A.    Right.

24    Q.    And you're referring to the United States government,

05:34:48 25    right?

1    A.    Yes, sir.

2    Q.    And then you write, "If they do, I'll never be a

3    hypocrite.  I'll support my brothers and sisters until the

4    end."

05:34:59  5    A.    Yes, sir.

6    Q.    And that was your view?

7    A.    Yes, I went along with just about what everyone would

8    say, yes, sir.

9    Q.    And we're saying everyone.  We are talking about

05:35:07  10    everyone with the extremist view, right?

11    A.    Yes, sir.

12             MR. DOUGHTEN:  I have nothing further, Your

13    Honor.

14             THE COURT:  All right.  Thank you.

05:35:14  15        Any redirect of the witness?

16             MS. MAGNONE:  Yes, Your Honor.

17             REDIRECT EXAMINATION OF AMANDA AMARO

18    BY MS. MAGNONE:

19    Q.    Ms. Amaro, what did you mean by that last statement

05:35:26  20    about never being a hypocrite?

21    A.    I meant that I would -- well, I mean -- let me think

22    how to explain that.

23    Q.    Take your time.

24    A.    At that time I just was keeping up a certain online

05:35:40  25    appearance.  So I just was kind of going along with the way

1    that everyone was saying and I just was saying that I

2    wouldn't be someone who would just -- I'm

3    sorry -- struggling to try to come up with the correct

4    words.  That I would keep up with it and I wouldn't -- it's

05:36:02  5    very hard to --

6    Q.    Take your time.

7    A.    Online I'd like a certain appearance.  Like I just

8    became someone else online.  So at that time, I was speaking

9    with that informant, it's kind of along the line -- I was in

05:36:17 10    a way I pretended to be someone that I wasn't.  And then

11    sometimes I would say truths with them and sometimes I would

12    just go along with what I would see other people say just to

13    appear to be like them.

14    Q.    So would you stay you had like an online persona?

05:36:34 15    A.    Yes.

16    Q.    That was at that supporter of ISIS?

17    A.    Yes, ma'am.

18    Q.    And the person that you were speaking to in that

19    communication, in Exhibit 49, was that the person you

05:36:41 20    believed worked for the government?

21    A.    Yes, sir.

22    Q.    Okay.  And that is the same person that you provided

23    the user names for; is that correct?

24    A.    Provided --

05:36:54 25    Q.    Can we bring up Exhibit 49, page 9?

1    So here in the middle it says itsmehere is the

2    Surespot he uses.  That was his user name on Surespot.  So

3    you were providing that to the person that you believed

4    worked for the government; is that correct?

05:37:09 5    A.    Yes, ma'am.

6    Q.    And then can you turn to page 10?

7        And then on the bottom of page 10, it says "He's okay.

8    Twitter was oneummahlove."  So, again, that was his Twitter

9    user name that you were providing to this person that you

05:37:23 10   believed worked for the government?

11   A.    Yes, ma'am.

12   Q.    Okay.  You can take that down.

13       Ms. Amaro, what is your current view of ISIS?

14   A.    Very, very, very far away from that.  Overtime and

05:37:34 15   throughout that year, I was trying to -- struggling with

16   whether that was the right way.  Everything just felt very

17   confusing.  It was a very confusing time for me.  And I was

18   praying and I was just trying to move away from everything,

19   confused by what was right, you know, what was the truth

05:37:52 20   there.

21       They would say they were protecting people, but were

22   they really?  I was just in a very confused time, but I've

23   been very grateful to get away from than and spend my time

24   learning the true Islam.  Learning that's not the correct

05:38:05 25   way, that we don't go on emotions.

1    Q.    So do you currently believe that ISIS is fighting for

2    innocence overseas?

3    A.    No, I do not support any of those groups.  I've been

4    very grateful -- I can -- for me, I feel that God saved me.

05:38:19  5    I had to go through quite a bad trial.  I put myself out

6    there at a very vulnerable time, and I just was pretty much

7    just -- I was just too naive.  I just listened to anyone.  I

8    was -- I really wanted to learn, but I put myself in the

9    wrong way and I looked in the wrong way and I'm just really

05:38:42 10    grateful and I have had time to really learn from the Koran

11    itself and not from what people say.

12    Q.    Okay.  I'm going to transition quickly to Facebook.

13    Defense counsel asked you about this photo.  And I just want

14    to be clear.  So the photo was from 2008; is that correct?

05:38:55 15    A.    Yes, ma'am.

16    Q.    Was it posted in 2008 or was it posted in 2015?

17    A.    Posted in later on.  I think I posted it in 2009 or

18    '12.  I don't remember.  Whenever I started using Facebook

19    with my family.

05:39:12 20    Q.    Was it well before the time that this person online

21    sent it to you?

22    A.    Oh, yes, ma'am.

23    Q.    And was it before the time that you started

24    researching Islam or ISIS or any of those thing?

05:39:22 25    A.    Yes, it was way before that.

1   Q.    And I wasn't very clear.  So I just -- was

2   your -- were the photos on your Facebook profile, were they

3   open to the public?  Or could they only be seen by people

4   you were friends with on Facebook?

05:39:35 5   A.    Some were, but most of them were just to my family and

6   friends.

7   Q.    Do you recall if this particular photo was open to the

8   public?

9   A.    This one, I later on noticed it was open to the

05:39:45 10   public.  I didn't know at the time.  And I saw this one and

11   another one revealing my face was also open to the public.

12   Q.    Okay.  Has the government made you any promises in

13   exchange for your testimony today?

14   A.    No, ma'am.

05:39:56 15   Q.    Have you ever been paid in any way for your

16   cooperation or your testimony?

17   A.    No, no, ma'am.

18   Q.    Why did you testify today?

19   A.    I -- it's important to bring out the truth.  I want to

05:40:08 20   be -- for me, this was a very bad situation to go through.

21   I put myself out in a very vulnerable time.  No one has

22   forced me or anything like that.  I want to come clean.

23        Obviously I feel a bunch of shame for going down that

24   route and following that way and allowing myself to be in

05:40:26 25   that way.

1          So for me, it's just important to be open and clear

2     and honest.

3     Q.    Okay.

4          MS. MAGNONE:  Thank you, Your Honor.  No further

05:40:32 5     questions.

6          THE COURT:  Thank you.  Anything?

7          MR. DOUGHTEN:  Yes.

8          THE COURT:  Yes.

9          RECROSS-EXAMINATION OF AMANDA AMARO

05:40:35 10    BY MR. DOUGHTEN:

11    Q.    Again, I'm not disputing what you're saying, but I'm

12    more interested in what your mindset was at that time.

13    A.    Okay.

14    Q.    Now, when you were holding yourself out back then, did

05:40:49 15    you ever post your Wickr account on your Twitter?

16    A.    No, sir, no.

17    Q.    And finally, if I understand what you're saying, what

18    you're telling us today is that you and maybe

19    others -- well, I'll just ask about you.

05:41:02 20         You're pretending to be radical to have the

21    appearance, but that's not what you really believed?

22    A.    I at times I believed certain things.  But I put

23    myself out there like -- how can I best explain this?  I

24    made myself seem more that way.  I went into a world that

05:41:19 25    really wasn't of my character.  It was out of my character.

1            MR. DOUGHTEN:  Thank you.  Nothing further, Your

2       Honor.

3            THE COURT:  All right.  Thank you.

4          Ma'am, you can step down.  You're excused.

05:41:32 5          Counsel, your next witness, please.

6            MR. BENNETT:  Yes, Your Honor, at this point the

7       government would call Matthew Palmer.

8            THE COURT:  Sir, if you would approach the

9       witness stand over here, please, to my right.

05:42:12 10         Please just approach the witness stand and please

11      remain standing while I administer the oath.

12                      MATTHEW PALMER,

13          of lawful age, a witness called by the United States,

14            being first duly placed under oath, was examined

05:42:35 15               and testified as follows:

16           THE COURT:  All right.  Be seated in the witness

17      stand, if you would.  Just a couple of brief instructions.

18          Please wait until the attorneys complete their

19      questions before you begin to respond.  It's difficult for

05:42:47 20      the court reporters and the listeners when two individuals

21      are speaking at the same time.

22          If there is an objection to any question, do not

23      answer the question until I rule on the objection.  Of

24      course, if I sustain the objection, you will not answer the

05:43:01 25      question.

1          Thank you very much.

2          Counsel, you may inquire.

3              MR. BENNETT:  Thank you, Your Honor.

4              DIRECT EXAMINATION OF MATTHEW PALMER

05:43:05  5    BY MR. BENNETT:

6    Q.    Mr. Palmer, can you introduce yourself to the ladies

7    and gentlemen of the jury and spell your last name for the

8    court reporter?

9    A.    My name is Matthew Palmer.  And it's spelled

05:43:14 10   P-A-L-M-E-R.

11   Q.    Mr. Palmer, in what state do you currently live?

12   A.    Kansas.

13   Q.    And what are you doing for a living?

14   A.    I'm a full-time student.

05:43:24 15   Q.    And prior to that time, or now, did you act as an FBI

16   informant?

17   A.    Yes.

18   Q.    Okay.  How did that come about?

19   A.    In about 2011, I was a graduate student.  And I was

05:43:42 20   interested in researching nationalism and terrorism.  I got

21   interested in the use of social media to recruit potential

22   terrorist individuals.

23        And so I started a research project, and I was kind of

24   nervous that the FBI would kick down my door so I went to

05:44:03 25   the local office and told them, you know, what I was doing

1    and provided anything, you know, of a serious nature to

2    them.  And the relationship kind of took off from there.

