UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:16CR265 |
| Plaintiff, | ) ) | JUDGE JOHN ADAMS |
| v. | ) ) | |
| ERICK JAMAL HENDRICKS, | ) ) | |
| Defendant. | ) ) | |

## CERTIFICATION OF TRIAL EXHIBITS FOR JURY DELIBERATIONS

I have reviewed the trial exhibits to be presented to the Jury during the deliberations and find that they are correct.

Date: 3/19/2018

Assistant United States Attorney
Matthew Shepherd / MARK BENNETT
Attorney for Plaintiff

Date: 3-19-18

Attorney David Doughten
Attorney for Defendant

So ordered.

/s/ John R. Adams
JUDGE JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE