IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:16CR265 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| ERICK JAMAL HENDRICKS, | ) | VERDICT FORM FOR DEFENDANT |
| | ) | ERICK JAMAL HENDRICKS-COUNT 1 |
| Defendant. | ) | |
| | ) | |

With respect to Count 1 of the Indictment, in which defendant ERICK JAMAL HENDRICKS is charged with Conspiracy to Provide Material Support and Resources to a Foreign Terrorist Organization, in violation of Title 18, United States Code, Section 2339B(a)(1), we, the Jury having been duly impaneled and sworn, find the defendant, ERICK JAMAL HENDRICKS _guilty_ (enter in ink "guilty" or "not guilty").

Each of us jurors concurring in said verdict signs his/her name hereto on this _20th_ day of _March_, 2018.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:16CR265 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| ERICK JAMAL HENDRICKS, | ) | VERDICT FORM FOR DEFENDANT |
| | ) | ERICK JAMAL HENDRICKS-COUNT 2 |
| Defendant. | ) | |
| | ) | |

With respect to Count 2 of the Indictment, in which defendant ERICK JAMAL HENDRICKS is charged with Attempting to Provide Material Support and Resources to a Foreign Terrorist Organization, in violation of Title 18, United States Code, Section 2339B(a)(1), we, the Jury having been duly impaneled and sworn, find the defendant, ERICK JAMAL HENDRICKS _guilty_ (enter in ink "guilty" or "not guilty").

Each of us jurors concurring in said verdict signs his/her name hereto on this _20th_ day of _March_, 2018.