# WITNESS SHEET

Case Number: <u>1:16CR265</u>          Judge John R. Adams

<u>    USA    </u> Plaintiff(s) vs. <u>   Erick Jamal Hendricks   </u> Defendant(s)

**Plaintiff(s) Witnesses:**          **Date:**

| | |
|---|---|
| 1. Ryan A. Presley | March 8, 2018 |
| 2. Amir Al-Ghazi | March 8, 2018 |
| 3. Janet Lynn Miller | March 8, 2018 |
| 4. Jeffrey Reese | March 8, 2018 |
| 5. Michael Gill | March 8, 2018 |
| 6. Steven Jane | March 9, 2018, March 12, 2018 |
| 7. Brian Marlow | March 12, 2018 |
| 8. Jason Saitta | March 12, 2018 |
| 9. Todd Shelton | March 12, 2018 |
| 10. Hamza Al-Ansari | March 12, 2018, March 13, 2018 |
| 11. Jasmine Bevany | March 13, 2018 |
| 12. Stanley Kent | March 13, 2018 |
| 13. Amanda Amaro | March 13, 2018 |
| 14. Matthew Palmer | March 13, 2018 |
| 15. Amy Vaughan | March 14, 2018 |
| 16. Steven Conley | March 14, 2018 |