IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:16CR265 |
| ) | |
| Plaintiff, ) | JUDGE JOHN R. ADAMS |
| ) | |
| v. ) | |
| ) | |
| ERICK JAMAL HENDRICKS, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION REGARDING SURESPOT

The United States of America, by and through its attorneys, Matthew Shepherd and Mark

Bennett, Assistant United States Attorneys, and Rebecca Magnone, Trial Attorney, National

Security Division, and defendant, Erick Jamal Hendricks, by and through his attorneys, David

Doughten and Stephen Hartman, hereby stipulate and agree to the following:

1. Surespot is a secure mobile messaging application which uses end to end encryption for
   users to communicate securely. It allows people to send and receive encrypted messages
   anonymously to ensure privacy. Users pick a unique username to send and receive those
   messages. If a user deletes her account, the username and all communication sent and
   received through that account is also deleted through Surespot. Once an account is
   deleted, there is no record of that account having ever existed. Surespot, however, will
   allow a deleted username to be re-used after a period of time.

2. On Surespot, there is a private key stored on a device that is the key to unlocking all of
   the data. In the case of a lost or stolen device, if the key is lost along with it, so is all of
   the data. Identity backup/restore and key versioning help to mitigate this problem. A user
   may back up their enrcrypted identity (username and key pair history) to device storage

1

or the cloud and restore them upon demand. The security is only as strong as the

password used to store the identity in whatever cloud service and the Surespot password.

APPROVED:

Date: 3-5-18

Erick Jamal Hendricks
Defendant

Date: 3-5-18

David Doughten
Attorney for Erick Jamal Hendricks

Date: 3-5-18

Stephen Hartman
Attorney for Erick Jamal Hendricks

Date: 3-1-18

Matthew Shepherd
Assistant U.S. Attorney

Date: 3/7/18

Mark Bennett
Assistant U.S. Attorney

Date: 3/7/18

Rebecca Magnone
Trial Attorney, National Security Division

2