IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:16CR265 |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| ERICK JAMAL HENDRICKS, | ) | |
| Defendant. | ) | |

**STIPULATION REGARDING CONFIDENTIAL HUMAN SOURCE**

The United States of America, by and through its attorneys, Matthew Shepherd and Mark Bennett, Assistant United States Attorneys, and Rebecca Magnone, Trial Attorney, National Security Division, and defendant, Erick Jamal Hendricks, by and through his attorneys, David Doughten and Stephen Hartman, hereby stipulate and agree to the following facts, but the government reserves the right to object to the admissibility of these facts at trial:

From approximately 2009 to April 30, 2014, Erick Hendricks was a paid Confidential Human Source who worked for the FBI and made efforts to provide the government with information about multiple persons espousing radical ideologies.

APPROVED:

Date: 3-5-18　　_____
　　　　　　　　　Erick Jamal Hendricks
　　　　　　　　　Defendant

Date: 3-5-18　　_____
　　　　　　　　　David Doughten
　　　　　　　　　Attorney for Erick Jamal Hendricks

1

Date: 3-5-18

_____
Stephen Hartman
Attorney for Erick Jamal Hendricks

Date: 3-1-18

_____
Matthew Shepherd
Assistant U.S. Attorney

Date 3/7/18

_____
Mark Bennett
Assistant U.S. Attorney

Date: 3/7/18

_____
Rebecca Magnone
Trial Attorney, National Security Division