UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 1:16CR265 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Erick J. Hendricks, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

A Status Conference was held in this matter on April 27, 2018 regarding Defendant's pro se sealed motion for new counsel (Doc. #115). The Court hereby grants Defendant's motion and hereby appoints Federal Defender, Edward Bryan to represent Defendant for purposes of sentencing.

IT IS SO ORDERED.

April 27, 2018          */s/ John R. Adams*
Date                                   John R. Adams
                                                   U.S. District Judge