# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:16CR265 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE JOHN R. ADAMS |
| vs. | : | |
| | : | |
| ERICK J. HENDRICKS, | : | **DEFENDANT'S MOTION FOR** |
| | : | **EXTENSION OF TIME TO FILE** |
| Defendant. | : | **POST-TRIAL MOTIONS** |

Defendant Erick J. Hendricks moves for an extension of time, until July 13, 2018, in which to file post-trial motions under Federal Rules of Criminal Procedure 29 and 33.

Mr. Hendricks was convicted at trial on March 20, 2018. Although motions for a judgment of acquittal or new trial ordinarily must be filed with 14 days, Rule 45 allows the court to extend that time "for good cause . . . on a party's motion made: . . . (B) after the time expires if the party failed to act because of excusable neglect." Fed. R. Crim. P. 45(b)(1)(B).

There is good cause to extend the time here. Since the jury's verdict, Mr. Hendricks has acted diligently to protect his interests. Shortly after trial, he sent a letter to the Court describing various ways in which he believed his counsel performed deficiently and errors he believed affected his trial. *See* R. 115, Mot. for Appointment of New Counsel (sealed). On April 27, the Court held a status conference and appointed undersigned counsel to represent Mr. Hendricks. R.

117, Order. Counsel was in trial on another matter until May 4, and was able to meet with him for the first time two days ago, May 9.

Counsel requires additional time to obtain the necessary transcripts, review the record, and draft pleadings to present grounds for a judgment of acquittal or a new trial to the Court. In light of the extensive record in this case, counsel requests until July 13, 2018 to file post-trial motions.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928


/s/EDWARD G. BRYAN
EDWARD G. BRYAN
Assistant Federal Public Defender
Ohio Bar: 0055556
1660 West Second Street, #750
Cleveland, OH 44113
(216)522-4856  Fax:(216)522-4321
E-mail: edward_bryan@fd.org

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 11, 2018, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                         */s/EDWARD G. BRYAN*
                                         EDWARD G. BRYAN
                                         Assistant Federal Public Defender