UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 1:16CR265 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| Erick Jamal Hendricks, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

Sentencing is set in this matter for August 8, 2018 at 11:00 a.m. Before the Court is Defendant's motion for judgment of acquittal and for a new trial (Doc. #137). The sentencing hearing is continued and shall be rescheduled upon resolution of Defendant's motion.

IT IS SO ORDERED.

 August 2, 2018                      */s/ John R. Adams*
Date                                     John R. Adams
                                                   U.S. District Judge