3    Q.    In what state were you living in at that point?

4    A.    This was in Pennsylvania.

05:44:18 5    Q.    And did you at some point move from Pennsylvania to

6    another state and continue as an informant?

7    A.    Yes.

8    Q.    Where was that?

9    A.    I first moved to Oklahoma and then to Colorado.

05:44:35 10    Q.    And at some point throughout this process, did you

11    actually be approached or become approached about being an

12    actual paid informant?

13    A.    Yes.

14    Q.    How did that happen?

05:44:44 15    A.    While I was in Colorado, I worked -- I met a couple

16    individuals of, I guess pretty high value at that time and

17    was able to help in a case against them.  And the

18    relationship from there went from, you know, periodic

19    payments to, you know, would you like to do this on a more

05:45:12 20    consistent basis.  And I said sure.

21    Q.    And what were you doing initially at least, or back in

22    2015, as far as -- as an informant.  What actually would you

23    be doing?

24    A.    Based upon my graduate work and graduate studies, I

05:45:29 25    would develop social media personas that I thought would be

1434

1    of interest to recruiters for the Islamic State or other

2    terrorist organizations.  And basically I would have these

3    Facebook profiles and I would kind of put them out into the

4    cyber world and see if anybody would approach them and say,

05:45:55  5    you know, "Hey, do you want to be a terrorist," pretty much.

6    Q.    Okay.  And you say at some point you actually got paid

7    for your work.  Since about 2011, has it been a little over

8    $200,000 that you've been paid?

9    A.    I don't know the exact number.  I think since that

05:46:12 10    time it works out to about 45 or 47 thousand a year on

11    average.

12    Q.    Do you get paid extra money if it leads to an arrest?

13    A.    No.

14    Q.    Do you get paid extra money if it leads to some kind

05:46:27 15    of conviction?

16    A.    No.

17    Q.    Are you given a target to go get?  Or do you set up

18    the profile and wait and see who come to you?

19    A.    No.  Everything I do has been very passive.  And I've

05:46:38 20    actually been given instructions not to, you know -- "Don't

21    go out and stir things up.  Don't go out and do this."  But

22    just start your profile and if anybody comes to you, just

23    let us know.

24    Q.    Do you actually speak Arabic?

05:46:52 25    A.    No.

1    Q.    Have you learned some terms, trade craft based upon

2    what you've been doing?

3    A.    Yes.

4    Q.    Do you consider yourself a practicing Muslim?

05:47:01  5    A.    No.

6    Q.    So if you have this out there in the cyber world and

7    you get contacted, what's next?  What did you do next?

8    A.    Generally the previous cases that I've been a part of,

9    somebody would approach me based on content that I had on my

05:47:22  10   social media profile, whether that's Facebook or Twitter or

11   something like that, and they would say, "Hey, I really like

12   the content of what you're saying.  I would like to be a

13   part of it, or I really like the content of what you're

14   saying.  Would you like to be -- take a more active role?"

05:47:37  15   And we would develop this relationship.

16        I would alert my contacts with the FBI and say, "Hey,

17   this person reached out to me at such and such time," and I

18   would take screen shots of the communication, write up a

19   brief synopsis, and they would say, "You know, okay.  You

05:47:57  20   know, carry on and see what happens or, you know, don't

21   worry about that person."

22   Q.    So do you always immediately tell the FBI of contact?

23   Or do you wait until it develops a little bit?  Is there a

24   point where you get somebody from the FBI involved?

05:48:13  25   A.    I try to tell it immediately.  Sometimes time doesn't

1    always offer that.  Especially when I was having

2    communications with people abroad, it was past my 9:00

3    bedtime so I waited until the next morning.

4    Q.    Are you or were you provided with any specialized

05:48:34 5    training at this point from the FBI?

6    A.    No.

7    Q.    You mentioned taking screen shots.  What do you mean

8    in that regard?

9    A.    So whether I'm on a computer or an iPad or some type

05:48:47 10   of mobile device, you can hit a combination of buttons that

11   will take basically a picture of all the content in the

12   screen.

13        Sometimes a screen shot might refer to, I would have

14   the mobile device that I used to communicate with other

05:49:04 15   individuals and then my personal one.  And because of the

16   software that we would be using to communicate, I would have

17   to take a physical picture of the screen because if I hit

18   that button combination, it would alert the other person to

19   me taking a screen shot, which I didn't want to happen.

05:49:23 20   Q.    And are you always able to get a screen shot?  Are

21   there sometimes portions of a conversation are missed?

22   A.    I tried really hard to always get them, but there were

23   definitely sometimes -- I remember one specific instant

24   where I was driving and I was having a communication with

05:49:39 25   somebody.  And it was set to -- the software call it like a

1    self-destruct.  The message would go away in like a minute.

2    So I'm driving, and I have one knee on the wheel and, you

3    know, there are sometimes, those instances where I couldn't

4    always get a screen shot.

05:49:58  5    Q.    And in anticipation of your testimony here today, did

6    you have a chance to talk with the government?

7    A.    Yes.

8    Q.    Did you have an opportunity to review some of the

9    screen shots that you provided?

05:50:08  10    A.    Yes.

11    Q.    And as we go through them, were they all true and

12    accurate as to what you had actually done and what you had

13    provided to the government?

14    A.    Yes.

05:50:18  15    Q.    Can we bring up Government's Exhibit 28?

16          And I apologize for the copy.  It's a little

17    bit -- can we just go to the top there, drop down about

18    halfway.

19          Can you identify what this document is and then we'll

05:50:39  20    go through some specifics?

21    A.    Yes.

22    Q.    What is this?

23    A.    This is a communication that I had with --

24          THE WITNESS:  I'm sorry, Your Honor, am I allowed

05:50:52  25    to say the name of the program?

```
 1                 THE COURT:  Yes, you may.

 2                 THE WITNESS:  So this was a communication that I

 3       had with a person via an encrypted message application

 4       called Surespot.

05:51:07 5       BY MR. BENNETT:

 6       Q.    So let's stop you there.  When you say encrypted,

 7       what's your understanding of Surespot and to be encrypted?

 8       A.    I guess the best way to explain it is if you were to

 9       mail a letter to somebody, you would write your letter.  You

05:51:21 10      would put it in the envelope, and you would put a certain

11       code on it and it would go through the mail.

12             And only the other person, they would have that same

13       code and they would use it to unlock it.  That's basically

14       what the phones did.

05:51:36 15            It was encrypted while it went over the air from

16       person to person.

17       Q.    So that only the two people in the communication

18       should be able to hear or see what each other is saying?

19       A.    Correct.

05:51:44 20      Q.    Okay.  So at the very top there, who are you

21       communicating with?

22       A.    I'm communicating with a user name Willayatx.

23       Q.    Do you know any special meaning of Willaya or

24       Willayatx?

05:52:02 25      A.    When I was first approached by this individual, I
```

1    always like to kind of deconstruct the name of what it

2    means.  And I found this, this Willaya to be Arabic for

3    state.  And TX to be the abbreviation for Texas.

4    Q.    And if we look up in the far upper left-hand corner,

05:52:25  5    the symbol that's there, does that tell you anything?

6    A.    Are you referring to the circle with --

7    Q.    The hash in the middle.

8    A.    That's icon for the application Surespot.

9    Q.    And if we're looking at the screen itself, there's

05:52:39  10    some text to the left right on the margin.  And then it's

11    indented.  Does that -- with a blue line.

12         Does that tell you anything about who is speaking?

13    A.    Yes.  The leftern most text with the grey is my

14    communications.  And the indented to the -- with the blue is

05:53:02  15    the other user.

16    Q.    So looking at the top or even the first view, what's

17    the date of this communication?

18    A.    It appears -- April 1, 2015.

19    Q.    And we look down to the fourth line, after the

05:53:22  20    salutations or hellos, what's being said there?

21    A.    The user said to me, "Love your tweets Akhi."

22    Q.    So were you putting tweets out?  And what were those

23    tweets saying?

24    A.    Generally I would, after there was an attack on the

05:53:40  25    United States or any type of western interest, I would go to

1    Twitter and basically voice my affirmation for it using one

2    of these profiles and say, "Hey, you know, this was great

3    that this happened."

4            And from that, a lot of like-minded people, you know,

05:54:01 5    like-minded in the sort of jihadi sense would sort of

6    approach me and say, "Hey, I agree with that, too."

7            And so I remember this user name approached me,

8    referring to those tweets, and basically said, "Hey, I

9    really like what you said regarding such and such attack."

05:54:18 10    I don't remember exactly which one it was.

11   Q.    And you said jihadi mind, what do you mean by that?

12   A.    Most of the -- well, all of my personas would have

13   this subtle approval or desire to join the Islamic State.

14   And so when I use the term jihadi, it's somebody who

05:54:38 15   believes in, you know, radical Islamic terrorism is a term

16   you might be familiar with.  It's more complicated than

17   that, but that's a good way to sum it up.

18   Q.    And towards the bottom there, when you're speaking,

19   what are you asking this individual?

05:54:53 20   A.    Which line are you referring to?

21   Q.    Your last line that we see with the grey there.

22   A.    The "Where are you located?"

23   Q.    So why are you asking that?

24   A.    I generally, when I speak to somebody, I try to get a

05:55:10 25   feel for where they are, if they're in the United States,

1    out of the United States, and if they're in the United

2    States, I try to get just a generally idea.

3    Q.    And what is this person's response?

4    A.    I don't remember in this exact screen shot.

05:55:29 5    Q.    Look at the second from the bottom.  We can scroll up

6    and make it a little bit easier so you're not looking at the

7    bottom.

8         What's he say in the second line there?

9    A.    After I told him that I was in the southwest?

05:55:42 10   Q.    No.  You ask where are you located -- here.

11   A.    Okay.  After I asked him where he was located, he

12   basically said, "Well, you know, if you tell me, I'll tell

13   you."

14   Q.    All right.  And is there some discussion about

05:56:02 15   Surespot?

16   A.    Correct.

17   Q.    What is being said about Surespot?

18   A.    The user said that he didn't trust Surespot.

19   Q.    Okay.  And at some point do you tell him where you're

05:56:11 20   located?

21   A.    I told him that I was in the southwest of Dar Al Harb.

22   Q.    And what does that mean --

23        Just for the record, it's D-A-R, then A-L, and

24   H-A-R-B.

05:56:27 25        Go ahead.

1    A.    Some conservative Muslim sects will divide the world

2    into three houses.  You know, houses.  One of the houses

3    being Dar Al Harb, and that's basically the house of the

4    enemy where Muslims are in theory treated harshly or under

05:56:47 5    penalty.

6         So it was common at this time if somebody was, you

7    know, seeking to be a mujahideen or a member of the Islamic

8    State, they would say that they were in Dar Al Harb

9    indicating that they were in enemy territory essentially.

05:57:04 10   Q.    And when you say the southwest, is that still like the

11   southwest of the United States?

12   A.    It's -- the southwest, I was in Colorado at this time

13   and southern Colorado where it's still very deserty, with

14   like rattlesnakes and at that Tarantulas so I considered

05:57:22 15   that the southwest.

16   Q.    What does he say in response as far as where he is

17   located?

18   A.    He says, "Me too," which I interpreted as I'm also in

19   the southwest, which I connected to his screen name of

05:57:34 20   Willayatx, indicating that he might be in Texas.

21   Q.    So can we go to page 2 of Exhibit 28.

22        And then can we go in the middle.  From there we got

23   land and down.

24        And, again, what's the date at this point?  Is this

05:57:53 25   still the same conversation on April 1?

1    A.    Yes.

2    Q.    And what, at the very top, are you being told by this

3    individual?

4    A.    He tells me that he has land, a house, intentions, but

05:58:09 5    no brothers and sisters who fear none but Allah.

6    Q.    Does that mean something specific that these

7    individuals don't fear none but Allah?

8    A.    There are two things in that statement that I

9    immediately noticed.

05:58:24 10         To your point, who fear none but Allah, that's

11    traditionally a statement made by people who don't recognize

12    nations or borders, which is usually -- it goes back to the

13    Dar Al Harb, the Dar Al Islam, there's holy lands and then

14    non-holy lands.  And that's what I interpreted from that.

05:58:49 15    Q.    So it's some level of commitment?

16    A.    Correct.

17    Q.    And then he goes on, the next time he speaks, what is

18    he saying about building?

19    A.    "We are building, but brothers insist yap a lot here,

05:59:01 20    but very few are willing to cut the rope to this Dunya and

21    build together."

22    Q.    So another reference to some level of commitment?

23    A.    Yes, the Dunya refers to basically our commercial

24    world in which we live.  And so the cutting ties to the, you

05:59:22 25    know, the present world and living a world more, sort of

1    holistically and completely under Allah's guidance is what I

2    interpreted from that.

3    Q.    And if we go to page 3, 28.3 or -3.

4          And it's from "And" down to the bottom.

05:59:47 5          This is you talking at the top?

6    A.    Yes.

7    Q.    What are you asking and why?

8    A.    So I asked the user, and "I would like to hear your

9    opinion on King Salman.  Do you believe him and his scholars

06:00:07 10   to be Kuffar?"

11          This was a number of years ago.  So forgive me if

12   it's --

13   Q.    You don't have to site exactly.  Is it some kind of

14   test?

06:00:17 15   A.    Yes.  Basically there was an influential scholar, and

16   I wanted to get his opinion on that scholar as that would

17   give me a greater indication as to how he -- how committed

18   he was to the cause that he was identifying.

19   Q.    Okay.  And based on this, were you able to decipher

06:00:36 20   where he kind of came down ideology-wise?

21   A.    Yes.  What he said was he is a dog and the son of a

22   dog, typically that's a pretty harsh statement in the Muslim

23   community, so I interpreted him to not be very approving.

24   Q.    Of what kind of sect?

06:00:57 25   A.    Of that King Salman and his scholars.

1    I recall them being Saudi Arabian and a more moderate

2    sect.

3    Q.    Towards the middle there's a reference to M.D.,

4    Maryland, I believe, do you know what that reference is?

06:01:13  5    A.    I did not at the time.  But when he said, "We had our

6    first meeting in M.D.," I interpreted that to be the

7    abbreviation for Maryland.

8    Q.    And then two steps down, there's a reference to

9    another app.  What's that?

06:01:32 10    A.    Later, he says you should learn about an app called

11    Wickr.  W-I-C-K-R.  Wickr is another type of encrypted,

12    end-to-end encrypted program for communications.  It's

13    similar to Surespot but made by a different organization.

14    Q.    More secure?  Less secure?  The same?

06:01:54 15    A.    As I recall, I don't remember there being a greater

16    level of security with it.

17    Q.    So let's go to page 4.  So 28-4.

18    And it's in the middle, if we go from I understand

19    down, so it's the second line from the top, this is all on

06:02:23 20    the same day.

21    What is he telling you to call him?

22    A.    He tells me to call him Abu Harb.

23    Q.    And as far as you know, did that have any Islamic

24    meaning?  Or did you research that at all?

06:02:36 25    A.    I don't recall researching that at that time, no.

1    Q.    Okay.  There's also a reference in the middle there,

2    "Brother, I'm all about tying the camel."

3          Do you know what that was referencing?

4    A.    I remember looking it up at the time, tying the camel,

06:02:55 5   there's a very famous Islamic proverb about tying your

6    camel.  It was really big for awhile in the jihadi

7    expressions.  And I remember using it.  But I'm sorry, I

8    don't recall exactly what it means at this time.

9    Q.    Okay.

06:03:16 10        You go on to ask him his Twitter handle.  Do you know

11   why you're asking that?

12   A.    Yes.  Oftentimes I would try to connect a Surespot

13   identity with a social media account so I could, you know,

14   have a better understanding of who I was talking to.

06:03:37 15  Q.    And what does he respond back about the number of

16   people he's talking to?

17   A.    He indicates to me that he's spoken with many

18   different brothers.

19   Q.    And then you say next, "I only reverted several years

06:03:58 20  ago."

21        What do you mean by reverted?

22   A.    Sir, reverted in the Islamic sense suggests that a

23   person was either born into or practiced Islam at a very

24   early age but fell out of it and then, you know, came back

06:04:19 25  into a more committed lifestyle later in life.

1    Q.    And there's next some standard verification questions.

2    Did you go through a series of questions with him?

3    A.    Yes.

4    Q.    Can we move to page 5 of this exhibit, 28-5?

5          And can we just blow up the top.  Keep coming down a

6    little bit more.  All the way to the bottom.  "Always about

7    and above his throne."

8          So can you identify what's going on here?

9    A.    We were beginning the test of my knowledge of Islam.

10   And I had had this happen in a couple other communications.

11   And it was basically what I interpreted to be as somebody

12   wanting to make sure that I was, you know, truly a Muslim

13   that he was talking to.

14   Q.    Are you asked outright whether you're law enforcement

15   or a terrorism watch agency?

16   A.    Yes.

17   Q.    And how do you respond to that?

18   A.    I told him that I was not.  And I answered the

19   questions that he asked me above.

20   Q.    Did you know the answer to all these questions?  Or

21   did you need to look them up?

22   A.    Embarrassing, I had to glance at Wikipedia as we were

23   going forward.

24   Q.    Okay.  And then at the bottom, if we could scroll the

25   bottom up just a little bit there.

1        It seems like you're actually asking him a question?

2   A.    Correct.

3   Q.    Why is that?

4   A.    In any type of communication that you have with

06:06:04  5   people, not only do you want to, you know, answer their

6   questions to the best that you can, but you also want to

7   give them the impression that you're concerned about them.

8        It was very important in the early stages of -- by

9   early stages, I mean 2011, 2012, when encrypted

06:06:26 10   communications were just coming into the communication

11   scene, you -- it was common trade craft to say, you know,

12   "Hey, I understand you're concerned about me, and I'm also

13   concerned about you."  And it would help to develop a

14   greater level of rapport with the other person.

06:06:45 15   Q.    And I notice on the bottom, the one question is kind

16   of repeated in the answers.  Are these kind of being

17   overlapping on themselves when you're taking pictures?

18   A.    Yes.

19   Q.    So are there sometimes there are repeated as you're

06:07:01 20   trying to get a portion of it or maybe even slightly out of

21   order?

22   A.    Correct.

23   Q.    So can we go to page 6, 28-6.

24        And it's at the bottom, the last four or so.

06:07:18 25        Right there.

1     This is a continuation of the app on Wickr.  What are

2   you being told about Wickr?

3   A.   He's telling me that Wickr has OTR encryption and that

4   it's military grade.

06:07:35 5   Q.   And are you being asked to do anything more with that

6   information?

7   A.   He's asking me to inform the other brothers, brothers

8   I interpreted to be other brothers committed to the cause of

9   jihad.

06:07:52 10   Q.   Can we go to 28-7?

11     And it's the middle here with what -- all the way

12   down.  "What did you mean?"

13     So at the top there, what are you asking?

14   A.   I wanted to get back to when he said, M.D., I wanted

06:08:13 15   to confirm that that was Maryland.  And so I asked him, what

16   did you mean by first meeting, did you mean Maryland?  And

17   then I told him I'm originally from Philadelphia.

18   Q.   And then what is his response?

19   A.   He said, "Yeah, M.D., confirming," I interpreted that

06:08:31 20   as he confirmed that he was in Maryland.  Or at least was in

21   Maryland at some point meeting people.

22   Q.   And there was some sort of meeting?

23   A.   Correct.

24   Q.   And then below that, it talks about more sisters on

06:08:48 25   the haqq, H-A-Q-Q, than brothers.  What is that referring

1        to?

2        A.      The haqq is in sort of jihadist colloquial language,

3        refers to the truth, or the true meaning of Islam.  And it

4        refers to a number of popular Islamic scholars would be

06:09:11 5       considered apologists and it's only those who speak the

6        truth or members of the haqq that speak the true Islam, and

7        that true Islam generally call for violent jihad.

8        Q.      And at the bottom, you also mention something about

9        hijrah, what is that and what is his response to that?

06:09:34 10      A.      Hijrah has a double meaning in the Islamic sense.

11       One, it's returning to Mecca, which is one of the five

12       pillars of Islam.  But among the jihadi community, hijrah

13       has become code for travel to the Muslim lands to defend

14       against western invaders, and that generally has the

06:09:57 15      connotation of taking up arms against what they consider

16       invaders such as American soldiers or coworking soldiers.

17       Q.      And is there a specific area you would go to or a

18       country?

19       A.      In 2015 -- it's always focused on Syria.  In 2015,

06:10:17 20      there were different ways to get into Syria.  So, you know,

21       sometimes you would go to Turkey and try to make your way

22       into Syria that way.

23       Q.      Okay.  And what's this person's opinion or response to

24       going overseas?

06:10:30 25      A.      He tells me that he doesn't encourage anyone to do

```
      1    that.  He was correct in that the federal law enforcement

      2    had gotten good at finding people that were trying to make

      3    hijrah, and so his communication was similar to other

      4    communications that I had with other people that focused on

06:10:57  5    domestic acts rather than trying to travel abroad.

      6    Q.    Okay.  And I would like to go back to 28-5.

      7          And in the middle here, and then come across and just

      8    down a little bit.

      9          Stop there.

06:11:18 10          On Twitter, does he provide you with any additional

     11    information about himself?

     12    A.    Yes.  He gives me his Twitter handle.

     13    Q.    Which was what?

     14    A.    Sham_reason.

06:11:38 15    Q.    And did you have any particular reasoning associated

     16    with that?

     17    A.    The lands of the sham, typically it's S-H-A-A-M,

     18    sometimes S-H-A-M.  That generally refers to the holy Muslim

     19    lands.

06:11:56 20    Q.    Can we go to 28-8?

     21          And starting from the first grey down, "So I had

     22    thought."

     23          And going back to traveling overseas, what had you

     24    suggested?

06:12:13 25    A.    I'm sorry.  Could you say that again?
```

1    Q.    The hijrah, you're speaking about it.  What are you

2    telling him about it at the very top there?

3    A.    I had told him that I had saved money to support my

4    own hijrah, but that I was worried as it seemed to be

06:12:36 5    unsuccessful for most of the other people that attempted it.

6    Q.    And what is his response to you?

7    A.    He told me that instead -- pardon me -- that we should

8    stay here and get brothers together and get together and

9    build.

06:12:54 10    Q.    And what's the reference, "You can't do something from

11    prison."

12    A.    You can't do Amir bil -- and I'm not sure how to

13    pronounce that with the letter 3.

14          Typically they would -- sometimes if you have an

06:13:13 15    English keyboard, you need to use the number 3 to make it

16    look like an Arabic term.  And --

17    Q.    Did you know what this meant?

18    A.    I don't recall if I did or didn't.  I'm sorry.

19    Q.    Okay.  So let's go down a little bit.  And there's a

06:13:30 20    question at the very bottom of this screen.

21          What's he asking you there?

22    A.    He is asking me if I'm able to travel.

23    Q.    Okay.  And if we go to 28-9, and we start, "Yes, clean

24    history and save some funds across."

06:13:59 25          What are you responding?

1    A.    I told him that I had saved funds, again, alluding to

2    the potential travel for hijrah.  And then he reasks me if

3    I'm able to travel within the U.S.

4    Q.    Okay.  So we're focused on within the United States.

06:14:19  5    And what's your response?

6    A.    I told him that I have a Subaru and that I could.

7    Q.    And a couple more lines down there, what is he talking

8    about with regard to the actual meeting itself?

9    A.    He is saying that we should meet, but that we should

06:14:37 10    both cover our faces.  I interpreted that to be an

11    indication that he was concerned about --

12                MR. HARTMAN:  Objection, Your Honor.

13                THE COURT:  Sustained.

14    BY MR. BENNETT:

06:14:50 15    Q.    Can we go to 28-10?

16          Just the middle down.  That's pretty good.  Right

17    there.

18          There's a reference there to a manual.  And what's

19    your response to that?

06:15:09 20    A.    He asked me if I have a manual.  And I told him that I

21    don't know what manual that he's speaking about.

22    Q.    And he further qualifies it as 2015 manual.  Did you

23    know what it meant at that point?

24    A.    I can't speak to the exact manual.  I know that when I

06:15:33 25    searched for it, I found several manuals that were dated,

```
 1    you know, A Mujahid Guide 2015, and all of them concerned

 2    hijrah and traveling abroad.

 3    Q.    And can -- towards the bottom of this, you ask whether

 4    you should use Wickr.  Did you at some point change over to

 5    Wickr?

 6    A.    Yes.

 7    Q.    So if we look at page -- just at this point, we'll

 8    stay with this communication, 28, page 11.

 9          And "Erase," starting with erase, what are you being

10    told there?

11    A.    I'm being told to erase my Surespot ID from my

12    Twitter.  And what I had done is on my social media

13    profiles, I would always include a way that another brother

14    could contact me via an encrypted messaging program.  So

15    that was always something that I put out.

16          So my Twitter in the little profile it had my Surespot

17    ID.  And he instructed me to remove that.

18    Q.    And then what are you to do?

19    A.    He instructed me to replace it with my Wickr ID.

20    Q.    And then at the bottom, while on Wickr, what are you

21    being told?

22    A.    He told me not to use any Islamic terms.

23    Q.    And then he's going to do what?

24    A.    He's going to monitor my profile for the ID.

25    Q.    Okay.  And if we go to 28-12.  And you can just read
```

        1    this at the top?

        2         Do you know, the reference to "Trolls," what that's

        3    referring to?

        4    A.   Generally trolls, you know, meaning somebody trying to

06:17:37 5    potentially hack in your communications or, you know, just

        6    give you a hard time on Twitter.

        7    Q.   And you say, "Okay.  Give me a second."

        8         Were you actually setting up a Wickr account?

        9    A.   I don't know if this exact statement refers to the

06:17:56 10   setting up the Wickr account or the changing of my Twitter

       11    profile.

       12    Q.   Okay.

       13    A.   But I did both of those.

       14    Q.   And then what's he saying in response to that?

06:18:07 15   A.   He tells me that "If the Kuffs have hacked this convo,

       16    let's be clear, I stay ready."

       17    Q.   And what's below that?

       18    A.   "And I do not negotiate with terrorists."

       19    Q.   So with this person, was that a constant concern,

06:18:27 20   security and being hacked?

       21    A.   It was concerning for a number of reasons.  Certainly

       22    he is very concerned about encryption --

       23              MR. HARTMAN:  And, Your Honor, I'm going to

       24    object again.

06:18:43 25              THE COURT:  Yes, sustained.

```
 1   BY MR. BENNETT:

 2   Q.    Were you then moving, purposely being directed to move

 3   from one application to another?

 4   A.    At his request, yes.

 5   Q.    And these were all encrypted applications?

 6   A.    Yes.

 7   Q.    So protected?

 8   A.    Yep.

 9   Q.    So can we go to Government Exhibit 28-13?

10         Yes.

11         And just the bottom where "I never heard anything bad

12   about Surespot."  Down.

13         So this is a continuation of the discussion of back

14   and forth through the Wickr or Surespot.

15         And he says, "I got this from a brother highly

16   connected."

17         What did you believe highly connected to refer to?

18   A.    I believe that to mean somebody directly connected to

19   the Islamic State.

20              MR. HARTMAN:  Objection.

21              THE COURT:  Sustained.  Disregard the answer,

22   ladies and gentlemen.

23   BY MR. BENNETT:

24   Q.    Can we turn to Government's Exhibit 29.

25         Can you identify this document?
```

1    A.    Yes.

2    Q.    What is this?

3    A.    This is a screen shot of a communication that I had

4    with a user name hereafter on the application Wickr.

06:20:03 5    Q.    So why do we know or how do we know that it's Wickr?

6    A.    You can see up in the top left icon.  It looks like a

7    shining star.  That's the Wickr application icon.  And also

8    the colors of the interface and the -- in the red, that's

9    the self-destruct feature which is counting down until those

06:20:33 10   messages are deleted.

11   Q.    And was this a connection, this hereafter, did it

12   connect to your new Wickr account that you had just set up?

13   A.    Yes.

14   Q.    And shortly thereafter?

06:20:45 15   A.    Very shortly, yes.

16              THE COURT:  How much longer do you have with this

17   witness, do you know?

18        Why don't we approach at sidebar just for a moment,

19   please?

06:20:55 20        Thank you.

21        (Discussion at sidebar as follows:)

22              THE COURT:  I'm sorry, how much longer do you

23   think you have?

24              MR. BENNETT:  I've probably got about a half

06:21:14 25   hour.

1       THE COURT:  Okay.  Then we'll break.  I have a

2   2:30 supervised release violation initial appearance.  It's

3   not going to be a hearing.  So that will take 20 minutes.

4   You got another half hour with this witness and then cross?

06:21:28  5       MR. DOUGHTEN:  Judge, it appears the trial is

6   going quicker than normal.  And there was a witness that the

7   government's not going to call, but he's here for us to call

8   for the defense, but we really only have --

9       MR. SHEPHERD:  Your Honor, I anticipate we

06:21:44 10   probably only have one additional witness who we have not

11   told defense we were going to call her today because we

12   didn't think we would get to her.

13       THE COURT:  Well, you probably won't get to her

14   today, I wouldn't think.

06:21:55 15       MR. DOUGHTEN:  That's fine.

16       MR. SHEPHERD:  And we would be fine with breaking

17   after this witness.

18       THE COURT:  We are going to take 20 minutes, that

19   will be 2:50, another half hour, that will be 3:20, and then

06:22:07 20   you cross, if you cross for 30 minutes or more.  Then we can

21   break.  And then you have one other witness tomorrow.

22       MR. SHEPHERD:  Yes, Your Honor.

23       THE COURT:  The same witness you wanted to call?

24       MR. DOUGHTEN:  No.  They have the IT person from

06:22:18 25   the FBI and we have an agent who was his handler in South

1    Carolina that we're going to call from the defense side.

2    And then the only other thing that we have is if the

3    defendant decides whether to testify or not testify.

4              THE COURT:  Do you want to call -- are you going

5    to call the government's IT expert?

6              MR. DOUGHTEN:  Correct -- no they're going to

7    call them.

8              THE COURT:  I thought you were talking about

9    calling somebody out of turn?

10             MR. DOUGHTEN:  No.

11             THE COURT:  So you're going to go at least half

12   day tomorrow probably.

13             MR. SHEPHERD:  Probably not morning, Your Honor.

14             THE COURT:  Okay.  And so will you be prepared to

15   put on evidence tomorrow afternoon.

16             MR. DOUGHTEN:  Yeah, we'll have the agent and

17   then the only other person is the defendant if he decides to

18   testify or not.

19             THE COURT:  Which would mean what we would

20   probably do is break on Thursday -- if this schedule holds

21   -- always a speculation if it holds.  But we'll probably

22   break on Thursday, do exhibits and motions, and then do jury

23   instructions and then not argue -- we can talk about it.

24        I really hate to begin deliberation on Friday because

25   then jurors are like, you know, they don't want to come back

1    on Monday.  We'll think about it.  But that gives me an

2    idea.

3           (The following proceedings were had in the hearing of

4    the Jury:)

06:23:34  5           THE COURT:  All right.  Ladies and gentlemen,

6    we're going to take about 20 minutes.  I have another

7    proceeding I have to deal with here.  It shouldn't take

8    terribly long, but we're going to need at least 20 minutes

9    because of my conflict.  Nothing to do with this case or the

06:23:47 10   attorneys, but because I have another case that I have to

11   deal with.

12          So, again, my responsibility.  So we'll try to be back

13   in 20 minutes.  And then we'll probably go until we

14   complete -- probably go to 4:00, 4:30, again this afternoon.

06:24:02 15        So if you leave your notepads often your chairs,

16   remember all the admonitions I've given you.  We'll take a

17   break.  Enjoy your afternoon break.  We'll see you in about

18   20 minutes.

19          Thank you very much.

06:24:15 20        (Jury out, 2:30 p.m.)

21          THE COURT:  All right, sir.  You can step down.

22   Be back in the courtroom in about 20 minutes.

23          (Recess taken, 2:30 p.m.)

24          (Jury in, 3:00 p.m.)

06:55:12 25        THE COURT:  Counsel, you may proceed.

1       MR. BENNETT:  Thank you, Your Honor.

2   BY MR. BENNETT:

3   Q.   We had left off on Government's Exhibit 29, page 2.

4        And again, who is this a communication with?  What's

5   the user name?

6   A.   This is a Wickr communication with a user name

7   hereafter.

8   Q.   And we previously talked about some manuals.  About

9   middle way down there's a reference to a guide.

10       Can you say what that is?

11  A.   It references A Mujahid Guide, 2015.

12  Q.   Is that a guide you had pulled up or you're familiar

13  with in any way?

14  A.   I remember at that time pulling up a number of

15  similarly titled ones that all centered around the same

16  themes, described earlier.

17  Q.   And then can we bring up Government's Exhibit 29-3?

18       Just pull up the full text.

19       At the top, what is this individual suggesting you do?

20  A.   He says to unplug yourself from the grid.  That makes

21  your moves predictable.

22  Q.   And what is your response to that?

23  A.   I tell him that "I'm not sure how to do that.  I work

24  and need the money to live for Allah alone, would be

25  tremendous, but I feel I would starve.  I'm very jealous of

     1    you if you can."

     2    Q.    And so for you, getting off the grid meant what?

     3    A.    Living some sort of self-sufficient lifestyle, not

     4    relying on, you know, Wal-Mart's and Chipotle's and things

06:57:19 5    like that.

     6    Q.    And what's the next discussion he's providing you

     7    with?

     8    A.    And like everybody, the body has to have a brain

     9    before it can function, "Bro" and says here "Need to develop

06:57:33 10   the brain before the limbs can make you move.  Dig."

    11    Q.    And what's he say after that?

    12    A.    "Brother, do you know about the ghenemah, the ruling

    13    on this?"

    14    Q.    Do you know what that ghememah is?

06:57:47 15   A.    I do not.

    16    Q.    And just for the record, that is G-H-E-N-E-M-A-H.

    17          And you, in fact, tell him you don't know what that

    18    means?

    19    A.    Correct.

06:57:57 20   Q.    Can we go to page 4, so 29-4?

    21          And it's in the middle there.

    22          And what advice are you getting from this individual?

    23    A.    He tells me to not use Islamic terms without splitting

    24    them.

06:58:20 25   Q.    Do you understand why?

1  A.    I understand that a number -- that people might be

2  concerned about software that tracks certain terminologies.

3  And that by using, you know, parsing them into just little

4  bits and pieces, that you might be able to circumvent that

06:58:46  5  technology.

6  Q.    And what does he ask you next?

7  A.    He asks me how long I've been a Muslim.

8  Q.    And what do you tell him?

9  A.    I told him that I took the shahhadah out of high

06:59:00  10  school, but I've been a revert for almost two years.

11  Q.    And can we go to 29-5?

12    And just bring up all the text.

13    And his second line down, what are you being asked?

14  A.    He is asking me if I'm under or over the age of 30.

06:59:22  15  Q.    Okay.  And what are you responding?

16  A.    My first response is to the small group, in which I

17  say I don't know what he means.  And my second response is

18  that I'll turn 25 in August.

19  Q.    And then two lines down from there, what is he saying

06:59:41  20  to you?

21  A.    "Brother, you know this is a hard road to travel.  But

22  big rewards."

23  Q.    And do you know what the small M and the capital A

24  means?

06:59:54  25  A.    I interpreted it as an abbreviation of masha 'Allalh,

1    which is an Arabic phrase for thanks to Allah.

2    Q.    Do you happen to know how to spell that?

3    A.    There are different variations.  It's M-A-S-H-A,

4    apostrophe, capital A, little L-A-L-H.

07:00:20 5    Q.    And what is your response to that?

6    A.    I told him that I know I've only been starting to

7    think about -- think of anything in the past year.  I need

8    to trust more in Allah.

9    Q.    And what do you mean by that when you're saying that?

07:00:36 10   A.    When I say I know I've only been starting to think of

11   anything, it's -- I said that to convey to him that it's

12   only been within the past year that I've really started to

13   want to do more serious things, you know, in support of my

14   jihad.

07:00:59 15   Q.    Can we bring up Government's Exhibit 30?

16         Just blow up the whole text.

17         What is happening here in the first part of this

18   communication?

19   A.    In the first part, he's trying to get my attention.  I

07:01:20 20   remember they were all sort of in rapid fire succession.

21   Q.    So you knew it was from the user hereafter again.  And

22   at the last line there on the top, what's he asking you?

23   A.    "The brother I was talking about before on Chat Secure

24   and all."

07:01:39 25   Q.    And then what do you respond?

1    A.    "Hey, brother, we spoke on Surespot last night."

2    Q.    And what's his response to that?

3    A.    He says "Yes, greetings."

4    Q.    And so that Surespot that we talked about, you

07:01:59 5    testified earlier, was that Willaya Texas?

6    A.    Yes.

7    Q.    And can we go to page 4?  So Government Exhibit 3,

8    page 4 -- 30, page 4.  And just pull up all the text.

9          You, about the middle there, are saying "So how did we

07:02:35 10   learn more about each other."

11          Why are you asking him that?  Why are you bringing

12    that up?

13    A.    Generally at this part of the conversations that I've

14    had previously, I would always try to continue to develop a

07:02:50 15   rapport, but also learn more about the individual and

16    potentially set up some type of, you know, face-to-face

17    meet.

18    Q.    And what do you say after that?

19    A.    Are you asking about the "So how do we learn more

07:03:12 20   about each other?  You seem very security conscious"?

21    Q.    Yeah.  Why did you say, "You seem very security

22    conscious"?

23    A.    Just because he has sent me to different programs.  He

24    has referenced what he calls OTR encryption.  He's spoken

07:03:28 25   about splitting the Islamic terms to potentially avoid, you

1    know, software tracking.

2         To me that is security conscious.

3    Q.    And what is his response to that?

4    A.    "That we can meet, but it has to be a secure location.

07:03:45  5    We have to cover our faces and make sure that we're not

6    followed."

7    Q.    And can we go to Exhibit 30, page 5?

8         You're asking about a secure location.  And what's he

9    saying after that?

07:04:03  10   A.    So I asked him about a secure location.  And he tells

11   me that I should perform counter-surveillance ops first.

12   Q.    And does he go on to provide examples of that?

13   A.    He gives me an example of setting traps for them by

14   pretending something they want to know about us is there.

07:04:24  15   If they show up or things look surveillance, then you know

16   you're being followed.  Pretend to have something stashed

17   somewhere or meet a VIP.

18   Q.    Do you know what VIP means?

19   A.    I'm guessing a very important person.

07:04:44  20   Q.    So can we go to page 6?

21        And is this a continuation of information being

22   provided to you?

23   A.    Yes.

24   Q.    And you say to him at this point, "What is your

07:05:02  25   profession"?

```
          1    A.    That I'm a teacher.

          2    Q.    Were you, in fact, a teacher at this time?

          3    A.    Unfortunately, I was, yes.

          4    Q.    And then what else is he telling you about security?

07:05:14  5    A.    He tells me not to give him any details about my life

          6    or his -- never give me the real name or any details of your

          7    personal life or your home.

          8    Q.    What's he say, "Instead of giving your town, you

          9    should provide"?

07:05:35 10    A.    The next major city over from me.

         11    Q.    And can we go to page 7 of Exhibit 30.

         12          So you have that continuation.  And to the middle on

         13    the right you say, "So what do we do next?"

         14          What are you working towards at this point?

07:06:00 15    A.    At this point, I'm trying to get the user to a point

         16    where he would feel comfortable having a face-to-face

         17    meeting.

         18    Q.    And what does he respond?  Is he willing to have the

         19    meeting?

07:06:14 20    A.    He states that he moves forward by meeting.

         21    Q.    And then what does he say after that?

         22    A.    That he will teach me things to teach others.

         23    Q.    And can we go -- or you can just read, what's the

         24    bottom statement that's there?

07:06:36 25    A.    The very last line?
```

1   Q.   Yeah.

2   A.   "I stick my neck out for the Deen, and it's all risky.

3   Nothing is low risk my dear brother."

4   Q.   And do you know what Deen, it's capital D-E, and then

07:06:49 5   a space and a small E-N?

6   A.   It refers to the single word Deen, D-E-E-N, and it's

7   basically a large body of Islamic thought.

8   Q.   So can we go to 30-8?

9        And just take the lower half.

07:07:07 10       And in the upper right-hand corner, what are you

11  telling him?

12  A.   That I live in Colorado.

13  Q.   And then where is he telling you he lives?

14  A.   "I'm in TX, Texas."

07:07:20 15  Q.   And are you -- you're talking about traveling.  What

16  is your response to your ability to travel?

17  A.   I tell him that I work and that I don't earn much

18  money.  Would depend on how far if I could travel or not.

19  Q.   And what is his response?

07:07:44 20  A.   He tells me that he will pay my gas and travel

21  expenses.

22  Q.   Can we go to 30-9?

23       Can we pull up all the text?

24       So that's -- at the top is a continuation of that

07:07:57 25  cover of the cost.

1        What's the next line that he's saying to you?

2     A.   "Tell me brother how far are you committed to this

3     future from one out of ten."

4     Q.   And then in the middle, what is your response to that?

07:08:11  5     A.   I tell him that "I'm committed to the flag of Allah

6     above all and with all my heart."

7     Q.   And what is his response to that?

8     A.   He says, "You mentioned being a teacher, but is this a

9     curiosity matter, or are you 100 percent?"

07:08:36  10    Q.   And at the bottom, what is your response to your 100

11    percent?

12    A.   I tell him, "I hate being a teacher, seeing the Kuffar

13    parents every day.  The apologists looks at the ma jihad.

14    I'm ready to look for none but Allah, but I'm not about to

07:08:55  15    commit something foolish or doom to failure.

16      "So I agree we must be careful but doesn't mistake my

17    caution for hesitation.  Smiley face."

18    Q.   And then can we go to page 10 of Exhibit 30?  It's a

19    continuation of this.

07:09:14  20      So what is his response?

21      You should understand what about him?

22    A.   He says that I "Should understand by now that he's not

23    a foolish type and whatever deed I do with the

24    intention -- whatever deed he does with the intention to

07:09:29  25    please Allah is always rewarded."

1470

1    Q.    Okay.  And what do you respond there?

2    A.    Al-Hambullah.

3    Q.    And for the record that's A-L-H-A-M-B-U-L-L-A-H.

4          And what's his response to that?

07:09:48 5    A.    "To remember the trolls, brother.  Don't use those

6    words here," and then he asks if I own any weapons.

7    Q.    And what is your response to that?

8    A.    I tell him that I do not, but I have access.  I have

9    read manuals as well.

07:10:03 10   Q.    Can we go to Exhibit 30, page 11?  And blow up the

11   bottom half.

12         Start with "Okay."

13         Does he make a recommendation as to a weapon that you

14   should get?

07:10:18 15   A.    Yes.  He informs me to get a riffle, preferably an

16   AK-47.

17   Q.    Can we go back to page 10 of Exhibit 30.

18         Just the bottom part.

19         What else is he asking you with regards to any other

07:10:45 20   brothers or sisters?

21   A.    He asks me if I know any brothers or sisters that he

22   can meet while he's out my way.

23   Q.    So at this point, you're planning on or moving forward

24   with a plan to meet.

07:11:01 25   A.    Correct.

1    Q.    Can we go to page 12 of Exhibit 30?

2          And you can blow up all the text?

3          With regard to others to meet, what are you being told

4    to share with that individual?

07:11:21 5    A.    He's telling me to inform another brother that I had

6    mentioned that he has a small effort to organize.

7    Q.    Okay.  And what else?

8    A.    That his "My aqeed is from the Koran and the Sunnah.

9    Of course, I call my dear brother.  And Allah says for us to

07:11:50 10   take shurah.  Our plan is only to meet.  No other plan."

11   Q.    And did you asked him whether or not he was consulting

12   with others?

13   A.    I don't recall, if it was before or after this point

14   in the conversation.

07:12:09 15   Q.    And then at the bottom, what is he suggesting you

16   should do?

17   A.    He instructs me to keep my learning, to ready myself

18   mentally and physically and to not draw attention to myself

19   and to keep under the radar.

07:12:28 20   Q.    And if we go to page 13, so 30-13.

21          And there's kind of a repeat that's up there.

22          What else does he tell you after don't draw any

23   attention to your he have?

24   A.    "Become fearless, persistent and passionate because

07:12:50 25   only the passionate will enter the highest levels of

1    jannah."

2    Q.    And what is jannah, which is J-A-N-N-A-H?

3    A.    It's the equivalent of heaven in the Islamic belief.

4    Q.    And at the very bottom, what does he say about

07:13:08  5    himself?

6    A.    That he is the most serious brother I will ever meet.

7    Q.    And if we go to page 14, 30-14.

8          Just the top to lines.

9          That's good.

07:13:21  10          And what is he referencing there?

11    A.    He asks me if I remember the brain analogy that he

12    gave me yesterday, referring to the brain cannot grow before

13    the limbs.

14    Q.    Can we go to Government's Exhibit 31?  And pull up all

07:13:40  15    of the text.

16          And take a moment and kind of look at this.  And then

17    I just want to kind of ask you in general what's going on

18    here.

19          What is he, at the very top, discussing with you?

07:14:07  20    A.    He is discussing putting me into -- in contact with

21    another brother.

22    Q.    And above that you had said you're always open to

23    meeting righteous brothers?

24    A.    Yes, prior to that, I said I'm always open to meeting

07:14:27  25    righteous brothers of the haqq.

1  Q.  And what are you asking with regard to information on

2  this individual?

3  A.  I'm asking for his user name, how they met, and how

4  trustworthy he is.

07:14:38  5  Q.  And then what does he tell you with regard to that

6  request?

7  A.  He tells me to stand by for his user name.  I

8  also -- he tells me that I should vet him with the same

9  rules that I learned with him, and that he thinks he is

07:14:56  10  trustworthy enough to introduce him to me.

11  Q.  And then with regard to the rules, are there

12  some -- something further, some bullet points he's providing

13  you there?

14  A.  He informs me that I'm not to give any personal

07:15:10  15  details, that I should not agree to meet unless through him,

16  to not tell him my state unless through him, that I assume

17  all the risks, and to run no details about identity or

18  organization -- and in all capital letters, "Except through

19  me, okay, my dear brother."

07:15:33  20  Q.  And then why is that?

21  A.  He says "This is to keep everyone anonymous and safe."

22     And it's because he assumes all the risks.

23  Q.  And did you, in fact, at some point interact with

24  another brother online?

07:15:48  25  A.  Yes.

1    Q.    And can we go to page 2, Exhibit 31, page 2?

2          And in the middle there -- we only have to come

3    halfway down.

4          Up one more.

07:16:03 5    Okay.

6          So looking at the very top, who is contacting whom?

7    A.    The user name, hereafter, is contacting me and says

8    that he informed the other person that I would contact him

9    and that I was a good brother.

07:16:24 10   Q.    Okay.  So we go to page 3 of Exhibit 31.

11         And about midway down, does he suggest to you the

12   program to be used in the user name?

13   A.    Yes.  He tells me to use Wickr to contact this person.

14   Q.    And what is the name?

07:16:47 15   A.    His states his name is Al Furaan.

16   Q.    Which is small A-L, capital F-U-R-A-A-N.

17         And then there's a reference to you -- or a response

18   from you.

19         Has that?

07:17:06 20   A.    When I tried to enter that name into the program, it

21   came back as an invalid user name.  And I told him as such.

22   Q.    Okay.  And at the bottom are you given a different

23   user name?

24   A.    Yes.  He tells me the correct spelling is Al Furqaan,

07:17:21 25   big A, little L, big F-U-R-Q-A-A-N.

1    Q.    And then what are you supposed to do once you've

2    interacted with this individual?

3    A.    I'm supposed to debrief him after our conversation.

4    Q.    Can we go to Government's Exhibit 32?

07:17:43  5          Now, can you identify this document?

6    A.    This is the screen shot of a Wickr communication that

7    I'm having with the user name Nowhaq.

8    Q.    And what is the second line down from Nowhaq?

9    A.    It's the first statement from the user which says

07:18:14  10   "Good, little M big A."

11   Q.    And what's the next line?

12   A.    This is my new handle.

13   Q.    Was this the same individual that you were

14   communicating with, this hereafter?

07:18:30  15   A.    Yes.

16   Q.    And what does he say next about the other brothers:

17   A.    "The other brothers have new handles, too, masha

18   'Allalh."

19   Q.    And then going to page 2 of this document.

07:18:50  20          What are you talking about at the top and what's his

21   response?

22   A.    I tell him inshallah is just a means to an end.  I

23   don't recall the context of that statement.  He tells me

24   then, "It's a trap.  "I've done many Taleems and khutbah on

07:19:23  25   the subject.  May Allah make it easy, brother."

1    Q.    And Taleems, T-A-L-E-E-M-S.  Do you know what that

2    means?

3    A.    I don't recall, no.

4    Q.    Okay.  Your next statement down, "What's new?"  What

07:19:42 5   are you also referencing there?

6    A.    I asked him if he's been in touch with the other

7    brother.

8    Q.    And was this the user name that we saw previously?

9    A.    Correct.

07:19:51 10  Q.    And had you had interaction with that individual?

11   A.    I believe I had, yes.

12   Q.    So what's his response to you on that?

13   A.    "Yes.  I have a few more brothers for you to meet, but

14   I'm waiting for things to check out."

07:20:08 15  Q.    Okay.  And what is your response to that?

16   A.    I say, "Okay.  I'm here whenever."

17   Q.    Did you, in essence, end up having a conversation with

18   other proposed brothers?

19   A.    I recall having the one conversation that we

07:20:28 20  discussed.  I believe that there were tangential

21   conversations to this, but I can't recall with specificity.

22   Q.    Okay.  Can we go to Government's Exhibit 33?

23         And these seem to be just some pleasantries between

24   you and Nowhaq.  What are you guys talking about?

07:21:02 25  A.    We are talking about the weather.

1  Q.    And if we look at page 2 of Exhibit 33?

2        What are you suggesting there about higher elevations?

3  A.    I'm telling him that it gets cold at the higher

4  elevations.  This is in reference to Colorado, and that I

07:21:26 5  like to hike, but that the weather fluctuates pretty

6  significantly.

7  Q.    So after this communication, do you have any other

8  interaction from mid-April on with this user or any other

9  user name related to this user?

07:21:46 10  A.    I could have, but I don't recall at this time.

11  Q.    Did you ever meet either this individual under either

12  user name that you guys were setting up and meeting?  Did

13  you actually sit down and meet with him?

14  A.    Physically meet with him?

07:22:08 15  Q.    Yeah.

16  A.    No.

17  Q.    Did you attempt at any point to reach back out to him?

18  A.    I might have at a later time.  But I can't say for

19  certain.

07:22:21 20  Q.    So does it, in essence, just go dark?

21  A.    No.  Sometimes just the natural ebb and flow of

22  conversations, you know, we see it in our every day lives.

23  Sometimes you talk with somebody very frequently and then

24  you might not speak to them for a bit.

07:22:43 25        I generally like to reach out to a person again if I

1    haven't heard from them in awhile.  So it would not be

2    unusual if I did.  But without seeing something in front of

3    me, I wouldn't be able to recall.

4    Q.    But not enough for you to have given screen shots

07:23:04  5    further?

6    A.    No.

7    Q.    Nothing else was provided.  Okay.

8          We had talked earlier about the payment that you have

9    received.  Back when you were doing this in 2015, were you

07:23:15 10    getting paid on a regular basis?

11    A.    Not at that time, no.

12    Q.    At this point, do you get paid like a monthly amount?

13    A.    Yes.

14    Q.    Does it have anything to do or relate to what we just

07:23:28 15    went over, the information we have here?

16    A.    No.

17    Q.    Thank you.

18              MR. BENNETT:  No further questions, Your Honor.

19              THE COURT:  All right.  Thank you.

07:23:36 20          Counsel, you may cross-examine.

21              MR. HARTMAN:  Thank you, Your Honor.

22                CROSS-EXAMINATION OF MATTHEW PALMER

23    BY MR. HARTMAN:

24    Q.    Good afternoon, Mr. Palmer.

07:23:49 25    A.    Hi.

1  Q.    You have no idea who you were communicating with,

2  correct?

3  A.    No.

4  Q.    You put your Wickr handle on your Twitter feed?

07:24:05 5  A.    First I put my Surespot ID.  And then under his

6  direction, I put the Wickr identity, yes.

7  Q.    But when you put your Surespot on your Twitter feed,

8  anybody who is on Twitter can see that, correct?

9  A.    Correct.

07:24:17 10  Q.    So anybody could have reached out to you, correct?

11  A.    Yes.

12  Q.    Okay.

13        And this person that you were talking to first on

14  Surespot told you that he didn't trust Surespot?

07:24:45 15  A.    Yes.

16  Q.    He also told you that he's all about tying the camel.

17        Now, you said that's from a very famous proverb?

18  A.    Correct.

19  Q.    It's very well known, right?

07:25:00 20  A.    Yes.

21  Q.    Yes.

22        Now, after you were communicating with this person on

23  Wickr with the screen name hereafter, there was an analogy

24  about the brain and the body, correct?

07:25:27 25  A.    Yes.

1  Q.    And are you aware that that's from a famous lecture by

2  Anwar Al-Awlaki?

3  A.    I'm not aware of that particular lecture, no.

4  Q.    Okay.  When you told him that you lived in Colorado,

07:25:47  5  were you living in Colorado at the time?

6  A.    At that time I was, yes.

7  Q.    And that's where you were a teacher?

8  A.    Yes.

9  Q.    When this person, hereafter, when he or she told you

07:26:03  10  to get a rifle, preferably an AK-47, that wasn't followed

11  that was followed immediately by "Just for protection,

12  nothing else," correct?

13  A.    I don't have the text in front of me, but I believe

14  that, yes.

07:26:18  15  Q.    Would you like to see it to make sure, or --

16  A.    I remember it being in the --

17  Q.    Okay.  Okay.  That's fine.

18        When you contacted this Al Furqaan, did you have a

19  conversation back and forth online?

07:26:39  20  A.    With Mr. Furqaan, I believe we had a brief

21  conversation.

22  Q.    Did you take screen shots of that?

23  A.    As I recall, I did initially, yes.

24  Q.    Do you know where they are?

07:26:51  25  A.    At this very moment, no, I don't know where they are.

1   Q.   Now, you've been paid almost a quarter of a million

2   dollars by the FBI for your work, correct?

3   A.   Correct.

4   Q.   That's a lot of money, would you agree?

07:27:13  5        You have to answer out loud for the court reporter.

6   A.   Yes.

7   Q.   And it's your testimony that that has nothing to do

8   with whether you're productive or not?

9   A.   No.  You know, I can even recall a time where there

07:27:30  10  was an extended period of time where, you know, I

11  wasn't -- you know, nobody was coming to me with, you know,

12  plots and, you know, I was still getting paid.

13       So, you know, I never got the impression that it was

14  conditioned upon anything.

07:27:50  15  Q.   Since you've been getting paid regularly, has it

16  always been $6,500 a month?

17  A.   Yes.

18  Q.   Has there been any talk about that going up or down?

19  A.   No, unfortunately not.

07:28:03  20  Q.   Now, what you're doing here is essentially creating an

21  online persona in hopes that people reach out to you; is

22  that correct?

23  A.   Correct.

24  Q.   Now, would you agree with me it's possible that the

07:28:21  25  person you were speaking with was also creating an online

1     persona?

2     A.    I'm sorry.  Can you rephrase that?

3     Q.    Would you agree with me that it's possible that the

4     person you were communicating with on these screen shots was

07:28:35  5     also creating an online persona?

6     A.    I'm sorry, I'm still not understanding the question.

7     Q.    Well, isn't it possible that the person you were

8     communicating with, whether it would be Nowhaq or hereafter,

9     was him or herself creating an online persona to achieve a

07:28:58 10     certain end, even if we don't know what that end was?

11     A.    Are you asking if that person were creating an

12     entirely fictitious profile completely disconnected from

13     themselves.

14     Q.    Isn't that possible?

07:29:16 15     A.    Sure.

16          MR. HARTMAN:  I don't have any further questions,

17     Your Honor.

18          THE COURT:  Thank you.  Any redirect of the

19     witness.

07:29:23 20          REDIRECT EXAMINATION OF MATTHEW PALMER

21     BY MR. BENNETT:

22     Q.    Just to clarify, the amount of money you've made has

23     been since 2011, correct?

24     A.    Correct.

07:29:30 25     Q.    So it's been over a seven-year period?

1    A.    Yes.

2              MR. BENNETT:  Nothing further, Your Honor.

3              THE COURT:  All right.  You can step down.

4    You're excused.

07:29:38  5         Counsel, why don't you approach at sidebar, please?

6         (Discussion at sidebar as follows:)

7              THE COURT:  Who is your next witness?

8              MR. SHEPHERD:  Our next witness is Amy Vaughan of

9    the FBI who is going to talk a social media Your Honor and

07:30:01 10    your analysis of IP addresses.

11             THE COURT:  How long did you anticipate her

12   testimony to be.

13             MR. SHEPHERD:  I think our direct would be as

14   least an hour, Your Honor.

07:30:13 15             THE COURT:  Well, does either side have a

16   preference.  I have mixed feelings.  I suppose we can

17   adjourn and start fresh in the morning with that witness's

18   testimony.  Is it technical?

19             MR. SHEPHERD:  It is, Your Honor.  There's going

07:30:25 20   to be a technical side to it.

21             THE COURT:  That's probably better than start

22   doing it at the end of the day when the jurors might be a

23   bit tired.  So we'll start testimony morning with that

24   witness and then we'll discuss the balancing after we

07:30:39 25   dismiss the jury.

1       MR. SHEPHERD:  We anticipate that will be our

2   last witness, but tonight we will review to make sure.

3       THE COURT:  All right.

4       MR. DOUGHTEN:  And as you said, Your Honor, we

07:30:50 5   expect an agent that will be on a half hour, and then it

6   will be determined whether the defendant will testify or

7   not.

8       If he does testify, we'll have him on for probably an

9   hour or so and their cross will be extended.  But at this

07:31:07 10  point, I don't know what he's going to do.

11      THE COURT:  Okay.  We'll talk schedule here in a

12  moment.  Let's get the jury out.  Then we'll talk.

13      MR. SHEPHERD:  Yes, Your Honor.

14      MR. DOUGHTEN:  Thank you, Your Honor.

07:31:16 15     (The following proceedings were had in the hearing of

16  the Jury:)

17      THE COURT:  Ladies and gentlemen of the jury,

18  this is how we're going to proceed.

19      The government has a witness to present that will be

07:31:32 20  somewhat technical in nature.  The testimony will be

21  technical in nature.  And it may take more than an hour.  So

22  I think rather than start that testimony this afternoon,

23  we'll start fresh in the morning.  It will be -- all

24  testimony is important.  All testimony requires your

07:31:48 25  attention.  Bluntly, some testimony is easier to follow than

1    others and this testimony might be the type of testimony

2    that's going to require closer attention.

3         So we'll adjourn for the day.  We'll start tomorrow

4    morning at 9:00 with that witness's testimony.  I'll have a

07:32:03  5    better idea tomorrow about scheduling, about how long the

6    trial is going to last.

7         Candidly, the government's case has moved a little

8    more quickly than any of us anticipated so our scheduling,

9    we're moving along.

07:32:17 10         So I won't mislead you.  We'll probably be here on

11    Monday.  But we're moving along.

12         So we are not going to approach the three weeks that

13    we anticipated.  Again, subject to deliberations.  I can't

14    tell you how long that will take.

07:32:32 15         But we'll give you more information tomorrow about the

16    schedule.  And keep that in mind.

17         So with that, please, I have to repeat them.  Remember

18    all the admonitions I've given you about not discussing the

19    case among yourselves, forming or expressing any opinions on

07:32:47 20    the matter, doing any type of research, reading any

21    articles, talking to family, stay off the Internet, avoid

22    any media accounts there might be of this case.  Avoid any

23    issues -- or excuse me, any type of materials that might

24    raise issues similar to what we are addressing here.

07:33:07 25         Your verdict has to be based only on the evidence you

1       see and hear in the courtroom.  There's plenty of that.

2       You're going to have a lot of testimony and other evidence

3       to consider in any event.

4              So let's not let anything extraneous in any way

07:33:23 5    adversely affect your decision making.

6              Thank you very much, ladies and gentlemen.  Have a

7       safe drive home.

8              All rise.

9              (Jury out, 3:40 p.m.)

07:33:55 10           THE COURT:  All right.  Please be seated, ladies

11      and gentlemen.  Let's just have a brief discussion of

12      scheduling.  And I will throw out some of my preliminary

13      thoughts.

14             We've had some sidebar discussions, Mr. Hendricks,

07:34:07 15    about scheduling and about how this case might proceed and

16      about what witnesses may be called.

17             It appears the government has one other witness,

18      technical in nature.  It may take us a couple hours tomorrow

19      morning to get that witness's testimony in.  Then we'll

07:34:23 20    begin with whatever testimony, evidence, the defendant

21      wishes to present.

22             So that will take us through Wednesday.

23             Depending upon how long the defendant's case proceeds,

24      I will -- my thought process is that we'll either use

07:34:41 25    Thursday or Friday for admission of exhibits and what have

1487

1    you.  Possibly do instructions of law and closing arguments

2    on Friday.  I do not want the jury to begin deliberating

3    until Monday.  I don't want this jury to get this case on a

4    Friday and then feel like they need to perhaps make a hasty

07:35:05  5    decision.  There's going to be what -- we have 13 witnesses

6    so far?  There's going to be thousands of pages of exhibits.

7    I want them to start fresh on a Monday morning, to be candid

8    with you.

9        So bearing that in mind, my clerk's going to provide

07:35:18  10    both sides with just a rough draft, a preliminary draft of

11    the jury instructions so we can get that on the table and

12    you can all start looking at those.  At least I know, among

13    all the other work that you have, at least you'll have a

14    draft to start with.

07:35:31  15        I think, based on my recollection and based on

16    discussions earlier, there's going to be a few issues, I

17    think, regarding instructions.  And so it won't be

18    substantial argument.

19        So we'll proceed in that fashion.

07:35:44  20        Mr. Hendricks, you don't have to respond.  You need to

21    have a very thorough discussion with your attorneys about

22    whether you wish to testify or do not wish to testify.  It's

23    a decision entirely between you and your attorneys.  I will

24    inquire at the appropriate time to ask what your decision

07:35:57  25    is.  But I would encourage you to have that discussion.

1      That will help your attorneys plan and decide what evidence

2      they want to present in your case in defense of this case.

3      So they need to know and they need some information from you

4      in helping them to make that decision.

5           It's entirely up to you.  I'm not trying in any way to

6      suggest whether you should or shouldn't testify.  That's a

7      decision only you can make.  You have a right to remain

8      silent, and if you choose not to testify, that jury will be

9      instructed they're not to consider it for any purpose.  And

10     so I just want to be sure that, you know, you have that kind

11     of discussion sooner rather than later.

12          You'll have some time, but you need to start giving

13     that some decision -- or giving that some thought.

14          Are there any other issues either side would like me

15     to address before we adjourn for the day?

16          Counsel for the government?

17               MR. SHEPHERD:  No, Your Honor.

18               THE COURT:  Counsel for the defendant.

19               MR. DOUGHTEN:  No, Your Honor.

20               THE COURT:  If you arrive at a conclusion

21     tomorrow, counsel for the government, that there's another

22     witness up need to call, let us know or let the clerk know

23     tomorrow morning, so we can have a rough idea what the

24     schedule's going to be during the day.  You're not

25     foreclosed.  You haven't rested yet, so you have obviously

1    the option to present someone else if you so chose to do so.

2         All right.  Thank you very much for your courtesy and

3    your patience.  We'll see you tomorrow morning at 9:00.

4              MR. SHEPHERD:  Thank you, Your Honor.

5              MR. DOUGHTEN:  Thank you, Your Honor.

6              THE COURT:  Thanks, all of you as well.

7         (Proceedings concluded at 3:45 p.m.)

1        I N D E X

2    (CONTIN.) DIRECT EXAMINATION OF HAMZA AL-ANSARI   1281

3    BY MR. BENNENT

4    CROSS-EXAMINATION OF HAMZA AL-ANSARI              1322

5    BY MR. HARTMAN

6    REDIRECT EXAMINATION OF HAMZA AL-ANSARI           1327

7    BY MR. BENNETT

8    RECROSS-EXAMINATION OF HAMZA AL-ANSARI            1328

9    BY MR. HARTMAN

10   DIRECT EXAMINATION OF JASMINE BEVANY             1331

11   BY MS. MAGNONE

12   CROSS-EXAMINATION OF JASMINE BEVANY              1336

13   BY MR. DOUGHTEN

14   DIRECT EXAMINATION OF STANLEY KENT               1340

15   BY MR. SHEPHERD

16   CROSS-EXAMINATION OF STANLEY KENT                1348

17   BY MR. HARTMAN

18   DIRECT EXAMINATION OF AMANDA AMARO               1351

19   BY MS. MAGNONE

20   CROSS-EXAMINATION OF AMANDA AMARO                1391

21   BY MR. DOUGHTEN

22   REDIRECT EXAMINATION OF AMANDA AMARO             1425

23   BY MS. MAGNONE

24   RECROSS-EXAMINATION OF AMANDA AMARO              1430

25   BY MR. DOUGHTEN

1    DIRECT EXAMINATION OF MATTHEW PALMER            1432

2    BY MR. BENNETT

3    CROSS-EXAMINATION OF MATTHEW PALMER             1478

4    BY MR. HARTMAN

5    REDIRECT EXAMINATION OF MATTHEW PALMER          1482

6    BY MR. BENNETT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1492

1   C E R T I F I C A T E

2

3       I certify that the forgoing is a correct

4   transcript from the record of proceedings in the

5   above-entitled matter.

6

7       *S/Caroline Mahnke*              3/13/18

8       Caroline Mahnke, RMR, CRR        Date

9

10      *S/Lori A. Callahan*             3/13/18

11      Lori A. Callahan, RMR, CRR       Date

12

13

14

15

16

17

18

19

20

21

22

23

24

25